

**MEMO ENDORSED**

Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
T  +1 212 918 3000
F  +1 212 918 3100
www.hoganlovells.com

July 31, 2020

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   8/3/2020
```

Hon. Valerie E. Caproni
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Al Thani v. Hanke et al.*, Case No. 1:20-cv-4765 (VEC)

Dear Judge Caproni:

We are counsel to plaintiff Mohammed Thani A.T. Al Thani ("Plaintiff") and write to request an adjournment of the Initial Pretrial Conference, scheduled for August 7, 2020, and the related deadline for submission of the Joint Proposed Case Management Plan. We are seeking the adjournment given that Defendants have failed to answer or otherwise respond to the Complaint.

Defendants Alan J. Hanke and IOLO Global LLC ("IOLO," and, together with Hanke, "Defendants") were served with a copy of the Complaint and summonses on June 26, 2020 and June 25, 2020, respectively (Dkt. # 9, 10). Defendant Hanke's answer was due July 17, 2020, and Defendant IOLO's answer was due July 16, 2020. However, neither Defendant answered or otherwise responded to the Complaint within their allotted time. On July 23, 2020, the Clerk of the Court entered a Certificate of Default against Defendants (Dkt. # 13). We expect to proceed promptly with the procedures to obtain a default judgment listed in Your Honor's Individual Practices in Civil Cases, Attachment A.

This is the first request for an adjournment of the Initial Pretrial Conference. Despite providing Your Honor's Notice of Pretrial Conference to Defendants on July 10, 2020, neither has responded. We propose an adjournment to a date that is convenient for the Court on any Friday later in August or September.

We thank the Court for its consideration.

Application GRANTED.  The IPTC scheduled for August 7, 2020 is adjourned *sine die*.  Plaintiff must move for an order to show cause no later than **August 14, 2020**.  SO ORDERED.

*Valerie Caproni*   8/3/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

By: /s/ Michael C. Hefter

Michael C. Hefter
Partner
Direct: (212) 918-3032
michael.hefter@hoganlovells.com

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in:  Alicante  Amsterdam  Baltimore  Beijing  Birmingham  Boston  Brussels  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  Johannesburg  London  Los Angeles  Luxembourg  Madrid  Mexico City  Miami  Milan  Minneapolis  Monterrey  Moscow  Munich  New York  Northern Virginia  Paris  Perth  Philadelphia  Rome  San Francisco  São Paulo  Shanghai  Silicon Valley  Singapore  Sydney  Tokyo  Warsaw  Washington, D.C.  Associated Offices:  Budapest  Jakarta  Riyadh  Shanghai FTZ  Ulaanbaatar  Zagreb.  Business Service Centers:  Johannesburg  Louisville.  Legal Services Center:  Berlin.  For more information see www.hoganlovells.com