# HANKE EXHIBIT B

# STATE OF WYOMING * SECRETARY OF STATE
# EDWARD A. BUCHANAN
# BUSINESS DIVISION

Herschler Bldg East, Ste.100 & 101, Cheyenne, WY 82002-0020
Phone 307-777-7311
Website: https://sos.wyo.gov · Email: business@wyo.gov

## Filing Information

 Please note that this form CANNOT be submitted in place of your Annual Report.

| | | | |
|---|---|---|---|
| Name | IOLO Global LLC | | |
| Filing ID | 2016-000735770 | | |
| Type | Limited Liability Company | Status | Active |

### General Information

| | | | |
|---|---|---|---|
| Old Name | Discover Financial Group, LLC | Sub Status | Current |
| Fictitious Name | | Standing - Tax | Good |
| | | Standing - RA | Good |
| Sub Type | | Standing - Other | Good |
| Formed in | Wyoming | Filing Date | 12/14/2016 4:45 PM |
| Term of Duration | Perpetual | Delayed Effective Date | |
| | | Inactive Date | |

### Principal Address
1712 Pioneer Ave Ste 500
Cheyenne, WY 82001

### Mailing Address
1712 Pioneer Ave Ste 500
Cheyenne, WY 82001

### Registered Agent Address
Capital Administrations LLC
1712 Pioneer Ave Ste 115
Cheyenne, WY 82001

### Parties

| Type | Name / Organization / Address |
|---|---|
| Organizer | Capital Administrations LLC 1712 Pioneer Ave Ste 115, Cheyenne, Laramie County, WY 82001 |

### Notes

| Date | Recorded By | Note |
|---|---|---|

# Filing Information

 Please note that this form CANNOT be submitted in place of your Annual Report.

| | |
|---|---|
| **Name** | **IOLO Global LLC** |
| **Filing ID** | 2016-000735770 |
| **Type** | Limited Liability Company |

**Status** Active

## Most Recent Annual Report Information

| | | | | |
|---|---|---|---|---|
| Type | Original | | AR Year | 2019 |
| License Tax | $50.00 | AR Exempt  N | AR ID | 05206458 |
| AR Date | 11/6/2019 4:24 PM | | | |
| Web Filed | Y | | | |

## Officers / Directors

| Type | Name / Organization / Address |
|---|---|

## Principal Address

1712 Pioneer Ave Ste 500
Cheyenne, WY 82001

## Mailing Address

1712 Pioneer Ave Ste 500
Cheyenne, WY 82001

## Annual Report History

| Num | Status | Date | Year | Tax |
|---|---|---|---|---|
| 03121909 | Original | 11/09/2017 | 2017 | $50.00 |
| | Principal Address 1 Changed  From: 1712 Pioneer Ave Ste 115  To: 1712 Pioneer Ave Ste 7000 | | | |
| 03948837 | Original | 11/07/2018 | 2018 | $50.00 |
| 05206458 | Original | 11/06/2019 | 2019 | $50.00 |

## Amendment History

| ID | Description | Date |
|---|---|---|
| 2018-002469456 | Name Change | 12/31/2018 |
| | Filing Name Changed  From: Discover Financial Group, LLC  To: IOLO Global LLC | |
| 2018-002469454 | Address Update | 12/31/2018 |
| | Principal Address 1 Changed  From: 1712 Pioneer Ave Ste 7000  To: 1712 Pioneer Ave Ste 500 | |
| See Filing ID | Initial Filing | 12/14/2016 |

# STATE OF WYOMING
## Office of the Secretary of State

I, EDWARD A. BUCHANAN, SECRETARY OF STATE of the STATE OF WYOMING, do hereby certify that according to the records of this office,

## IOLO Holdings LLC
is a
## Limited Liability Company

formed or qualified under the laws of Wyoming did on **December 19, 2018**, comply with all applicable requirements of this office. Its period of duration is Perpetual. This entity has been assigned entity identification number **2018-000833381**.

This entity is in existence and in good standing in this office and has filed all annual reports and paid all annual license taxes to date, or is not yet required to file such annual reports; and has not filed Articles of Dissolution.

I have affixed hereto the Great Seal of the State of Wyoming and duly generated, executed, authenticated, issued, delivered and communicated this official certificate at Cheyenne, Wyoming on this 25th day of August, 2020 at 1:14 PM. This certificate is assigned ID Number 038693941.

*Edward A. Buchanan*
Secretary of State

Notice: A certificate issued electronically from the Wyoming Secretary of State's web site is immediately valid and effective. The validity of a certificate may be established by viewing the Certificate Confirmation screen of the Secretary of State's website https://wyobiz.wyo.gov and following the instructions displayed under Validate Certificate.