# BROOKS, BERNE & HERNDON PLLC

THOMAS H. HERNDON, JR.
THOMAS.HERNDON@LAWBBH.COM
TELEPHONE NO.: (914) 364-2691

**MEMO ENDORSED**

August 27, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/28/2020

Via ECF
Hon. Valerie Caproni
United States District Court
Southern District of New York
40 Foley Square, Courtroom 443
New York, New York 10007

Re:    Mohammed Thani A.T. Al Thani v. Alan J. Hanke, IOLO Global LLC, and
       John Does 1-100 (SDNY)(20cv4765)

Dear Judge Caproni,

       We represent defendants, Alan J. Hanke ("Hanke") and IOLO Global LLC ("IOLO")
(Hanke and IOLO are sometimes collectively referred to herein as the "Defendants"), in the above
matter.

       We incorrectly filed Defendants' motion as a single filing, Document Number 24, which
was in error.  Please disregard as we correctly refiled the motion and supporting documents on the
docket thereafter.

Respectfully Submitted,

Application GRANTED.  The Clerk of
Court is respectfully directed to
terminate the open motion on Dkt. 24.

SO ORDERED.

Thomas H. Herndon, Jr.

08/28/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

BROOKS, BERNE & HERNDON PLLC
570 Taxter Road, Suite 550, Elmsford, New York 10523