```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/28/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
  MOHAMMED THANI A.T. AL THANI,

                           Plaintiff,

             -against-                    20-cv-4765 (VEC)

  ALAN J. HANKE, IOLO GLOBAL LLC,         ORDER
  SIDNEY MILLS ROGERS III, LAURA ROMEO,
  AMY ROY-HAEGER, SUBGALLAGHER
  INVESTMENT TRUST, SHERRY SIMS, AND
  JOHN DOES 1-100,

                         Defendants.
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on August 27, 2020, Defendants moved to dismiss Plaintiff's Complaint (Dkt. 25); and

       WHEREAS on September 25, 2020, Plaintiff filed the First Amended Complaint (Dkt. 35);

       IT IS HEREBY ORDERED that Defendants' motion to dismiss is denied as moot. Not later than **October 26, 2020**, Defendants must either answer, move to dismiss, or otherwise respond to the First Amended Complaint.

**SO ORDERED.**

Date:  September 28, 2020                    _____
        New York, New York                     **VALERIE CAPRONI**
                                                     **United States District Judge**