Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
T  +1 212 918 3000
F  +1 212 918 3100
www.hoganlovells.com

November 6, 2020

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__11/9/2020__
```

Hon. John P. Cronan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

**Re:**     *Al Thani v. Hanke et al.*, **Case No. 1:20-cv-4765 (JPC)**

Dear Judge Cronan:

We are counsel to plaintiff Mohammed Thani A.T. Al Thani ("Plaintiff") in the above captioned case.  I am writing concerning the telephonic conference in this matter set by Your Honor for Monday, November 9, 2020 at 3:00 p.m., pursuant to an order of the Court dated November 5, 2020 [ECF No. 69].

Regretfully, I am unavailable for the conference as currently scheduled because I am lead counsel in a five-day arbitration in Houston, Texas beginning on Monday.  In light of Your Honor's Individual Rules and Practices, Rule 5.A, requiring the attendance of principal trial counsel at all conferences, I have informed all counsel of record as well as Defendant Ms. Roy-Haeger of my conflict, and have asked if they would consent to a request to reschedule the conference for the following Monday, November 16.  Mr. Herndon, counsel for Defendants Alan J. Hanke ("Hanke") and IOLO Global LLC ("IOLO"), has consented, conditional on our agreement that Hanke and IOLO have not waived any arguments concerning the November 15 date by consenting to our request.  Mr. McCarthy, counsel for Defendant Sidney Mills Rogers III, takes no position on the request, but has noted that he is available on the originally scheduled date as well as November 16.  We did not receive a response from Mr. Dweck, counsel for Defendants Subgallagher Investment Trust and Sherry Sims, nor did we receive a response from Defendant Amy Roy-Haeger.

I respectfully request an adjournment of the currently scheduled conference to Monday, November 16, 2020, or a date and time that is convenient to the Court.  This is the first request for an adjournment of this conference.

I appreciate your attention to this matter.

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia.  "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante Amsterdam Baltimore Beijing Birmingham Boston Brussels Colorado Springs Denver Dubai Dusseldorf Frankfurt Hamburg Hanoi Ho Chi Minh City Hong Kong Houston Johannesburg London Los Angeles Luxembourg Madrid Mexico City Miami Milan Minneapolis Monterrey Moscow Munich New York Northern Virginia Paris Perth Philadelphia Rome San Francisco São Paulo Shanghai Silicon Valley Singapore Sydney Tokyo Warsaw Washington, D.C.  Associated Offices: Budapest Jakarta Riyadh Shanghai FTZ Ulaanbaatar Zagreb.  Business Service Centers: Johannesburg Louisville. Legal Services Center: Berlin. For more information see www.hoganlovells.com

Hon. John P. Cronan                          - 2 -                          November 6, 2020

Respectfully submitted,

By: /s/ Michael C. Hefter

Michael C. Hefter
Partner
Direct: (212) 918-3032
michael.hefter@hoganlovells.com

cc:     All counsel of record (via ECF)
        Amy Roy-Haeger (via email)

It is hereby ORDERED that the conference scheduled for November 9, 2020 is
ADJOURNED to November 19, 2020 at 12:00 p.m.

SO ORDERED.

Date:   November 8, 2020
        New York, New York

_____
JOHN P. CRONAN
United States District Judge