```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
MOHAMMED THANI A.T. AL THANI,                                          :
                                                                       :
                              Plaintiff,                               :
                                                                       :         20-CV-4765 (JPC)
            -v-                                                        :
                                                                       :              ORDER
ALAN J. HANKE et al.,                                                  :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court is in receipt of the attached letter from Defendant Amy Roy-Haeger, which was sent to Chambers via email on November 2, 2020. Pursuant to 2.A of the Court's Individual Rules and Practices for *Pro Se* Litigants, no filings may be sent directly to Chambers. *Pro se* parties are encouraged to (1) consent to electronic service (via ECF or email) and (2) submit all filings by email to Temporary_Pro_Se_Filing@nysd.uscourts.gov. A consent to electronic service form is on the Court's website, available at https://nysd.uscourts.gov/sites/default/files/2018-06/proseconsentecfnotice-final.pdf.

It is hereby ORDERED that Ms. Haeger shall have until November 18, 2020 to respond to the Amended Complaint. No further filings may be sent directly to Chambers.

SO ORDERED.

Dated: November 16, 2020
       New York, New York                    _____
                                                    JOHN P. CRONAN
                                             United States District Judge

AMY ROY-HAEGER
7777 N WICKHAM RD., SUITE 12-322
MELBOURNE, FL 32940
AMYROYH@GMAIL.COM

<u>Via ECF and Email (CronanNYSDChambers@nysd.uscourts.gov)</u>

Honorable John P. Cronan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 130
New York, NT 10007

> Re:  Mohammed Thani A.T. Al Thani vs. Alan J. Hanke, IOLO Global, LLC, et al.
>      Case No. 20-CIV-4765 (JPC)
>      Request For Extension of Time

Notice of Special Appearance

Dear Judge Cronan:

I, defendant Amy Roy-Haeger, do hereby request the Court to grant an extension of time in which to either answer the lawsuit or file a motion to dismiss for want of personal jurisdiction. I was added to this suit in the Second Amended Complaint. I wish to have a 2-week extension for the following reasons:

1. I am diligently trying to obtain counsel to represent me; however, I am indigent and I need time to obtain funds to hire counsel and I need more time to do so.
2. I need additional time to conduct further investigation into the matters contained in the lawsuit against me due to the fact that I have never met the Plaintiff, nor spoken to him, nor had any contractual agreements with the Plaintiff. Furthermore, I have never lived in New York and I have not been part of any meetings in NY regarding this matter. Therefore, I am in the process of conducting an investigation into the allegations against me in order to properly understand why I am a defendant in a suit for a matter and contract I had nothing to do with, nor was I aware of the contents of any such agreement until I had been provided a copy of the MDA in connection with the lawsuit at my request. At the very least I will have to add 3rd party defendants that I understand were involved in this matter and I also need to time to finish my investigation to add the proper people or entities to the suit.
3. Covid 19 has placed an undue hardship on me in that I have not been able to be contracted or employed to full capacity and therefore, this has placed an enormous financial burden upon me and my family and left me in financial ruin. I have no money and no assets to speak of. We rent a modest house where I am caring for my aged Mother who needs constant care and I am not in a position to pay for an attorney. I am currently seeking assistance to attempt to be able to afford counsel and I need time to obtain answers from family and friends as to any assistance they may offer me to defend this matter.

AMY ROY-HAEGER<br>
7777 N WICKHAM RD., SUITE 12-322<br>
MELBOURNE, FL 32940<br>
AMYROYH@GMAIL.COM

4. This lawsuit is flawed and contains many misrepresentations regarding myself and statements that were made which are grossly inaccurate and need to be investigated.

This request for an extension of time is made in good faith and not for purposes of undue delay. I will make the most of the time extension to be able to either hire an attorney or in the event that I am unable to acquire assistance and I am forced to represent myself, pro se, then I can make a proper response based upon the facts that I discover through my investigation into this matter. I greatly appreciate any consideration the Court can provide me in granting this brief extension of time.

Thank you for your time and consideration.

Respectfully submitted,

*Amy Roy-Haeger*

Amy Roy-Haeger

I, Amy Roy-Haeger, do hereby swear under oath that the foregoing is true and accurate to the best of my ability.

Date: November 2, 2020.                                                     _____Amy Roy-Haeger_____
                                                                                                Amy Roy-Haeger

STATE OF FLORIDA:
COUNTY OF BREVARD:

I, __Ekaterina Lopez__, a notary public in and for the State of Florida, do hereby certify that on the 2nd day of November, 2020, that Amy Roy-Haeger, holder of Florida driver's license number R260-013-62-721-0 appeared before me and affirmed the foregoing statements as being true and accurate after being duly sworn by me.

Date: November 2, 2020                                                      _____
                                                                                                Notary Public

My Commission Expires: __04-18-2022__
Seal:



EKATERINA LOPEZ
NOTARY PUBLIC · STATE OF FLORIDA
COMMISSION # GG209062
My Commission Expires 04/18/2022