```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
MOHAMMED THANI A.T. AL THANI,                                          :
                                                                       :
                            Plaintiff,                                 :
                                                                       :            20-CV-4765 (JPC)
            -v-                                                        :
                                                                       :                ORDER
ALAN J. HANKE et al.,                                                  :
                                                                       :
                            Defendants.                                :
                                                                       :
-----------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/16/2020

JOHN P. CRONAN, United States District Judge:

The Court is in receipt of (1) Defendants Alan J. Hanke and IOLO Global LLC's pre-motion letter requesting an extension of time to complete discovery (Dkt. 60); (2) Plaintiff's response to Hanke and IOLO's request (Dkt. 68); (3) Defendant Sidney Mills Rogers's request for a pre-motion conference regarding his contemplated motion to dismiss, to sever claims under Rule 21 of the Federal Rules of Civil Procedure and to transfer those claims to Georgia, or, in the alternative, to dismiss or stay the action pending arbitration (Dkt. 72); (4) Plaintiff's response to Defendant Rogers's request (Dkt. 75); (5) Defendants Sherry Sim and the Subgallagher Investment Trust's request for a pre-motion conference to discuss their anticipated motion to dismiss (Dkt. 73); and (6) Plaintiff's request for a pre-motion conference regarding his request for leave to file an *ex parte* motion for authorization of e-mail service for Defendant Laura Romeo (Dkt. 74).

It is hereby ORDERED that the Court will discuss each of these requests at the November 19, 2020 Conference.

SO ORDERED.

Dated: November 16, 2020
       New York, New York                                    _____
                                                                      JOHN P. CRONAN
                                                                United States District Judge