UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                                        :

MOHAMMED THANI A.T. AL THANI,             :

                                Plaintiff,                          :

                                                                     :      20-CV-4765 (JPC)
         -v-                                                   :

                                                                     :      <u>ORDER</u>

ALAN J. HANKE et al.,                                  :

                               Defendants.                     :

-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The Court is in receipt of Defendant Laura Romeo's Motion for Permission to Participate in Electronic Case Filing. (Dkt. 107.) In that submission, Defendant Romeo indicated that she has not yet completed the Court's CM/ECF introduction course. (*Id.*) Once Defendant Romeo completes that course, she should submit her completion certificate to the Court, after which the Court will rule on her Motion. *See* http://nysd.uscourts.gov/ecf_training.php.

       SO ORDERED.

Dated: January 5, 2021
       New York, New York                                        JOHN P. CRONAN
                                                                   United States District Judge