UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
MOHAMMED THANI A.T. AL THANI,                :
:
                         Plaintiff,          :
:      20-CV-4765 (JPC)
     -v-                                  :
:      <u>ORDER</u>
ALAN J. HANKE et al.,                        :
:
                         Defendants.         :
:
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The Court is in receipt of a letter from Defendant Amy Roy-Haeger, dated January 18, 2021, requesting a two-week extension until February 1, 2021 to "produce the myriad of documents requested." (Dkt. 137.) It is not clear from Defendant Roy-Haeger's request or the Case Management Plan what deadline Defendant Roy-Haeger is seeking to extend, as the parties have until March 8, 2021 to complete fact discovery. (*See* Dkt. 95.) It thus appears that Defendant Roy-Haeger may be referring to an internal deadline set by the parties. Nonetheless, in light of Defendant Roy-Haeger's health issues and *pro se* status, as well as the remaining parties' silence since Defendant Roy-Haeger filed her request, it is hereby ORDERED that Defendant shall have until February 1, 2021 to produce the documents at issue.

       SO ORDERED.

Dated: January 27, 2021
       New York, New York                                  _____
                                                                JOHN P. CRONAN
                                                                United States District Judge