*1301 Avenue of the Americas*
*21st Floor*
*New York, New York 10019*
*Tel: 212 907-9700*
*www.sgrlaw.com*

**SMITH, GAMBRELL & RUSSELL, LLP**
*Attorneys at Law*

*John G. McCarthy*
*Direct Tel: 212-907-9703*
*Direct Fax: 212-907-9803*
*jmccarthy@sgrlaw.com*

March 8, 2021

It is hereby ORDERED that Defendant Rogers's request is GRANTED. Counsel for Defendant Rogers is excused from attending the March 10, 2021 conference.

SO ORDERED.

**VIA ECF**

Honorable John P. Cronan
United States District Judge
500 Pearl Street
New York, New York 10007

Date:   March 8, 2021
          New York, New York

_____
JOHN P. CRONAN
United States District Judge

Re:   *AL Thani v. Hanke, et al.*, No. 20 Civ. 4765 (JPC)

Dear Judge Cronan:

    I am lead trial counsel for Defendant S. Mills Rogers, III.  I am writing to respectfully request leave to be excused from the conference the Court just scheduled for Wednesday morning.  I have a pre-existing obligation on Wednesday morning to meet with a non-party, out-of-town witness and out-of-town counsel in my office in Manhattan.  Morgan Manley, an associate in our office who has appeared in this case, will be available to attend the conference in my absence.  I do not expect there to be any issues directly impacting Mr. Rogers.  The Court may recall that discovery is stayed as to him pending determination of his motion to dismiss.  If the Court denies that request, I respectfully request that the conference be adjourned.

    I informed the other attorneys and *pro se* parties about my intent to make this application.  Plaintiff's counsel agrees that the conference does not directly impact Mr. Rogers and thus does not oppose the request that Ms. Manley appear in my stead.  Plaintiff, however, opposes an adjournment.  None of the defendants responded to my email.

                    Respectfully yours,

                      John G. McCarthy

cc:   All counsel and *pro se* parties of record
       (via ECF only)

SGR/24481361.1


Atlanta | Austin | Jacksonville | London | Los Angeles | Miami | New York | Southampton | Washington, D.C.