UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
MOHAMMED THANI A.T. AL THANI,

                Plaintiff,                20-CV-4765 (JPC)

      -v-                         ORDER

ALAN J. HANKE,

                Defendant.
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Court is in receipt of proposals for jurisdictional discovery from Plaintiff Mohammed Thani A.T. Al Thani, Dkt. 191, Defendant Sidney Mills Rogers III, Dkt. 192, and Defendant Amy Roy-Haeger, Dkt. 193. With respect to Defendants Rogers, Roy-Haeger, and the Subgallagher Investment Trust (the "Trust"), jurisdictional discovery shall be limited as follows:

(1) all documents and communications concerning any of the three meetings that took place in New York during which it is alleged that the Hanke Defendants committed a tortious act and/or transacted business in New York;

(2) all documents and communications concerning the involvement of Rogers, Roy-Haeger or the Trust with any of the Defendants' activities in or directed at New York that are related to the subject matter of this lawsuit;

(3) all documents and communications concerning any of Rogers's Roy-Haeger's, or the Trust's efforts to procure additional investments in New York, relating to any transaction involving the Hanke Defendants.

      SO ORDERED.

Dated: May 20, 2021
       New York, New York

                                          JOHN P. CRONAN
                                     United States District Judge