UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                                  :

MOHAMMED THANI A.T. AL THANI,

                            Plaintiff,                :              20-CV-4765 (JPC)

             -v-                           :              <u>ORDER</u>

ALAN J. HANKE,

                          Defendant.
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The parties shall appear for a conference in this matter on September 24, 2021 at 11:00 a.m. At the scheduled time, the parties should call (866) 434-5269, access code 9176261.

      SO ORDERED.

Dated: September 21, 2021
       New York, New York

                                                           _____
                                                                JOHN P. CRONAN
                                                         United States District Judge