[1:43 PM, 1/21/2019] Amy Roy: The above 3 images are for the MTN of ABN AMRO. The Board of Directors of CDF has agreed to monetise and trade the MTN cause it's cleaner and easier then the BG. Please see if that is possible. If yes, then I can get a draft FAMA sent out to your right away. Thank you kindly.

[9:13 PM, 1/21/2019] Amy Roy: Call me Craig on standby he can do it as a bg

[12:22 AM, 1/23/2019] Amy Roy: Okay. I have already received the receiving account details for CDFL for the MT760 transmission.

[12:22 AM, 1/23/2019] Amy Roy: From craig

[12:24 AM, 1/23/2019] Alan Hanke: Ok thanks. To what email?

[12:25 AM, 1/23/2019] Alan Hanke: Send cis

[12:18 AM, 2/6/2019] Amy Roy: Yt said he would have answer from CDF on c bond by fri

[12:18 AM, 2/6/2019] Amy Roy: Sent email to mills for call tomorrow

[12:19 AM, 2/6/2019] Amy Roy: Our trade gears up next week money is there

[12:57 AM, 2/26/2019] Amy Roy: Address the Letter of Confirmation of the ABN AMRO Applicant to the following:

To: CHINA DEVELOPMENT FUND LIMITED

Attention: Yang T. Lee, Chief Investment Officer

[2:26 PM, 3/14/2019] Amy Roy: Now have a 230. Call Craig on what's app w Russell he needs to sleep or I will be off at 3pm.

[2:26 PM, 3/14/2019] Amy Roy: He is asking about the wire if at all possible

[2:14 PM, 3/24/2019] Amy Roy: The foregoing PDF is the signed Term Sheet and BG text for the ABN AMRO Bank Guarantee and MT760 SWIFT transaction.

[10:38 AM, 3/29/2019] Alan Hanke: Tried you

[1:17 PM, 3/29/2019] Alan Hanke: Tu

[3:24 PM, 4/1/2019] Alan Hanke: Call me when you can. Need help with gratzileas bank has question

[8:29 PM, 4/1/2019] Amy Roy: I just saw this

 Are you around

[8:38 PM, 4/1/2019] Amy Roy: Still no letter from mls

[9:46 PM, 4/1/2019] Amy Roy: Still no letter from mills

[9:46 PM, 4/1/2019] Amy Roy: Got it never mind

[11:53 AM, 4/2/2019] Amy Roy: Can you call porter? I'll be on a while

[11:53 AM, 4/2/2019] Amy Roy: What did you think of notes?

[11:53 AM, 4/2/2019] Amy Roy: Also we need to discuss comp

[11:53 AM, 4/2/2019] Amy Roy: Craig asked about graciela

[11:56 AM, 4/2/2019] Alan Hanke: Graciela working. Call on cell when done. Have signal till 3

[11:57 AM, 4/2/2019] Alan Hanke: Any news in cbond?

[12:15 PM, 4/2/2019] Amy Roy: Nothing new yet

[1:25 PM, 4/2/2019] Alan Hanke: Sblc paperwork completed. 760 ordered

[4:34 PM, 4/2/2019] Alan Hanke: Any news on cbond?

[4:35 PM, 4/2/2019] Alan Hanke: Gabrielle

[5:47 PM, 4/2/2019] Alan Hanke: You okay?

[7:36 PM, 4/2/2019] Amy Roy: Souza and Gabrielle confirmed to YT/CDFL that transfer of title and delivery of C Bond will be completed on Wednesday USA time v

[7:44 PM, 4/2/2019] Alan Hanke: Oh my gosh

[10:18 AM, 4/3/2019] Amy Roy: Get up!!

[10:18 AM, 4/3/2019] Amy Roy: Craig needs to speak to us at 10.45

[10:40 AM, 4/3/2019] Alan Hanke: Ready

[10:47 AM, 4/3/2019] Amy Roy: Cool any time now

[10:54 AM, 4/3/2019] Alan Hanke: Ok standing by

[10:57 AM, 4/3/2019] Alan Hanke: I'm here

[10:59 AM, 4/3/2019] Amy Roy: Call me I got the details

[1:17 PM, 4/3/2019] Amy Roy: Lost you

[3:09 PM, 4/3/2019] Amy Roy: See email from Craig and call me

[3:09 PM, 4/3/2019] Amy Roy: Free delivery done on souza

[3:46 PM, 4/3/2019] Alan Hanke: Yeah

[7:54 AM, 4/4/2019] Amy Roy: Are u up. Nothing from graciela. Its 2pm Europe. Please call asap. NK wants to still do this today. Cannot go to bank until he sees it

[2:21 PM, 4/4/2019] Alan Hanke: Just now to craig.

