UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
                                      :

MOHAMMED THANI A.T. AL THANI,          :

                   Plaintiff,          :

                                        :                20 Civ. 4765 (JPC)

          -v-                      :

                                        :                    ORDER

ALAN J. HANKE *et al.*,                   :

                                        :

                Defendants.      :

                                        :
----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        The deadline for Defendant Amy Roy-Haeger to file her reply brief in support of her pending motion to dismiss the Amended Complaint for lack of personal jurisdiction was January 28, 2022.  Dkt. 249.  The January 28 deadline has passed and the docket does not reflect any reply filed by Defendant Roy-Haeger.  Although Defendant Roy-Haeger is not required to do so, to the extent she intends to file a reply brief, she must do so by February 4, 2022.  If Defendant Roy-Haeger does not file any reply by February 4, the Court will assume that she does not intend to file a reply brief.

        SO ORDERED.

Dated:  January 31, 2022
          New York, New York                _____
                                            JOHN P. CRONAN
                                       United States District Judge