UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
MOHAMMED THANI A.T. AL THANI, :
:
Plaintiff, :
: 20 Civ. 4765 (JPC)
-v- :
:
ALAN J. HANKE *et al.*, :
:
Defendants. :
:
-------------------------------------------------------------------X
:
MARTIN JOHN STEVENS, :
:
Plaintiff, :
: 20 Civ. 8181 (JPC)
-v- :
:
ALAN J. HANKE *et al.*, : <u>ORDER</u>
:
Defendants. :
:
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The Court previously stayed the briefing schedule for Defendant Amy Roy-Haeger's anticipated motion to dismiss the Complaint in *Stevens v. Hanke*, No. 20 Civ. 8181 (JPC) ("*Stevens* Action"), pending resolution of Roy-Haeger's motion to dismiss the Amended Complaint for lack of personal jurisdiction or to transfer venue in *Al Thani v. Hanke*, No. 20 Civ. 4765 (JPC) ("*Al Thani* Action"). *Stevens* Action, Dkt. 51 at 1. On February 17, 2022, the Court denied Roy-Haeger's motion to dismiss the Amended Complaint for lack of personal jurisdiction or to transfer venue in the *Al Thani* Action. *Al Thani* Action, Dkt. 254.

2

Accordingly, it is hereby ordered that Roy-Haeger shall advise the Court by March 3, 2022 whether she intends to pursue a motion to dismiss the Complaint in the *Stevens* Action. As previously emphasized by the Court in its prior Order, Roy-Haeger is reminded that the Court "will not allow parties to relitigate identical arguments raised in a Motion to Dismiss filed in [the *Stevens* Action] if those arguments have been made by a Defendant and rejected in the [*Al Thani* Action]." *Stevens* Action, Dkt. 51 at 2. If Roy-Haeger does intend to proceed with briefing on her motion to dismiss the Complaint in the *Stevens* Action, she shall meet and confer with counsel for Plaintiff Martin John Stevens and shall include a proposed briefing schedule in her March 3, 2022 letter. If Roy-Haeger does not intend to move to dismiss the Complaint in the *Stevens* Action, Roy-Haeger shall file her answer to the Complaint by the March 3, 2022 deadline.

SO ORDERED.

Dated: February 17, 2022
New York, New York

_____
JOHN P. CRONAN
United States District Judge