UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                         :

MOHAMMED THANI A.T. AL THANI,         :

                                        :

                   Plaintiff,        :

                                        :          20 Civ. 4765 (JPC)

      -v-                              :

                                        :

ALAN J. HANKE *et al.*,                  :

                                        :

                   Defendants.     :

                                        :

-----------------------------------------------------------------------X
                                         :

MARTIN JOHN STEVENS,           :

                                        :

                   Plaintiff,        :

                                        :          20 Civ. 8181 (JPC)

      -v-                              :

                                        :

ALAN J. HANKE *et al.*,                  :            ORDER

                                        :

                   Defendants.     :

                                        :

-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Court is in receipt of the letters from Defendants Alan J. Hanke and IOLO Global LLC

(together, the "Hanke Defendants") dated February 22 and 23, 2022, Dkts. 259 and 260, and from

Defendant Sherry Sims dated February 23, 2022, Dkt. 261.  It is hereby ORDERED that all parties

in both actions, No. 20 Civ. 4765 (JPC) and No. 20 Civ. 8181 (JPC) (the "Consolidated Actions"),

shall appear in person for a conference on March 3, 2022 at 11:00 a.m. in Courtroom 12D of the

Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.  In

addition to counsel, the individual Defendants themselves (with the exception of Defendant Sidney

Mills Rogers III)[1] also shall appear in person at the March 3, 2022 conference.  Counsel for Mr.

Hanke and Ms. Sims are directed to ensure their client's attendance at the court conference.  To

the extent Defendants Laura Romeo and Amy Roy-Haeger, who are proceeding *pro se*, are unable

to attend the March 3, 2022 conference in person, they should so notify the Court by February 28,

2022 so that arrangements can be made to secure their attendance and participation at the court

conference by alternative means.  At the conference, the parties should be prepared to discuss the

requests by counsel for the Hanke Defendants and Sims to withdraw as counsel in the Consolidated

Actions, as well as any outstanding discovery issues and a schedule for remaining discovery.

       SO ORDERED.

Dated: February 24, 2022
      New York, New York

                              JOHN P. CRONAN
                        United States District Judge

---

[1] In light of the stay entered as to Rogers pending arbitration in the Consolidated Actions, Rogers and his counsel are not required to attend the court proceeding on March 2, 2022.