# Ducharme, Matthew

| | |
|---|---|
| **From:** | Alan Hanke <alanjhanke@sbcglobal.net> |
| **Sent:** | Monday, February 28, 2022 3:04 PM |
| **To:** | Ducharme, Matthew |
| **Subject:** | New York conference and other matters |

**[EXTERNAL]**
Dear Mr. Ducharme,

I am reaching out in reference to your correspondence and answer to Mr. Weiner and Mr. Herndon. Along with the request by the Judge to be present at the Conference.

Mr. Herndon did reach me on the day indicated with Mr. Weiner whom I've never met before on the line to discuss the Conference request and other matters that I do not consider applicable to this case. Since I have never met Mr. Weiner, I did not know his capacity or purpose on the call other than he was an associate of Mr. Herndon. That said, I am not sure of the purpose of Mr. Weiners email to the group or the intent other than to make statements about me or my possible intentions that were neither discussed nor implied during our short call together.

Further, I would ask that the parties understand and respectfully consider it a hardship for me to he in New York for any conference. I simply do not have the financial wherewithal to make such a trip. And to worsen the matter I no longer have transportation since my vehicle was repossessed in the bankruptcy case.

Of course I would be able to attend via any electronic method possible including conference and Zoom.

Please let me know where I can be of assistance.

With respect,

Alan J. Hanke


Sent from AT&T Yahoo Mail on Android