UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
MOHAMMED THANI A.T. AL THANI,                                    :
:
                  Plaintiff,                                  :
:     20 Civ. 4765 (JPC)
     -v-                                                       :
:
ALAN J. HANKE *et al.*,                                          :
:
                  Defendants.                                 :
:
------------------------------------------------------------------X
:
MARTIN JOHN STEVENS,                                             :
:
                  Plaintiff,                                  :
:     20 Civ. 8181 (JPC)
     -v-                                                       :
:
ALAN J. HANKE *et al.*,                                          :     <u>ORDER</u>
:
                  Defendants.                                 :
:
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The Court is in receipt of Plaintiffs' letter dated February 28, 2022. Dkt. 264. It is hereby ORDERED that the March 3, 2022 conference scheduled in No. 20 Civ. 4765 (JPC) and No. 20 Civ. 8181 (JPC) (the "Consolidated Actions") is adjourned to March 8, 2022 at 10:00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007. Defendants Alan J. Hanke, Sherry Sims, Amy Roy-Haeger, and Laura Romeo are permitted to appear via videoconference (the Court will provide these Defendants with a link

prior to the conference). All other parties,[1] including counsel for Mr. Hanke and Ms. Sims, shall appear at the conference in person. The Court reminds Mr. Herndon and Ms. Ajoku that they remain counsel for Mr. Hanke and IOLO Global LLC ("IOLO"), and reminds Mr. Dweck that he remains counsel for Ms. Sims and Guarantee Investment Trust. Accordingly, counsel are responsible for ensuring their client's attendance and participation at the March 8, 2022 conference, and the failure by any party, including the individual Defendants, to appear at the Court conference may result in sanctions.

The Court also reminds Mr. Herndon, Ms. Ajoku, and Mr. Dweck that, while the Court intends to address their pending motions to withdraw at the March 8, 2022 conference, the Court expresses serious concerns as to discovery issues involving their clients, Mr. Hanke, IOLO, and Ms. Sims, which have remained outstanding for nearly a year. The parties are advised that the Court may defer deciding counsels' motions to withdraw until after the outstanding discovery disputes are resolved. Accordingly, it is hereby ORDERED that the parties shall meet and confer regarding the discovery issues raised in Plaintiffs' letters dated February 18, 2022, Dkt. 257, and February 28, 2022, Dkt. 264, and be prepared to discuss the outcome of the parties' meet and confer at the March 8, 2022 conference.

SO ORDERED.

Dated: March 1, 2022
      New York, New York

_____
JOHN P. CRONAN
United States District Judge

---

[1] In light of the stay entered as to Defendant Sidney Mills Rogers III pending arbitration in the Consolidated Actions, Rogers and his counsel are not required to attend the court proceeding on March 8, 2022.