```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
MOHAMMED THANI A.T. AL THANI,                                    :
                                                                 :
                        Plaintiff,                               :
                                                                 :         20 Civ. 4765 (JPC)
        -v-                                                      :
                                                                 :
ALAN J. HANKE et al.,                                            :
                                                                 :
                        Defendants.                              :
                                                                 :
-----------------------------------------------------------------X
                                                                 :
MARTIN JOHN STEVENS,                                             :
                                                                 :
                        Plaintiff,                               :
                                                                 :         20 Civ. 8181 (JPC)
        -v-                                                      :
                                                                 :
ALAN J. HANKE et al.,                                            :         ORDER
                                                                 :
                        Defendants.                              :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On February 17, 2022, the Court denied Defendant Amy Roy-Haeger's motion to dismiss the Amended Complaint for lack of personal jurisdiction or to transfer venue in *Al Thani v. Hanke*, No. 20 Civ. 4765 (JPC) ("*Al Thani* Action"), and directed Roy-Haeger to file an answer to the Amended Complaint by March 3, 2022. *Al Thani* Action, Dkt. 254. The Court also directed Roy-Haeger to advise the Court by March 3, 2022 whether she intends to pursue a motion to dismiss the Complaint in *Stevens v. Hanke*, No. 20 Civ. 8181 (JPC) ("*Stevens* Action").[1] *Stevens* Action,

---

[1] The Court previously stayed the briefing schedule for Defendant Amy Roy-Haeger's anticipated motion to dismiss the Complaint in the *Stevens* Action pending resolution of Roy-

Dkt. 99; *Al Thani* Action, Dkt. 256.  If Roy-Haeger does intend to proceed with briefing on her motion to dismiss the Complaint in the *Stevens* Action, she was advised to meet and confer with counsel for Plaintiff Martin John Stevens and include a proposed briefing schedule in her March 3, 2022 letter.  If Roy-Haeger does not intend to move to dismiss the Complaint in the *Stevens* Action, Roy-Heager was directed to file her Answer to the Complaint by the March 3, 2022 deadline.  The March 3, 2022 deadline has passed and Roy-Haeger has not complied with the Court's Orders.

It is hereby ORDERED that, by March 10, 2022, Roy-Haeger shall (1) file her Answer to the Amended Complaint in the *Al Thani* Action and (2) either file a letter advising the Court that she intends to pursue a motion to dismiss the Complaint in the *Stevens* Action and include a proposed briefing schedule or file her Answer to the Complaint in the *Stevens* Action.

SO ORDERED.

Dated: March 4, 2022
       New York, New York

                                                  JOHN P. CRONAN
                                          United States District Judge

---

Haeger's motion to dismiss the Amended Complaint for lack of personal jurisdiction or to transfer venue in the *Al Thani* Action.  *See Stevens* Action, Dkt. 51 at 1.