```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
MOHAMMED THANI A.T. AL THANI,                                      :
                                                                   :
                              Plaintiff,                           :
                                                                   :    20 Civ. 4765 (JPC)
            -v-                                                    :
                                                                   :
ALAN J. HANKE et al.,                                              :
                                                                   :
                              Defendants.                          :
                                                                   :
-------------------------------------------------------------------X
                                                                   :
MARTIN JOHN STEVENS,                                               :
                                                                   :
                              Plaintiff,                           :
                                                                   :    20 Civ. 8181 (JPC)
            -v-                                                    :
                                                                   :
ALAN J. HANKE et al.,                                              :        ORDER
                                                                   :
                              Defendants.                          :
                                                                   :
-------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court is in receipt of Defendant Amy Roy-Haeger's requests for extension of time to file her answer to the Amended Complaint in No. 20 Civ. 4765 ("*Al Thani* Action"), and to file her answer to the Complaint in No. 20 Civ. 8181 ("*Stevens* Action"). *Al Thani* Action, Dkt. 268; *Stevens* Action 105. The Court previously directed Roy-Haeger to file an answer to the Amended Complaint in the *Al Thani* Action by March 3, 2022. *Al Thani* Action, Dkt. 254. The Court also directed Roy-Haeger to advise the Court by March 3, 2022 whether she intends to pursue a motion to dismiss the Complaint in the *Stevens* Action. *Stevens* Action, Dkt. 99; *Al Thani* Action, Dkt. 256. If Roy-Haeger does not intend to move to dismiss the Complaint in the *Stevens* Action, the

Court directed her to file her answer to the Complaint in the *Stevens* Action by the March 3, 2022 deadline. *Stevens* Action, Dkt. 99; *Al Thani* Action, Dkt. 256. After Roy-Haeger failed to comply with the March 3, 2022 deadline, the Court, *sua sponte*, extended the deadline until March 10, 2022. *Al Thani* Action, Dkt. 266; *Stevens* Action, Dkt. 103.

The Court hereby grants Roy-Haeger's requests for extension of time. Roy-Haeger shall file her answer to the Amended Complaint in the *Al Thani* Action and her answer to the Complaint in the *Stevens* Action by March 21, 2022.

SO ORDERED.

Dated: March 11, 2022
New York, New York

_____
JOHN P. CRONAN
United States District Judge