UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MOHAMMED THANI A.T. AL THANI,

           Plaintiff,

    -v-                                           20 Civ. 4765 (JPC)

ALAN J. HANKE *et al.*,

           Defendants.
-----------------------------------------------------------------X
MARTIN JOHN STEVENS,

           Plaintiff,

    -v-                                           20 Civ. 8181 (JPC)

ALAN J. HANKE *et al.*,                                        ORDER

           Defendants.
-----------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On March 11, 2022, the Court granted Defendant Amy Roy-Haeger's requests for extension of time to file her answer to the Amended Complaint in No. 20 Civ. 4765 ("*Al Thani* Action"), and to file her answer to the Complaint in No. 20 Civ. 8181 ("*Stevens* Action"), until March 21, 2022. *Al Thani* Action, Dkt. 269; *Stevens* Action, Dkt. 106. On March 22, 2022, Roy-Haeger filed her answer to the Complaint in the *Stevens* Action, but she did not file her answer to the Amended Complaint in the *Al Thani* Action.

Accordingly, it is hereby ORDERED that Roy-Haeger shall file her answer to the Amended Complaint in the *Al Thani* Action by no later than March 25, 2022.

SO ORDERED.

Dated: March 22, 2022
New York, New York

JOHN P. CRONAN
United States District Judge