```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
MOHAMMED THANI A.T. AL THANI,                                      :
                                                                   :
                              Plaintiff,                           :
                                                                   :         20 Civ. 4765 (JPC)
        -v-                                                        :
                                                                   :
ALAN J. HANKE et al.,                                              :
                                                                   :
                              Defendants.                          :
                                                                   :
-------------------------------------------------------------------X
                                                                   :
MARTIN JOHN STEVENS,                                               :
                                                                   :
                              Plaintiff,                           :
                                                                   :         20 Civ. 8181 (JPC)
        -v-                                                        :
                                                                   :
ALAN J. HANKE et al.,                                              :              ORDER
                                                                   :
                              Defendants.                          :
                                                                   :
-------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On June 16, 2022, the Court granted Jeffrey S. Dweck's requests to withdraw as counsel for Sherry Sims and Guarantee Investment Trust. Dkt. 302. That same day, the Court granted Al Thani's request for jurisdictional discovery as to Sims. Dkt. 303. If Sims has secured new counsel, new counsel is reminded that it must promptly enter a notice of appearance in these consolidated actions. If Sims intends to proceed *pro se*, she must provide the Court with her address by June 24, 2022. Sims is put on notice that her failure to update the Court with her address may result in the entry of a default judgment.

Mr. Dweck is hereby ORDERED to mail a copy of this order and the Court's June 16, 2022 order granting Al Thani's request for jurisdictional discovery, Dkt. 303, to Sims, and to note service on the docket by June 22, 2022.

The Clerk of Court is respectfully directed to mail a copy of this order and the Court's June 16, 2022 order, Dkt. 303, to Sherry Sims at the address below, which is an address Sims previously used in her bankruptcy filing, and to note service on the docket:

> Sherry Sims
> 107 Waters Garden
> PO Box 1830
> Waxahachie, TX 75165

SO ORDERED.

Dated: June 17, 2022
New York, New York

_____
JOHN P. CRONAN
United States District Judge