UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
MOHAMMED THANI A.T. AL THANI, :
:
                  Plaintiff, :
:        20 Civ. 4765 (JPC)
     -v- :
:
ALAN J. HANKE *et al.*, :
:
                  Defendants. :
:
-----------------------------------------------------------------------X
:
MARTIN JOHN STEVENS, :
:
                  Plaintiff, :
:        20 Civ. 8181 (JPC)
     -v- :
:        <u>ORDER</u>
ALAN J. HANKE *et al.*, :
:
                  Defendants. :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       On June 21, 2022, the Court received an email from Defendant Sherry Sims in its Chambers inbox advising the Court of Sims's current mailing address. The Clerk of Court is respectfully directed to update the address for the *pro se* Defendant Sherry Sims:

                  Sherry Sims
                  PO Box 1189
                  Red Oak, TX 75154

                  srsholdings@gmail.com

      SO ORDERED.

Dated: June 22, 2022
       New York, New York
                                            JOHN P. CRONAN
                                            United States District Judge