UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
:
MOHAMMED THANI A.T. AL THANI, :
:
Plaintiff, :
:   20 Civ. 4765 (JPC)
-v- :
:
ALAN J. HANKE *et al.*, :
:
Defendants. :
:
----------------------------------------------------------------- X
:
MARTIN JOHN STEVENS, :
:
Plaintiff, :
:   20 Civ. 8181 (JPC)
-v- :
:
ALAN J. HANKE *et al.*, :   ORDER
:
Defendants. :
:
----------------------------------------------------------------- X

JOHN P. CRONAN, United States District Judge:

    On August 15, 2022, the Court ordered Defendant Sims to file a reply in further support of her motion to dismiss for lack of personal jurisdiction by September 16, 2022. Dkt. 328. That deadline has long passed, and the docket does not reflect any reply from Sims. However, in light of Sims's *pro se* status, the Court will grant Sims until May 12, 2023 to file a reply in further support of her motion. If Sims fails to file a reply brief by that date, the Court will decide the motion on the briefing submitted to date.

    Plaintiff shall serve Sims with a copy of this order via overnight courier.

SO ORDERED.

Dated: May 2, 2023
      New York, New York

                                          JOHN P. CRONAN
                                United States District Judge