```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
MOHAMMED THANI A.T. AL THANI,                                      :
                                                                   :
                              Plaintiff,                           :
                                                                   :     20 Civ. 4765 (JPC)
       -v-                                                         :
                                                                   :
ALAN J. HANKE et al.,                                              :
                                                                   :
                              Defendants.                          :
                                                                   :
-------------------------------------------------------------------X
                                                                   :
MARTIN JOHN STEVENS,                                               :
                                                                   :
                              Plaintiff,                           :
                                                                   :     20 Civ. 8181 (JPC)
       -v-                                                         :
                                                                   :
ALAN J. HANKE et al.,                                              :     ORDER
                                                                   :
                              Defendants.                          :
                                                                   :
-------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The parties shall appear for a status conference on July 11, 2023, at 2:00 p.m. via telephone. At the scheduled time, all parties should call 866-434-5269, access code 9176261. Plaintiffs shall serve Defendants Hanke, Romeo, Roy-Haeger, and Sims with a copy of this Order via overnight courier and/or email.

SO ORDERED.

Dated: June 27, 2023
       New York, New York

_____
JOHN P. CRONAN
United States District Judge