```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
MOHAMMED THANI A.T. AL THANI,                                    :
                                                                 :
                        Plaintiff,                               :
                                                                 :   20 Civ. 4765 (JPC)
        -v-                                                      :
                                                                 :
ALAN J. HANKE et al.,                                            :
                                                                 :
                        Defendants.                              :
                                                                 :
-----------------------------------------------------------------X
                                                                 :
MARTIN JOHN STEVENS,                                             :
                                                                 :
                        Plaintiff,                               :
                                                                 :   20 Civ. 8181 (JPC)
        -v-                                                      :
                                                                 :
ALAN J. HANKE et al.,                                            :   ORDER
                                                                 :
                        Defendants.                              :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      As ordered at the July 11, 2023 status conference, all discovery must be completed by August 25, 2023. Plaintiffs shall file any motions for summary judgment by September 8, 2023. Defendants shall file oppositions by October 6, 2023, and Plaintiffs shall file any replies by October 20, 2023. Plaintiffs shall serve Defendants with a copy of this order by mail and/or email.

      SO ORDERED.

Dated: July 11, 2023  
      New York, New York

                                                                  JOHN P. CRONAN  
                                                       United States District Judge