UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                           :

MOHAMMED THANI A.T. AL THANI,     :

                      Plaintiff,    :

                              :    20 Civ. 4765 (JPC)
   -v-                              :

ALAN J. HANKE *et al.*,                 :

                      Defendants.    :

------------------------------------------------------------------X
                                                           :

MARTIN JOHN STEVENS,             :

                      Plaintiff,    :

                              :    20 Civ. 8181 (JPC)
   -v-                              :

ALAN J. HANKE *et al.*,                 :    <u>ORDER</u>

                      Defendants.    :

------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       Oral argument on Plaintiff Mohammed Thani A.T. Al Thani's motion for sanctions is adjourned from August, 1, 2023, to August 15, 2023, at 2:00 p.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. Counsel for Al Thani shall serve Defendant Alan J. Hanke with a copy of this order via mail and/or email.

       SO ORDERED.

Dated: July 14, 2023
       New York, New York
                                                       JOHN P. CRONAN
                                                       United States District Judge