UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
MOHAMMED THANI A.T. AL THANI, :
:
                    Plaintiff, :
:         20 Civ. 4765 (JPC)
    -v- :
:
ALAN J. HANKE *et al*., :
:
                    Defendants. :
:
-------------------------------------------------------------------X
:
MARTIN JOHN STEVENS, :
:
                    Plaintiff, :
:         20 Civ. 8181 (JPC)
    -v- :
:
ALAN J. HANKE *et al*., :         <u>ORDER</u>
:
                    Defendants. :
:
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      As discussed on the record at the August 15, 2023 oral argument on Al Thani's motion for sanctions against Defendants Alan J. Hanke and IOLO Global LLC (the "Hanke Defendants") and their former counsel, Thomas Herndon, Jr., by August 23, 2023, Herndon through his counsel on this motion shall file a supplemental declaration, attaching any communications or other documents that reflect his discussions with the Hanke Defendants regarding document production and preservation. The declaration should further explain the nature and volume of the documents that he received from the Hanke Defendants in November 2020, when the eDiscovery vendor was contacted and retained, and any other actions Herndon took between the February 16 and March

10, 2021 status conferences to comply with the Court's February 16 discovery order. Any attached communications with the Hanke Defendants that are privileged may be filed under seal and *ex parte*, although they should be provided to Hanke. Also by August 23, 2023, Al Thani may make any submission to the extend he believes he is entitled to view those communications. Hanke may file any declaration in response to Herndon's supplemental declaration by August 30, 2023. Al Thani shall promptly order a copy of the transcript from the August 15, 2023 oral argument to be completed in seven days.

In addition, absent any objections from Defendants, the deadline to complete all discovery is adjourned to September 24, 2023. Plaintiffs shall file their motions for summary judgment on October 7, 2023, Defendants shall file their oppositions on November 6, 2023, and Plaintiffs shall file any replies by November 19, 2023. Plaintiffs shall confirm with all Defendants that there are no objections to these new deadlines. If there are no objections, no further action need be taken and the aforementioned extended deadlines will be in effect. If there are any objections, the parties shall meet and confer and submit a joint status letter proposing new deadlines by August 30, 2023.

Al Thani shall serve the Individual Defendants with a copy of this order via mail and/or email.

SO ORDERED.

Dated: August 16, 2023
New York, New York

_____
JOHN P. CRONAN
United States District Judge