UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
MOHAMMED THANI A.T. AL THANI,                  :
:
Plaintiff,     :
:          20 Civ. 4765 (JPC)
-v-                      :
:
ALAN J. HANKE *et al*.,                                  :
:
Defendants.   :
:
-----------------------------------------------------------------------X
:
MARTIN JOHN STEVENS,                             :
:
Plaintiff,     :
:          20 Civ. 8181 (JPC)
-v-                      :
:
ALAN J. HANKE *et al*.,                                  :          <u>ORDER</u>
:
Defendants.   :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    On August 29, 2023, the Court received via email Defendant Alan Hanke's response to the August 23, 2023 declaration of his former counsel, Thomas Herndon, Jr. That response consisted of a three-page letter from Hanke, with twenty-nine exhibits attached, most of which are emails between Hanke and Herndon or another attorney at Herndon's former firm. Hanke submitted his response *ex parte* and under seal, presumably because it described and contained communications that may be privileged. Hanke is directed to provide a copy of that submission only to Herndon, via Herndon's counsel, Tyler Maulsby, by 5:00 P.M., August 30, 2023.

    SO ORDERED.

Dated: August 29, 2023
       New York, New York

                                          JOHN P. CRONAN
                                          United States District Judge