Craig, this is from bamker on Graziella mt760. I took to manager.

Just got off the phone with my manager and it will be done no later than tomorrow afternoon. Thank you

[2:24 PM, 4/4/2019] Alan Hanke: Sent to Craig.

Craig, please let nk know of the time difference and the banker was out a day. We could do nothing about that. This lady spent the money for 760 and trusts us. Things just are not instant like we would all like. It took her 2 days just to find the right person in the bank to talk to. And another day just to do paperwork. She is just an account holder. I hope they understand this.

[11:27 AM, 4/5/2019] Amy Roy: Alan call me asap please

[11:28 AM, 4/5/2019] Amy Roy: Money is due Monday so I somehow need to get 12000 to Craig by tomorrow to get reimbursed from the 1m. Who can do that?

[11:52 PM, 4/5/2019] Alan Hanke: You up?

[8:15 AM, 4/6/2019] Amy Roy: Sorry just saw this now

[12:27 PM, 4/6/2019] Alan Hanke: I have a call with Robert's in 10 minutes. Let's

[12:27 PM, 4/6/2019] Alan Hanke: Should be interesting

[3:53 PM, 4/6/2019] Amy Roy: Can we speak in an hour?

[4:27 PM, 4/6/2019] Alan Hanke: Yes. Call you in 20

[6:35 PM, 4/6/2019] Amy Roy: Sorry chase messed up our co accts been on an hour. Call u soon as I am done

[6:57 PM, 4/6/2019] Alan Hanke: 2 minutes in elevator

[7:03 PM, 4/6/2019] Alan Hanke: Tried you. Stepped away from dinner to call but have to go back

[7:07 AM, 4/7/2019] Amy Roy: Sorry about that. My phone does not ring on WA. Call me when you are up. What time should I tell victor to be at bayside

[12:23 PM, 4/8/2019] Amy Roy: Tried you with Craig.

[12:24 PM, 4/8/2019] Amy Roy: The money is to be used for customizing assets so there is a fee to take a hard copy of an asset and to turn it into a register digital format there's range anywhere from 10000 to 500000 to customize assets and yes it will be turning round and going back out it will go to Macau which were assuming is a non opec country I hope they do not give too much of a problem but they have been holding this since Thursday and using complaints as an excuse let me know what Mills finds

[12:24 PM, 4/8/2019] Alan Hanke: Ok

[9:16 AM, 4/9/2019] Alan Hanke: Sent to Craig.


Good day. Please help me with wire receipt from bnp. Funds are still not in account. Our internal check with boa does not have any pending wires in system. I need something showing it was sent.

[10:42 AM, 4/9/2019] Amy Roy: We tried to call you. Call when u can

[11:37 AM, 4/9/2019] Amy Roy: 74800 HKD

/

7.74 HKD per USD

= 9665 USD

Therefore, we need to send 9665 USD to the account of Jose Bibiano Mejia Marroquin.

[12:03 PM, 4/9/2019] Alan Hanke: I have it

(forward from Craig) [12:04 AM, 4/12/2019] Amy Roy: Hi Mr Chau and MJ, during the last few hours I have spoken on several occasions with Mr. Singh, COO of Hagoth Trading DMCC, and he confirmed to me that during a meeting that he and the CEO had with General Manager Fernandez of Emirates NDB Bank on Thursday, 11 April 2019, both he and the CEO were told by General Manager Fernandez that the Compliance Department of Emirates NDB Bank has received confirmation that the 2 SBLCS of BSP, (i.e. SBLC No. 127 and 128), are authentic, genuine, and valid.

Therefore, on Monday, 15 April 2019, both he and the CEO of Hagoth Trading DMCC have a meeting scheduled with the Foreign Trade Department of Emirates NDB Bank for the express purpose of putting everything in place for monetising these 2 SBLCS.

[11:38 AM, 4/14/2019] Amy Roy: Are you still on?

[12:45 AM, 4/21/2019] Amy Roy: Please call craig

[5:57 PM, 4/25/2019] Amy Roy: Allowable THC Range:    less than 0.30%

Minimum CBD Range:    Equal to or greater than 99.5%

Quantity:              10,000 Kg Spot or 10,000 Kg per amount

Frequency of Order:    Weekly 2,500 Kg

Desired Price:         $4,000.00

Length contract:       12 months

SOP:                   Attorney to Attorney to be listed in purchase agreement

[5:57 PM, 4/25/2019] Amy Roy: Charlie's client wants

[5:57 PM, 4/25/2019] Amy Roy: Can you do that?

[11:29 PM, 4/25/2019] Alan Hanke: Not at 4k. Closer to 5k at current market. All else easy.

[10:28 PM, 4/28/2019] Amy Roy: Need to speak

[8:16 AM, 4/29/2019] Amy Roy: Where did you go?

[8:33 PM, 5/16/2019] Amy Roy: Okay i got a call from Carl Sperduti who said that Alan has told him yesterday that CDFL sent 470,000 over to Spain for the account opening etc for 3 bonds. Is that correct? I thought the finance services group was putting up the $? Can you give me the data so I am up to speed / thank you v much.

(forward from Craig)  [8:33 PM, 5/16/2019] Amy Roy: The FSG will provide Francisco with all the services related to Euroclear. The payment of these services has not and will not be disclosed to any third party. The payment is direct to FSG and FSG in turn will pay the Custodial Bank and Euroclear etc. I trust the foregoing is clear. Neither YT or I have disclosed anything to anybody concerning the prearrangements and payment thereof. Thank you kindly

[1:15 PM, 5/20/2019] Amy Roy: You cannot sign a contract and then just not do it.

[1:15 PM, 5/20/2019] Amy Roy: Out of my hands now

[1:16 PM, 5/20/2019] Amy Roy: Does she think this is all done for free? She will be getting a whopper of a bill

[9:20 AM, 5/24/2019] Amy Roy: Have to wait for him. No answer

[9:21 AM, 5/24/2019] Alan Hanke: Ok

[10:41 AM, 6/10/2019] Amy Roy: Amy he came back late from SZN cause his meetings in SZN run over time. I see that he had dropped his bag in my room and will be back shortly.

[10:42 AM, 6/10/2019] Amy Roy: Hi Amy and Marc, I finally got to talk to Jose by phone, no transfer was done today. I will talk to him as soon as he arrives and immediately after that I will be call you to update you. Thank you kindly (from Craig)

[10:43 AM, 6/10/2019] Amy Roy: From Craig. I will need help on the wire today to attorney for Marc's sister please or she will be in big trouble. So sorry but the wire should go out our nighttime

[1:19 PM, 6/10/2019] Alan Hanke: Call me

[11:25 PM, 6/10/2019] Amy Roy: Steve and myself Doing the logistics with Jimmys logistic team and President..THIS IS HUGE..Jimmy agreed to my suggestion for the most part..Steve is proving useful and Tony has been GREAT..Speak tomorrow..GREAT DAY..VICTOR

[11:02 AM, 6/12/2019] Amy Roy: Amy, please give me 30 minutes for the CC with AH as they are changing the dressing etc on my eye. Sorry.

[12:39 AM, 6/13/2019] Amy Roy: You up?

[11:44 PM, 6/13/2019] Amy Roy: Amy and Allen, the full amount of cash to settle the 10B UBS transaction is still in deposit within UBS. (forward from Craig)

Therefore, the entire transaction is started and finished within the 4 walls of the same bank. UBS will see everything, know everything, and be very comfortable. (Craig)

As soon as the Security Company (G4S) has picked up the physical cash inside the bank the person who signs on the UBS account will sign and transfer full amounts settlement to the UBS account of the owner of the physical cash as well as the intermediaries before the Security Company will leave and take the physical cash

outside of the bank    This means that the owner of the physical cash will receive full settlement in his UBS account before the Security Company will leave and go outside of the… (Craig)

(from Craig)   [1:20 AM, 6/27/2019] Amy Roy: Hi Buddy,  Hope you are well. FYI; Spoke with NK and a call between NBD Dubai and UBS, Singapore has been rescheduled for tonight, Thursday AM Asia, as one of the Bankers was called away today to attend a conference.  NK is not expecting any complications or issues, but simply the confirmation of the compliance file sent to UBS, wherein UBS, Singapore shall be able to complete their own internal compliance file and the monetization of the Swifts for Trade.

They are hoping to have this all wrapped up this week and for NK to fly to Singapore (if necessary) to sign off on everything by the weekend, so activities can start next week.

[1:26 AM, 6/27/2019] Amy Roy: 10 mins

[11:50 AM, 6/28/2019] Amy Roy: Amy, on Wednesday evening your time when you and I had a CC with AH I said that I would put the Term Sheet on the WhatsApp Group and your WhatsApp.

I already had spoken to Hazelina and asked her to let AH led the charge and do all the talking and discussion with the client and for her to simply reassure and reaffirm everything AH says. She agreed and said it was a good idea.

So please tell AH to lead the charge.

[11:50 AM, 6/28/2019] Amy Roy: JM situation today was same as yesterday and JM blood pressure went through the roof. JM and I will go again on Saturday to push it through. We are confident that 20x will get sent and received by you well before your Thursday.  (from Craig)

[12:38 AM, 7/3/2019] Alan Hanke: Hi Alan, did speak to the Account Holder here and he says that he is still having a clearing problem with respect to the 128M incoming transfer. I suggested to him that he gets your attorney (did not mention his name yet) involved to help and assist. He said he will think about it and get back to me early this evening which is the early of your Wednesday morning.

[12:54 AM, 7/3/2019] Amy Roy: That sblc had too many errors in it. Where did russell get it from

[1:27 AM, 7/3/2019] Alan Hanke: I'll ask.

[3:06 PM, 7/4/2019] Amy Roy: Had family yelling at me in the car. Other than 2 contracts for Francisco did you need anything else today?

[8:53 AM, 7/11/2019] Amy Roy: Alan is very bad off. No more time. What happened to Lonnie?

[8:53 AM, 7/11/2019] Amy Roy: Texas funds should clear

[8:53 AM, 7/11/2019] Amy Roy: Alan could have done his sblc trade over last 3 months and made 45m

[8:53 AM, 7/11/2019] Amy Roy: He paid 30k to gabrielle for bond 2 and expenses

[8:53 AM, 7/11/2019] Amy Roy: Please see if yt can help. He only has 24 hrs

[1:23 AM, 7/12/2019] Amy Roy: Spoke to Craig. His lender is likening the asset and working like mad to get a wire out.

[10:43 AM, 7/15/2019] Amy Roy: Tried u

[10:54 AM, 7/15/2019] Alan Hanke: I'm here

[12:47 AM, 7/18/2019] Amy Roy: Bank of America, N. A. swift code BOFAUS3NXXX

NEW YORK, NY

account name S. Mills Rogers IIII IOLTA

account number ▮▮▮▮▮▮▮3545

[12:47 AM, 7/18/2019] Amy Roy: Add anything else to craig. They may send today

[12:54 AM, 7/18/2019] Alan Hanke: I'll send complete bankers box again.

[12:55 AM, 7/18/2019] Alan Hanke: Its imperative. There is no more room.

[1:11 AM, 7/18/2019] Amy Roy: Please doto Craig's wa

[1:43 PM, 7/18/2019] Amy Roy: Yt was instructed by Bejing to send letter. Attached is her ridiculous text.

[1:44 PM, 7/18/2019] Amy Roy: Then she disappeared for two days and has refused a calls. That is why it was sent.

[5:07 PM, 7/27/2019] Alan Hanke: I am in direct contact with the owner.

[5:08 PM, 7/27/2019] Alan Hanke: Can pre advise mt799 followed by mt110 delivery. Want straight monetization and trade with the instrument back upon maturity in 3 years

[12:19 PM, 7/31/2019] Amy Roy: COPY OF MESSAGE FROM PEDRO: Good evening, I just spoke to NK and the "Advance" is scheduled to be released tomorrow Thursday, Singapore (delayed from today due to some paperwork delay between Zurich and Singapore) to NK's account at Stanchart Bank, Singapore and will post in Dubai on Friday. He should be able to send out on Monday Dubai.

The Trade is also scheduled to start on Monday.

[10:23 PM, 8/1/2019] Amy Roy: ---------- Forwarded message ---------

From: Pedro J. Lobo <pedro.wpl@gmail.com>

Date: Thu, Aug 1, 2019 at 7:52 PM

Subject: Fwd: Hagoth - PJL Trade Contract 05 - 13 (UBS Singapore)

To: <pedro.wpl@gmail.com>

Herewith an update on the Cash Advance. All fingers crossed!!!

Pedro

---------- Forwarded message ---------

From: NK. Singh <nksingh@protonmail.com>

Date: Thu, Aug 1, 2019, 12:47 AM

Subject: Hagoth - PJL Trade Contract 05 - 13 (UBS Singapore)

To: pedro.wpl <pedro.wpl@gmail.com>

Dear Pedro,

Be advised that we been informed by UBS Singapore; that the advance sum according to herein stated Agreement is been transferred to our SCB Dubai U.A.E. account this morning.

Expect crediting Sunday or Monday latest.

Upon which by Tuesday August 6th, we shal…

(from Craig)  [10:23 PM, 8/4/2019] Amy Roy: Hi Buddy, I spoke with NK this morning and the Gross "Advance" funds from UBS Singapore which were transferred to Standard Chartered Bank are now in the UAE and in the banking system being cleared through the UAE Central Bank. They should post to his account by Monday Aug 5th and on Tuesday Aug 6th, he should be able to wire transfer out to our Trust Account with YT at the CDF account at Tai Fung Bank.

Thank you kindly.

Warm regards,

Pedro

[11:06 AM, 8/6/2019] Amy Roy: COPY OF MESSAGE RECEIVED FROM PEDRO: Just spoke to NK who is waiting for a call back from the Bank who advised him they shoukd be able to get the Advance Funds out this afternoon. He will know in the next 1 hour or so. Once funds are officially out, the legal requirements are then met and in place to trigger the start of the Trade.

[11:06 AM, 8/6/2019] Amy Roy: From NK as we have been going back and forth all morning:

["Good evening. Advance goes out 9AM tomorrow morning have been advised"]

As soon as the Advance goes out and completes the legal requirements by the stated banks, the Trade can officially start.

[11:07 AM, 8/6/2019] Amy Roy: So they tried for today but 9am Dubai time hope to hit boa  by EOD tomorrow

[11:11 AM, 8/6/2019] Alan Hanke: I'm getting killed.

[11:11 AM, 8/6/2019] Alan Hanke: Where is the other money?

[11:11 AM, 8/6/2019] Alan Hanke: Loan?

[2:30 PM, 8/14/2019] Alan Hanke: How's going? I need some transfer luv....

[2:32 PM, 8/14/2019] Alan Hanke: Lance is getting pummeled by Lombard. And me by everyone else.

[9:13 PM, 8/14/2019] Amy Roy: Craig said it hit borrower account and is going out now. He had to file lots of docs To get bank to get all of it transferred to new bank

[9:43 PM, 8/14/2019] Amy Roy: Call shortly as I am racing to get a TS out for YT to sign before 11 am this morning and have to go to bank with the borrower. Please give me 1 hour and 30 minutes (Craig)

[4:38 AM, 8/15/2019] Alan Hanke: So what's the status?

[4:39 AM, 8/15/2019] Alan Hanke: I'm literally out of time. This has gone too far Lombard will have me in default tomorrow

[8:07 AM, 8/15/2019] Amy Roy: Trying to get wire copies

[9:59 PM, 8/16/2019] Alan Hanke: Good evening. Was trying to reach out before I loose signal for nigjt.

[6:43 PM, 8/21/2019] Amy Roy: UPDATE: Pedro was told by NKS that on Thursday morning, 22 Aug 2019, SCB in UAE will send the bank wire transfer and shortly thereafter SCB in UAE will give to NKS an original Good Clean Clear Funds Letter and an original bank wire transfer, and then NKS will scan and send a copy of this GCC Funds Letter and the bank wire transfer to the email address of Pedro for further dissemination to us okay. Now you know what I was told.

[6:43 PM, 8/21/2019] Amy Roy: Reason for delay by 1 day is that Pedro was asked to submit a compliance document wherein he explained why the bank wire transfer was not going to his personal account or a corporate account over which he was a Director/Officer or have Signatory Authority. He completed and submitted the compliance document and before the close of business today Wednesday, 21 Aug 2019, the UAE Monetary Authority accepted Pedro's explanation and approved the sending of the aforementioned bank wire transfer. Thank you kindly for taking the time to read and understand these messages.

[10:43 PM, 8/21/2019] Alan Hanke: Ok. How about loan guy?

[12:24 AM, 8/30/2019] Amy Roy: This is what I have been advised as of this Thursday AM.

1) The funds are "IN" at Standard Chartered Bank, Dubai, but can only be released after sign off on the amended UBS Zurich (Singapore) documentation, which is expected to be ready on Friday.

2) NK is keeping to this story line about having to have the Beneficiary information and my personal "Non-USA Passport" records in proper legal order and with all amendments corrected at the source bank.

3) He advised that the above amended documentation was completed by UBS Zurich today and already sent to Singapore to update their file and then to forward onto Standard Chartered Bank, Singapore and Dubai. This should be in completed by tomorrow (Friday, Singapore).

4) NK will then need to go into Standard Cha…

[12:45 AM, 8/30/2019] Alan Hanke: Amy. With all respect none of that makes any sense. It's all excuses. The only solution from here is resolution and payment. There are contracts and receipt of funds which can be tracked. No more...

[7:37 AM, 8/30/2019] Amy Roy: I agree and so they finally sent someone to go get the money

[11:00 AM, 9/4/2019] Amy Roy: NK – UBS Trade:  Update as of this AM, Wednesday September 4th 2019.

This is what I was advised this morning;

1) The UBS amended and signed off documentation has been passed onto Standard Chartered Bank, Singapore who has also amended and updated their files; and has forwarded the signed off documentation to Standard Chartered, Dubai. This is all expected to be in place on or before tomorrow.

2) The UBS Trade is still being scheduled for Monday, September 9th and is dependent on receiving the formal Bank confirmation that the "Advance" funds have been released.

3) NK is now waiting for Standard Chartered Bank, Dubai to confirm back to him that everything is in place and the release of the "Advance" funds has been activated. This same documentation will …

[11:00 AM, 9/4/2019] Amy Roy: Need help in what to say to lance (to Craig)

[11:02 AM, 9/4/2019] Alan Hanke: Amy. I appreciate the update. But none of this is believable anymore. Lance will be reported to finra by Lombard on Thursday if no payment is made. Sheiks people coming here Friday.

[11:02 AM, 9/4/2019] Alan Hanke: I'm waiting for surgeon now

[11:02 AM, 9/4/2019] Alan Hanke: I'm screwed

[11:04 AM, 9/4/2019] Alan Hanke: Where is the loan guy or porter?

[1:02 AM, 9/6/2019] Amy Roy: I need to talk to you.

[4:00 PM, 9/13/2019] Amy Roy: P.s.God brought my team an investor we bonded like long lost brothers he has 110 ft yacht.My new wing man...To bad you people thought it was ok to plot against me and leave me for dead no food no money hang up on me major collusion bash me and pull a stunt.You were blown out of the Universe.God major major major Blessed me .I am Mr Chunky i am From The Bronx i am The one with waaay better contacts globally.I was Amys Bf and partner and had both your backs beyond your wildest dreams.You both quit on me and left me for dead.I feel sorry for both of you.That will prove to be the most monumental foolish mistsake your major collusion together ever made.Shame on you both i did not deserve that.Trust me God came through for me and my team beyond your wildest dreams…

[4:02 PM, 9/13/2019] Amy Roy: One of 20 the test were how evil I am after giving him 150 for room yesterday. He never stops w insults even as I pay him as it is never enough. I will not anymore accept his nasty texts. He always has the latest best deal but noone ever pays him.

[12:08 AM, 10/17/2019] Amy Roy: Submission for tear sheet deal

[10:51 AM, 10/17/2019] Alan Hanke: Not the same guy

[12:04 PM, 10/17/2019] Alan Hanke: Be careful with this one. Tom and I know Ali very well. He lives in l.a. and is a well known criminal

[12:13 PM, 10/17/2019] Amy Roy: What?? Wow. So is that fake?

[12:14 PM, 10/17/2019] Alan Hanke: Ali doesn't have crap. Last I heard he was released from jail and living in a 1 room apt in east l.a.

[1:37 PM, 10/17/2019] Amy Roy: Oh geez.

[1:41 PM, 10/17/2019] Alan Hanke: Boy. Paul slams you every chance he gets

[1:44 PM, 10/17/2019] Amy Roy: Then kisses up to me and   says he is the only one saving everyone and begs me to get on calls he cant handle. What's not to love

[1:44 PM, 10/17/2019] Amy Roy: Pkease keep notes. I'll need them one day I am sure to prove he is cra,y

[6:45 PM, 10/28/2019] Amy Roy: As a FYI.... My platform is prioritizing clients with funds at Doha Bank Qatar. Anyting over 1B should get immediate attention with expedited closing (forward from Greg)

[11:14 PM, 10/28/2019] Alan Hanke: I have 5b at doha

[11:47 PM, 10/28/2019] Amy Roy: Can you get me s file asap? Want to talk to greg marshall?

[10:39 PM, 10/29/2019] Amy Roy: Doha file? Loi got cannabis?

[10:36 AM, 10/30/2019] Alan Hanke: Ok

[9:25 AM, 10/31/2019] Amy Roy: My phone is off. Marc did not pay. Use wa for now. Live it we pay everyone except our own bills

[6:26 PM, 11/4/2019] Alan Hanke: Alexander Sarmiento bcv banker

[10:09 PM, 11/10/2019] Amy Roy: I just spoke to NK, his English is so bad that no point writing and expecting a decent understandable reply.  (from Craig)

1) UBS Zurich is to send out a wire transfer for €89M cash and instructions have already been given to the wire room yesterday to execute. So hopefully, it will be out and at TFB sometime today.

2) HSBC HK are finalizing 2 x separate transactions; the MT103 instrument for one year and one day via download and the cash amount of €1B via a straight wire transfer. This is supposed to be finalized at HSBC today and sent out. So we just have to wait and see what shows up later today.

I am retiring early tonight and shall check for any copies overnight. 🤞🤞

[10:10 PM, 11/10/2019] Amy Roy: This is what I have been advised as of this Thursday AM.

1) The funds are "IN" at Standard Chartered Bank, Dubai, but can only be released after sign off on the amended UBS Zurich (Singapore) documentation, which is expected to be ready on Friday.

2) NK is keeping to this story line about having to have the Beneficiary information and my personal "Non-USA Passport" records in proper legal order and with all amendments corrected at the source bank.

3) He advised that the above amended documentation was completed by UBS Zurich today and already sent to Singapore to update their file and then to forward onto Standard Chartered Bank, Singapore and Dubai. This should be in completed by tomorrow (Friday, Singapore).

4) NK will then need to go into Standard Cha…

[10:12 PM, 11/10/2019] Amy Roy: First swift

[9:10 AM, 11/12/2019] Amy Roy: A friend of ours became very sick after drinking water left in a car overnight and she was ill for a couple of months.

No matter how many times you get this E-mail, please send it on!!!!

Bottled water in your car is very dangerous!

On the Ellen show, Sheryl Crow said that this is what caused her breast cancer.  It has been identified as the most common cause of the high levels of dioxin in breast cancer tissue..

Sheryl Crow's oncologist told her: women should not drink bottled water that has been left in a car.  The heat reacts with the chemicals in the plastic of the bottle which releases dioxin into the water. Dioxin is a toxin increasingly found in breast cancer tissue.

So please be careful and do not drink bottled water that has been left in a car…

[11:00 PM, 11/20/2019] Amy Roy: Craig in town doing letter. Says he is w Chinese. I am sleeping for a while and be up early.

[9:00 PM, 11/29/2019] Amy Roy: Hi NK, does this mean that something was already sent out through HSBC or DB on Friday, or that arrangements were made for either HSBC or DB to send out next Monday?

[9:00 PM, 11/29/2019] Amy Roy: Just one minute as am in discussion Fabio

(Forward from NK)  [9:00 PM, 11/29/2019] Amy Roy: Morning after me being very hectic with Fabio that what kind of Fucking game and delay is played and if I have to go to jail for what happened in Dubai will do it as have reached my breaking point he admitted that they themselves can't send me any swift because they run and filled with monetary authorities all paperwork after the DTC payment was accepted by me.

UBS asked Julius Bears to do, but they refused due that they also directly been involved in the Dubai clean up.

They went to HSBC and DB both whom also have direct link with BOC which is parental company of TFB to transmit. All to be agreed upon was only reached yesterday. Friday cut off time is earlier then other weekdays and Monday before lunch time copies will be send over to desk of Fabio to send over to me.

[9:00 PM, 11/29/2019] Amy Roy: Following messages are from NK....

[9:00 PM, 11/29/2019] Amy Roy: UBS was under the impression that HSBC and DB had granted their request and transmission was send out by both. But then finally very late words came it was not because all was not settled well between the bankers. It was with emergency done, and now both stated on Monday morning SWIFT will be out for each to be 100MM. With copies to the desk of Fabio to forward to me

[9:01 PM, 11/29/2019] Amy Roy: UBS was under the impression that HSBC and DB had granted their request and transmission was send out by both. But then finally very late words came it was not because all was not settled well between the bankers. It was with emergency done, and now both stated on Monday morning SWIFT will be out for each to be 100MM. With copies to the desk of Fabio to forward to me

[9:01 PM, 11/29/2019] Amy Roy: Good Morning and hope you are feeling better today.

(msgs from NK passed from KN to Pedro to Craig to me)

(from Craig) I have had a long call with NK earlier this evening to go thru the above text messages and to clarify exactly what is going on. His reply to my inquiries and frustrations are;

1) UBS legal dept has held back the release of direct cash transfers because NK signed off on an agreement with them for full 2019 and 2020 settlements of the Trade Proceeds through the DTC cash transfer.

2) His UBS Officers had made arrangements with HSBC and Deutsche to assist them with the cash transfers of €100M each, but even after having agreement and confirmation between the banks, could not wire out in time to make Friday deadline (Also did not have signed off authorizations from Senior UBS Officer incharge). All this paper…

[9:01 PM, 11/29/2019] Amy Roy: Copy of message received from Pedro after he had participated in several calls with NK:

[7:48 AM, 12/2/2019] Alan Hanke: You need to be here in ft Lauderdale on Tuesday no matter what.

[8:12 AM, 12/2/2019] Alan Hanke: I need bank account info and names

[12:12 PM, 12/2/2019] Amy Roy: Please explain

[11:49 PM, 12/12/2019] Amy Roy: Swift copies shall be only available today

[11:49 PM, 12/12/2019] Amy Roy: Been advised swifts are out. Barclays confirmed and then UBS went out. Both out

[11:49 PM, 12/12/2019] Amy Roy: Craig Morning. Need to await for TFB to take note of the swifts in the system. UBS Switzerland and BARCLAYS Switzerland.

Unfortunately copies will only be available this afternoon to me.

[11:50 PM, 12/12/2019] Amy Roy: From craig and I assume from nk.

[7:52 AM, 1/9/2020] Amy Roy: I am sending you an email with details on this transfer which is being completed in 8 hours as they are .moving it now.

[1:04 PM, 3/12/2020] Amy Roy: New card registered and will be loaded w more

[1:04 PM, 3/12/2020] Amy Roy: Craig sending email

[9:57 AM, 3/13/2020] Amy Roy: Hagoth Trading DMCC

Reg. No.: DMCC4278.

Address: Unit No. 30-01-1328, Floor 1, Building No. 3, Plot 550-554J&G, DMCC, Dubai, United Arab Emirates.

General Manager - Robert MACFARLANE, Passport No. ▮▮▮▮▮▮.

Chief Operations Manager - John KENNEDY, Passport No. ▮▮▮▮▮▮.

Chief Operations Officer - Narinderkoemar Kuldip SINGH, Passport No. ▮▮▮▮▮▮.

[9:58 AM, 3/13/2020] Amy Roy: Sending you anything I found on hagoth. Still looking for bank

[11:38 AM, 3/13/2020] Amy Roy: ▮▮▮▮▮▮▮▮59-01

Std chartered account Pedro had wired fees to for Hagoth.

[11:40 AM, 3/13/2020] Amy Roy: The reason they are checking again is because he seems to be moving all of his accounts from Hagoth into UBS Switzerland for protection. But we have the card loaded with more now.

[11:41 AM, 3/13/2020] Amy Roy: That account was under Hagoth and you have all 3 passports of execs

[3:25 PM, 3/26/2020] Amy Roy: Someone needs to just shoot me and take me out of my misery because I must being the worst luck of anyone. Does anyone ever have control of anything that is not full of a million excuses?

[3:25 PM, 3/26/2020] Amy Roy: This is Lonnie. Craig asked me to send you a message as both of his eyes are covered by Dr. Marcet, the ophthalmologist. The last 24 to 36 hours been horrific. According to Dr. Marcet the patches will be removed on Friday afternoon or Saturday morning depending on how the Craig examination goes tomorrow and what makes it worse is that we have to takr Craig to the Ophthalmology Department and leave him there cause no unnecessary persons are allowed inside the hospital due to the Covit 19 problem in Hong Kong.

He asked me to write to you that the Alan letter will be available for your Friday morning and Friday evening depending on what Dr. Marcet says.

He asked me to apologise to you and ask for forgiveness. Even his family freaked out today when they heard…

[10:06 AM, 3/27/2020] Amy Roy: Do you want to pursue this. George and his friends have cards in their name. I will find out history if you can pursue. Please advise. George is us and easy to access

[4:27 PM, 3/27/2020] Alan Hanke: Cards are officially off since March 1st. No one doing them that I know

[8:30 PM, 4/1/2020] Amy Roy: Product from Hungary

3M N95 1860 - 3m

3M 8210 - 6m

Price of both 4.65usd - CIF

Process

1. Provide PO and POF

2. Get sgs report and batch no for verification with 3M

3. Inspection, TT and shipping to final destination

Any interest?

[8:30 PM, 4/1/2020] Amy Roy: This is before anyone paid

[1:55 PM, 4/7/2020] Amy Roy: Should have the copy of the wire within the next 1 hour.

[1:55 PM, 4/7/2020] Amy Roy: Earlier today Tuesday, the Visa DC Transaction of NKS was locked in for drawdown and settlement at 4 pm on Wednesday afternoon HK time.

[1:56 PM, 4/7/2020] Amy Roy: From craig

[7:00 PM, 4/8/2020] Amy Roy: These are KN95

[7:00 PM, 4/8/2020] Amy Roy: Material

Out shell: non-woven fabric in low resistance

Interlayer: 95% efficiency PP melt-blown nonwoven fabric

Inner layer: cotton

features

A support mask covers your face perfectly.

Skin-friendly cotton wicks moisture.

The memory foam inside relieves the pressure from your nose.

Long elastic ear loop.

Effective for anti haze and PM2.5, E> 95%

Packaging: 10pcs / box; 72box / carton

[7:01 PM, 4/8/2020] Amy Roy: For 2.10 350 million in brazil

[1:18 PM, 4/11/2020] Amy Roy: What happened on Friday

[1:18 PM, 4/11/2020] Amy Roy: Where are you.

[1:18 PM, 4/11/2020] Amy Roy: Good morning to you dear Amy. Please let me call you in my morning as I am quite sick this Saturday evening. Things finally going well over here, will inform you fully in 9 to 10 hours maximum okay. Thank you kindly

[8:25 AM, 4/22/2020] Amy Roy: A little bit of humor

[2:21 PM, 5/7/2020] Amy Roy: Received copy showing proof of money. Will sanitise this in the morning and send to you okay. Thank you kindly dear Amy.

[2:21 PM, 5/7/2020] Amy Roy: from Craig