# Exhibit 8

**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 1661 | Date Range: 11/27/2017 - 2/25/2021 |

**Outline of Conversations**

 **e84e92fb83273b2301b3dc510412e609**  1661 messages between 11/27/2017 - 2/25/2021 • Amy Paul
<+15617623293> • Owner

CONFIDENTIAL

**Messages in chronological order** (times are shown in GMT -06:00)

---

💬 **e84e92fb83273b2301b3dc510412e609**

○ **Owner**                                                      11/27/2017, 7:10 PM
Something very weird is going on here. I have plenty more info that may help the situation

○ **Owner**                                                      11/29/2017, 7:14 AM
Hi Amy I'm herw

AP **Amy Paul <+15617623293>**                                   8:09 AM
305.878.5262. Jose Macia

○ **Owner**                                                      10:22 AM
Grace is going to call jose to talk to Peter

○ **Owner**                                                      2:20 PM
Call when you can

○ **Owner**                                                      11/30/2017, 10:35 AM
Buyer just went and verified and took Proof of Life pictures of the box that Carla investor invested in. They're just leaving there now

AP **Amy Paul <+15617623293>**                                   12:13 PM
OK.  Crazy info

○ **Owner**                                                      12/4/2017, 4:21 PM
Amy. Can you call me please

○ **Owner**                                                      7:34 PM
Can call me?

○ **Owner**                                                      12/5/2017, 11:06 AM
Amy. Can you check with Carla to see what's up? Now we have atty waiting and I'm already here in Miami

○ **Owner**                                                      12/6/2017, 4:06 PM
Hey Amy give me a call when you can I have updates

AP **Amy Paul <+15617623293>**                                   7:00 PM
We will talk W Carla in 1.3 hrs.  She's getting info

○ **Owner**                                                      7:02 PM
Ok thank you

○ **Owner**                                                      8:57 PM
Amy?

○ **Owner**                                                      9:04 PM

2 minutes

| AP | **Amy Paul <+15617623293>** | 9:04 PM |

Still waiting but she is working it out

| O | **Owner** | 9:15 PM |

??

| O | **Owner** | 10:14 PM |

Amy is she coming tomorrow?

| O | **Owner** | 12/7/2017, 11:15 AM |

Hey Amy give me a call when you can I have more info for you

| O | **Owner** | 1:54 PM |

Give a call I found some money

| O | **Owner** | 6:59 PM |

I am checking on your progress on 100K or anything more from Carla we kind of need to know what's happening at this point so give me a call

| O | **Owner** | 9:32 PM |

Amy he never answered can you send me package

| AP | **Amy Paul <+15617623293>** | 9:58 PM |

Yes almost home

| O | **Owner** | 9:58 PM |

Ok great

| O | **Owner** | 12/9/2017, 3:40 PM |

Hi Amy can you give me a call when show me on and what the status is with Carla today I've got David calling so I need to tell him something

| O | **Owner** | 12/11/2017, 10:21 AM |

Hi Amy thank you for that call I look forward to the results on the SP. Have you had any luck at all finding 100k from your friend? Let me know what you find out on Carla. Thank you.

| O | **Owner** | 6:15 PM |

Amy, where's Carla?

| AP | **Amy Paul <+15617623293>** | 11:29 PM |

Can't find her

| O | **Owner** | 12/12/2017, 8:26 AM |

Amy. What should I tell David on this? Everyone is here waiting on Carla  again.

CONFIDENTIAL

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 8:31 AM |
| | Trying to find out | |
| O | **Owner** | 8:31 AM |
| | Ok thank you | |
| AP | **Amy Paul <+15617623293>** | 10:33 AM |
| | See email? | |
| O | **Owner** | 11:08 AM |
| | No drivimg | |
| AP | **Amy Paul <+15617623293>** | 11:50 AM |
| | She is in ATL with Jayson blocking her assets to protect him and getting it done | |
| AP | **Amy Paul <+15617623293>** | 11:50 AM |
| | Will send us some info needed soon | |
| O | **Owner** | 3:32 PM |
| | Do we know a Jackie pupo | |
| AP | **Amy Paul <+15617623293>** | 3:35 PM |
| | Yes | |
| O | **Owner** | 12/17/2017, 3:07 PM |
| | Standing by | |
| AP | **Amy Paul <+15617623293>** | 6:02 PM |
| | How did it go? | |
| O | **Owner** | 6:02 PM |
| | Ummm. Said he would call back | |
| O | **Owner** | 8:18 PM |
| | Hi Amy will we be talking back to them tonight? | |
| AP | **Amy Paul <+15617623293>** | 8:34 PM |
| | Yes | |
| O | **Owner** | 8:35 PM |
| | K | |
| O | **Owner** | 12/20/2017, 11:16 AM |
| | Amy. Can you reach out to Carla to get status? I need to know if Payment can be made today | |
| AP | **Amy Paul <+15617623293>** | 12:03 PM |
| | Ill call her after the hour | |
| O | **Owner** | 1:15 PM |

CONFIDENTIAL

Hey Amy just call me when you can I have a question

○ **Owner**                                                                    3:48 PM
Are you serious. Unfortunately we have to pass? Many people have spend plenty of money on her queue to be in position

AP **Amy Paul <+15617623293>**                                                3:50 PM
Unbelievable.

AP **Amy Paul <+15617623293>**                                                3:52 PM
She is calling me back.  Aaron has caused many problems just as you said

○ **Owner**                                                                    3:54 PM
Not my fault. We had people travel again on her work again

○ **Owner**                                                                    3:54 PM
She's not getting out of this that easy. David is on a warpath right now

○ **Owner**                                                                    3:55 PM
I have traveled twice on her word too

○ **Owner**                                                       12/29/2017, 3:46 PM
Hi Amy give me a call when you can

AP **Amy Paul <+15617623293>**                                  1/25/2018, 3:55 PM
Joann piech 248.990.5571

AP **Amy Paul <+15617623293>**                                                3:55 PM
 For jackie

○ **Owner**                                                                    3:56 PM
Thank you

○ **Owner**                                                                   10:50 PM
Just found this

AP **Amy Paul <+15617623293>**                                 1/26/2018, 11:50 AM
Gary b has a box wants to talk to us

○ **Owner**                                                                    1:27 PM
Ok on Gary......Do you know this Ron Reckingjer (?spelling) claims to be s dinar buyer in Miami?

AP **Amy Paul <+15617623293>**                                                1:47 PM
Don't think so

AP **Amy Paul <+15617623293>**                                                1:47 PM
I tried to get you on a few times.  Gary hung up.  Wanted to bypass me

CONFIDENTIAL                                                          AH_094919

AP | **Amy Paul <+15617623293>** | 1:51 PM
See email

AP | **Amy Paul <+15617623293>** | 3:02 PM
Gary.  404.824.1856.  Text him your no

AP | **Amy Paul <+15617623293>** | 1/28/2018, 9:09 AM
Emailed IPPA
However needs
To reflect 1B gross, 800M net to Alan.
On his letterhead
And reference inventory of Dinar box.  Once contract signed off that goes to Paymaster to complete

O | **Owner** | 9:43 AM
Security vault key

O | **Owner** | 10:32 AM
Call me when you can

O | **Owner** | 5:01 PM
Bala Trading LLC


Principal Office
1712 Pioneer Ave Ste 500
Cheyenne, WY 82001
USA


O | **Owner** | 5:02 PM
https://www.dropbox.com/s/7oxt7m1w4jx6lcb/Alan%20Hanke%20Sig%20Blue%20Ink.PNG?dl=0

O | **Owner** | 5:03 PM
Link to my sig

O | **Owner** | 9:07 PM
5 minutes please

AP | **Amy Paul <+15617623293>** | 9:08 PM
Review ppa in email. And they have the 100k

O | **Owner** | 9:09 PM
K call you minute

AP | **Amy Paul <+15617623293>** | 10:12 PM
Ck email

AP | **Amy Paul <+15617623293>** | 10:15 PM
Once we get fee agreement and genealogy for us, I will get Marks number via text for Alan for

AH_094920

you!

**AP**  **Amy Paul <+15617623293>**                                                      10:47 PM

I advised that Alan will be calling  Mark direct. Karen asked that no one else contact Mark. FYI
Mark Portugue (DINAR-Rod)
Mobile (702) 596-5817.

So all received.  Please call mark now

O  **Owner**                                                                1/29/2018, 8:11 AM

Good morning Amy. No call, no text no email of lawyer contact as of yet

O  **Owner**                                                                       2:13 PM

Call me please

O  **Owner**                                                                1/30/2018, 2:47 PM

Alan here's the email address to the buyer's attorney for the sealed box in Miami close tomorrow if
we have enough time  latest Wednesday  cellisson@comcast.net

O  **Owner**                                                                       3:07 PM

Alan...there's Amy roy-heager...Marc Schweitzer...Stephen Franklin...on the agreement

O  **Owner**                                                               1/31/2018, 10:51 PM

Call me back

O  **Owner**                                                                2/1/2018, 10:40 AM

5 minutes please

**AP**  **Amy Paul <+15617623293>**                                                      10:41 AM

K

**AP**  **Amy Paul <+15617623293>**                                                      11:32 PM

U awake?

O  **Owner**                                                                2/2/2018, 7:13 PM

Hey give me a call when you can chat

**AP**  **Amy Paul <+15617623293>**                                                       7:14 PM

Ok few mins

O  **Owner**                                                                2/3/2018, 8:08 AM

I'm up if you feel like calling

O  **Owner**                                                                2/4/2018, 5:21 PM

Sorry to bother you on a Sunday can you call me

**AP**  **Amy Paul <+15617623293>**                                                       5:46 PM

Called

O  **Owner**                                                                       5:49 PM

CONFIDENTIAL

AH_094921

Yeah sorry. Do we know a jackline?

○ **Owner**                                                                5:52 PM
Jacquelyn Griffin?

AP **Amy Paul <+15617623293>**                                              6:12 PM
Don't think so. Maybe heard name before

AP **Amy Paul <+15617623293>**                                     2/5/2018, 8:00 AM
Have a safe flight. My dad died last night.

○ **Owner**                                                                8:17 AM
Oh my. I am sorry to hear this. My thoughts and prayers are with you and your family.  Let me
know if I can do anything for you

○ **Owner**                                                        2/10/2018, 2:12 PM
Call back when you can please

○ **Owner**                                                                3:32 PM
I'm here

AP **Amy Paul <+15617623293>**                                    2/14/2018, 10:41 AM
Mark Lumsden. 336-423-8331

AP **Amy Paul <+15617623293>**                                     2/15/2018, 4:03 PM
Call me urgent

○ **Owner**                                                                4:12 PM
Amy please make sure the pastor k ow my cell as Skype doesn't ring and I'll miss call. Thank you.
Fingers crossed

AP **Amy Paul <+15617623293>**                                             4:16 PM
Call me

AP **Amy Paul <+15617623293>**                                             4:18 PM
You on a call?

○ **Owner**                                                        2/16/2018, 7:38 AM
Amy I don't got any call back yesterday from Mark or you. I'm going to lose this box today if I don't
have it sold.

AP **Amy Paul <+15617623293>**                                             8:56 AM
Told him to push

○ **Owner**                                                                8:56 AM
He did. They called I'll call you 20

AP | **Amy Paul <+15617623293>** | 12:17 PM
Update?

O | **Owner** | 12:20 PM
Not yet

AP | **Amy Paul <+15617623293>** | 12:30 PM
What did they say?

AP | **Amy Paul <+15617623293>** | 2/17/2018, 9:28 PM
You can send it over to my colleague, it's his buyer.
Bgodsey1423@gmail.com

AP | **Amy Paul <+15617623293>** | 2/19/2018, 10:01 AM
You back in Miami? You check out the guy?

O | **Owner** | 10:11 AM
I'm still in Illinois. Nothing to go on so far.  I'll be back there tomorrow

AP | **Amy Paul <+15617623293>** | 10:46 AM
OK what about the genealogy and that godsey guy? What was the bad guys name?

O | **Owner** | 10:47 AM
Lol the godsey guy called yesterday. Has nothing

O | **Owner** | 10:48 AM
Another broker right back to us.

AP | **Amy Paul <+15617623293>** | 11:26 AM
Are u kidding?! What???

AP | **Amy Paul <+15617623293>** | 11:27 AM
So how does Tanya think they are buyers?

AP | **Amy Paul <+15617623293>** | 2/20/2018, 3:13 PM
Call me I have news

O | **Owner** | 3:13 PM
K 5 please

AP | **Amy Paul <+15617623293>** | 5:01 PM
Please call me. I'm very confused.

AP | **Amy Paul <+15617623293>** | 2/23/2018, 9:29 AM
Had Marcello on phone

AP | **Amy Paul <+15617623293>** | 2/24/2018, 11:08 PM
Did you talk to Marcello?

CONFIDENTIAL

AP    **Amy Paul <+15617623293>**                                                  11:09 PM
Anything new

O    **Owner**                                                          2/25/2018, 8:34 AM
Nothing yet. Same old stuff. Everyone working on it but no offers.

AP    **Amy Paul <+15617623293>**                                                   8:43 AM
Did you get w Marcello

O    **Owner**                                                                    9:07 AM
Not further

AP    **Amy Paul <+15617623293>**                                          2/28/2018, 4:05 PM
Use my 3219613308 for wa

O    **Owner**                                                                    4:21 PM
Ok

AP    **Amy Paul <+15617623293>**                                                   4:44 PM
Call me asap

AP    **Amy Paul <+15617623293>**                                                   7:09 PM
Were u calling me back? What area are u in?

AP    **Amy Paul <+15617623293>**                                                   7:10 PM
What exit are u

AP    **Amy Paul <+15617623293>**                                                   7:22 PM
He is stuck at trirail. Where are you? Are you on the phone?

AP    **Amy Paul <+15617623293>**                                                   7:47 PM
Not sure what to do here and I could not hear you before

AP    **Amy Paul <+15617623293>**                                          3/1/2018, 7:33 AM
Well i finally found vic. Poor thing. This stress is killing him.              I am in
Jackson Memorial Hospital,Stroke unit 11th floor..I had either a stroke or heart attack 2 times after
my phone went dead last night with you..I should have never gone to Hollywood..Finishing up tests
and speacialists..We need FES out of gate NOW.For me TIMES UP

AP    **Amy Paul <+15617623293>**                                          3/2/2018, 1:03 PM
Fyi tried to get you on the phone loose dinar procedures attorney to attorney closing in miami,
price 20 cents per need 3 b

O    **Owner**                                                                    1:05 PM
I have 2.3

AP    **Amy Paul <+15617623293>**                                          3/4/2018, 8:26 PM
Please call me

CONFIDENTIAL                                                                                 AH_094924

○    **Owner**         8:29 PM
10 minutes please

AP    **Amy Paul <+15617623293>**         8:34 PM
K

AP    **Amy Paul <+15617623293>**         8:56 PM
Late to watch movie w Neil. Will u be up in one you and a half,?

○    **Owner**         9:12 PM
Call when you can if I'm up ill answer

AP    **Amy Paul <+15617623293>**         10:32 PM
U up

AP    **Amy Paul <+15617623293>**         10:42 PM
Hey. I was hoping to book Vic a room tonight for tomorrow. I took my rent money and paid last three nights but I can't do anymore. Also a trade group is in town and I wondered if you could meet them in Miami.

AP    **Amy Paul <+15617623293>**         10:49 PM
Can't buy on hotels or Expedia. Must go to tropics hotel in Miami and buy from website

AP    **Amy Paul <+15617623293>**         10:55 PM
Don't do that. I called and you have to have the card at checking. Only way to get 112 is cash. Or use hotels.com. tropics only requires 20 deposit.

○    **Owner**         3/5/2018, 9:07 AM
MoneyGram: Your transfer was sent! Have your receiver bring the Ref# 18004266 & their PhotoID to pick up. 1-800-922-7146 for help. MGSTOP to stop msgs.

○    **Owner**         4:12 PM
Call me when you have a few minutes

○    **Owner**         3/6/2018, 8:06 PM
You around?

AP    **Amy Paul <+15617623293>**         8:32 PM
Yes can we speak in 15?

○    **Owner**         8:32 PM
Yo y bet

○    **Owner**         3/14/2018, 6:11 PM
Can u chat?

AP    **Amy Paul <+15617623293>**         9:43 PM
Going to bed

CONFIDENTIAL

| AP | **Amy Paul <+15617623293>** | 3/15/2018, 7:59 AM |
|---|---|---|

Call please

| AP | **Amy Paul <+15617623293>** | 3/22/2018, 9:36 AM |
|---|---|---|

Anything new

| O | **Owner** | 9:36 AM |
|---|---|---|

Arggh

| AP | **Amy Paul <+15617623293>** | 10:07 AM |
|---|---|---|

Guess not good

| O | **Owner** | 4/13/2018, 2:17 PM |
|---|---|---|

Hi Amy. Do you know a Pastor Miles? Is that the Pastor that you into us too before?

| AP | **Amy Paul <+15617623293>** | 3:30 PM |
|---|---|---|

No pastor mark lumsden

| AP | **Amy Paul <+15617623293>** | 3:34 PM |
|---|---|---|

There is an Alex mills in atl making lits of claims

| O | **Owner** | 3:56 PM |
|---|---|---|

Ah that's correct. Sony know alex

| AP | **Amy Paul <+15617623293>** | 3:57 PM |
|---|---|---|

Who is he?!

| O | **Owner** | 3:58 PM |
|---|---|---|

Don't know him at all

| O | **Owner** | 6/28/2018, 8:22 PM |
|---|---|---|

Any chance you have a minute?

| AP | **Amy Paul <+15617623293>** | 6/29/2018, 2:30 PM |
|---|---|---|

On w Peter please call

| AP | **Amy Paul <+15617623293>** | 7/2/2018, 9:38 PM |
|---|---|---|

I've been trying g to reach you

| AP | **Amy Paul <+15617623293>** | 7/5/2018, 10:40 AM |
|---|---|---|

Did I do something wrong? You have avoided me for days

| O | **Owner** | 10:52 AM |
|---|---|---|

Oh gosh no. Just back at my desk today.  Call you right after my next call. Been a crazy morning all around.

| AP | **Amy Paul <+15617623293>** | 7/6/2018, 6:21 AM |
|---|---|---|

Please call me. Still need to go over Philippines and porter

CONFIDENTIAL

AH_094926

**Owner**                                                                 7/9/2018, 1:47 PM
At dr appt. Call you soon

**Amy Paul <+15617623293>**                                                        1:47 PM
Please call me soon as you can re Philippines. Ok

**Owner**                                                                          1:56 PM
J

**Owner**                                                                          1:56 PM
K

**Owner**                                                               7/10/2018, 10:50 AM
Good morning. Any luck on insurance wrap for trade?

**Amy Paul <+15617623293>**                                                        7:03 PM
Hey just saw this please call .me

**Amy Paul <+15617623293>**                                                7/11/2018, 9:13 AM
Please call me back

**Owner**                                                                          9:14 AM
Tried you went right to vm

**Amy Paul <+15617623293>**                                                        9:54 AM
Phone died. Its on now

**Owner**                                                               7/12/2018, 5:30 PM
At dinner with my atty. I need a few to call you

**Amy Paul <+15617623293>**                                                7/13/2018, 2:41 PM
Please call me

**Amy Paul <+15617623293>**                                                7/16/2018, 1:41 PM
Did you send the zim file? Any luck today?

**Owner**                                                                          1:42 PM
I just asked him for it again. Waiting on funds to clear now in paymaster account. Argghh

**Amy Paul <+15617623293>**                                                        2:17 PM
Wow boa is awful

**Owner**                                                                          2:22 PM
Wire just got there this morning as it wasn't sent from their wire department until after 4pm Friday.
They are the worst

CONFIDENTIAL

| AP | **Amy Paul <+15617623293>** | 7/17/2018, 9:16 PM |
|---|---|---|

Hey any news? Zim file?

| O | **Owner** | 7/18/2018, 7:44 AM |
|---|---|---|

Good morning Amy. We hope to have the wire back I to wells today. Not much from me on zims. The only person that I had doesnt want to send them.

We put another client into trade yesterday as well.

| AP | **Amy Paul <+15617623293>** | 2:11 PM |
|---|---|---|

Good for you!! Hope to have a client soon

| AP | **Amy Paul <+15617623293>** | 2:12 PM |
|---|---|---|

These banks are a ripoff

| O | **Owner** | 2:12 PM |
|---|---|---|

Un real. Spoke to Paul too. Call me later

| AP | **Amy Paul <+15617623293>** | 7/19/2018, 9:11 PM |
|---|---|---|

Saw update tojohn. Ty

| AP | **Amy Paul <+15617623293>** | 7/23/2018, 8:27 AM |
|---|---|---|

Can u call me?

| O | **Owner** | 8:28 AM |
|---|---|---|

Yes. 2 minutes

| O | **Owner** | 8/3/2018, 9:34 AM |
|---|---|---|

Can you call me?

| O | **Owner** | 9:42 AM |
|---|---|---|

Fyi the only way buyer can move forward is if iqd seller brings forward all iqd boxes for sale under rolls and extensions but seller  only needs to show the 1st 10 boxes for sale in his kyc

| O | **Owner** | 9:43 AM |
|---|---|---|

Really? That's the answer. So on my clients with 10 boxes are accepted

| O | **Owner** | 8/5/2018, 1:45 PM |
|---|---|---|

Sorry to bother on Sunday. Please call when you get a chabce

| O | **Owner** | 1:45 PM |
|---|---|---|

Chance

| AP | **Amy Paul <+15617623293>** | 2:27 PM |
|---|---|---|

Few mins

| O | **Owner** | 8/7/2018, 7:46 AM |
|---|---|---|

Can you call when you have a minute. Ref. Fuel status and joannn

CONFIDENTIAL

AP  **Amy Paul <+15617623293>**                                          8/8/2018, 9:24 PM
Any good newsfor you?

O   **Owner**                                                           8/9/2018, 6:20 AM
Not a thing

O   **Owner**                                                                3:39 PM
Call when can

AP  **Amy Paul <+15617623293>**                                              6:45 PM
Tried you back

AP  **Amy Paul <+15617623293>**                                        8/10/2018, 4:15 PM
Got news from barry. Please call

O   **Owner**                                                          8/11/2018, 7:49 PM
10 minutes please

AP  **Amy Paul <+15617623293>**                                       10/23/2018, 7:23 PM
Have Peter on he is asking for doa

O   **Owner**                                                        10/24/2018, 10:46 AM
Hi Amy. Just landed Chicago. I'll catch up with you shortly. Thank you.

AP  **Amy Paul <+15617623293>**                                             11:08 AM
Hope u feel better

O   **Owner**                                                              11:16 AM
Argghh. Worst day ever yesterday.

O   **Owner**                                                               6:38 PM
Give a call back when you can thanks

AP  **Amy Paul <+15617623293>**                                        11/4/2018, 5:43 PM
Please call me

AP  **Amy Paul <+15617623293>**                                             8:29 PM
Everyone asking for doa. Are you doing or am i?? Also wanted to go over something

O   **Owner**                                                               9:51 PM
Can u call me

AP  **Amy Paul <+15617623293>**                                        11/5/2018, 6:25 PM
Call me direct when you can

AP  **Amy Paul <+15617623293>**                                             7:05 PM
I need to talk to you before you put Paul on the phone I told them about potentially the deal with
the lottinville and he wants to be on the phone and I need to talk to before him

CONFIDENTIAL                                                        AH_094929

○ **Owner**                                                          7:46 PM
Ok 5 please

AP **Amy Paul <+15617623293>**                                      7:54 PM
Great

AP **Amy Paul <+15617623293>**                            11/6/2018, 8:38 AM
On way to ny. I gave paul d your number if he calls from 416 no.

AP **Amy Paul <+15617623293>**                                      8:38 AM
I'll call you around 1230 to 100

○ **Owner**                                                          8:41 AM
Ok great. Getting on plane now too.  Safe travels. Thank you

AP **Amy Paul <+15617623293>**                                     12:38 PM
I've landed are you in yet?

AP **Amy Paul <+15617623293>**                                     10:54 PM
Can we speak???

○ **Owner**                                                11/7/2018, 8:32 PM
Call when can please

AP **Amy Paul <+15617623293>**                            11/9/2018, 9:42 PM
When can we speak. I talked to joann

AP **Amy Paul <+15617623293>**                           11/10/2018, 1:10 PM
Looks bad awful.  More info can you call me?

○ **Owner**                                                          2:34 PM
On plane. Taxing

AP **Amy Paul <+15617623293>**                           11/11/2018, 6:45 PM
Please call me

AP **Amy Paul <+15617623293>**                                      8:38 PM
I really need to discuss two items w you please. When can u speak?

○ **Owner**                                                         10:01 PM
Hi, I call when I get out of this show

AP **Amy Paul <+15617623293>**                           11/12/2018, 3:27 PM
Will call you from 646 number my battery dead

AP **Amy Paul <+15617623293>**                                      7:43 PM
I am back on this phone. Did you talk to joann or jim? Peter going to sleep soon

○ **Owner**                                                          8:41 PM

Rick Presley
+14079107000

| | | |
|---|---|---|
| O | **Owner** | 9:43 PM |
| | How goes it? | |

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 9:50 PM |
| | Spoke to rick.sent him info but not there yet.  What do we do about doa?? Peter called me again. He wanted to ask you about thesblc contract | |

| | | |
|---|---|---|
| O | **Owner** | 9:53 PM |
| | Thank you. I've instructed him to take care of you. Let's talk Peter in morning. | |

| | | |
|---|---|---|
| O | **Owner** | 10:02 PM |
| | If you need too call him back. Hes good | |

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 11/13/2018, 8:08 AM |
| | Ok ty. I'm up and can barely talk but call me when up and let's get w peter | |

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 11/14/2018, 4:07 PM |
| | Sorry walt added me on a call hes myboss | |

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 4:08 PM |
| | Call so we can call peter | |

| | | |
|---|---|---|
| O | **Owner** | 4:57 PM |
| | Did rick pay you? | |

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 9:04 PM |
| | Yes and thank you. Peter really wants to do something | |

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 11/15/2018, 10:37 PM |
| | Are you coming downhere? | |

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 11/22/2018, 1:14 PM |
| | Happy Thanksgiving!! | |

| | | |
|---|---|---|
| O | **Owner** | 1:55 PM |
| | Hi Amy. Happy Thanksgiving to you and your family. I'll be down next week and hope we get to meet | |

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 2:53 PM |
| | For sure we will!! | |

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 11/29/2018, 4:16 PM |
| | Thanks so much that helped us a ton today. Still wanted to talk to you | |

CONFIDENTIAL

○ **Owner**                                                                                                4:21 PM
Call u when I get home

○ **Owner**                                                                            12/10/2018, 11:50 AM
Hi. You around today?

○ **Owner**                                                                                             11:52 AM
Zelle: Your payment of $500.00 has been sent to 1-561-762-3293

AP **Amy Paul <+15617623293>**                                                            2:45 PM
I am around. Ty for the loan. Love to talk to you after 5

○ **Owner**                                                                                                2:45 PM
Ok. We will try after 5

○ **Owner**                                                                              12/17/2018, 5:19 PM
Can you call me?

○ **Owner**                                                                                                5:40 PM
Zelle: Your payment of $500.00 has been sent to 1-561-762-3293

○ **Owner**                                                                              12/25/2018, 9:47 AM
May the joy of the holidays spread cheer and happiness to you and yours.

AP **Amy Paul <+15617623293>**                                                            3:58 PM
Thanks Alan. Merry Christmas!! Or Happy Holidays!!

○ **Owner**                                                                              12/28/2018, 3:36 PM
Zelle: Your payment of $500.00 has been sent to 1-561-762-3293

AP **Amy Paul <+15617623293>**                                                            4:01 PM
Alan you are a lifesaver.  I got good news from HK on my trade with UN and should start payments
end of January. This will be a great year!!

○ **Owner**                                                                                                4:08 PM
Bless you

AP **Amy Paul <+15617623293>**                                                12/29/2018, 8:18 PM
Home yet? Have Peter on whatsapp

○ **Owner**                                                                                1/6/2019, 2:59 PM
Amy, do you know anyone that has 3 boxes of zims? Buyer paying 25m each box and will pick up
owner in his plane and fly to cali to close.

○ **Owner**                                                                                                3:01 PM
Blue box

CONFIDENTIAL                                                                                       AH_094932

| AP | **Amy Paul <+15617623293>** | 1/11/2019, 2:35 PM |

Are we meeting today? I need to make plans w husband, when do you leave

| O | **Owner** | 2:43 PM |

Please make your plans. I'm hung up. I'll call you in morning ti discuss

| AP | **Amy Paul <+15617623293>** | 3:48 PM |

When can you meet and when do you leave?

| O | **Owner** | 4:18 PM |

Can you call me just by yourself

| AP | **Amy Paul <+15617623293>** | 5:15 PM |

Tried many times get vM right away

| AP | **Amy Paul <+15617623293>** | 5:16 PM |

I even curled my hair, lol

| O | **Owner** | 5:26 PM |

Lol

| O | **Owner** | 5:26 PM |

I'll call you

| O | **Owner** | 1/18/2019, 12:24 PM |

Amy, do you know this guy Sam with Bar Trading in Japan, formerly NYC? He is the guy they paid to get the sblc. You can see him here.

https://bar-trading.com/en/company/member/

| O | **Owner** | 12:39 PM |

So. My head is spinning as you can imagine. If it's an LTN backed mtn. Why would no one take it if it's trading with a 4point plus coupon?

| AP | **Amy Paul <+15617623293>** | 1:11 PM |

They all show trading high. Its value is there until it is tried to cash in

| O | **Owner** | 1:30 PM |

Thank you.

| O | **Owner** | 4:17 PM |

I spoke to rick. Dont forget to let me know about office.

Also do you know that guy above sam?

| O | **Owner** | 5:33 PM |

Address

CONFIDENTIAL

AP | **Amy Paul <+15617623293>** | 5:38 PM
600 s main Avenue. Mineola Florida 34715

AP | **Amy Paul <+15617623293>** | 5:38 PM
Right across from mineola inn and tiki bar

AP | **Amy Paul <+15617623293>** | 5:39 PM
It is nice and its cheap

AP | **Amy Paul <+15617623293>** | 1/19/2019, 12:32 AM
Please call me when up. Spoke to Craig. He said he can do it if abm can do a 760 of the bg. Call me when you get up.

AP | **Amy Paul <+15617623293>** | 10:09 AM
Craig will be asleep soon call asap

O | **Owner** | 12:54 PM
Amy, this is where I'm going.

Wednesday 9:30
Smash Customs
622 east meyers blvd
Mascotte, fl 34753

AP | **Amy Paul <+15617623293>** | 2:40 PM
Can they do 799 then 760? I would think so

O | **Owner** | 2:42 PM
Yes.

O | **Owner** | 1/21/2019, 1:38 PM
Hi Amy. What was your guys thought on the BG from Abn Amro?

AP | **Amy Paul <+15617623293>** | 1:45 PM
See wa

O | **Owner** | 2:07 PM
Call you few. At dentist

AP | **Amy Paul <+15617623293>** | 9:01 PM
I need you to speak to Craig.  He has it set

AP | **Amy Paul <+15617623293>** | 9:35 PM
Please send cis my phone dropped

AP | **Amy Paul <+15617623293>** | 1/22/2019, 12:20 AM
Just saw you called. Are u up

AP | **Amy Paul <+15617623293>** | 12:22 AM

AH_094934

I was looking ghb for the cis

○ **Owner**                                                3:42 PM
I have 100m dbs Singapore can block 760 or 799 block. Thoughts?

AP **Amy Paul <+15617623293>**                            10:55 PM
Can u call me

○ **Owner**                                                11:27 PM
Which email amyrh?

AP **Amy Paul <+15617623293>**                   1/23/2019, 12:08 AM
It's an unsigned resolution but he will use the info to issue contract

○ **Owner**                                                7:01 AM
Yes. I just couldn't find the cis last night. I will get to you

AP **Amy Paul <+15617623293>**                            8:41 AM
Ok

○ **Owner**                                                12:17 PM
Hi call when can

○ **Owner**                                                12:19 PM
Call when can

AP **Amy Paul <+15617623293>**                            12:42 PM
Call me

AP **Amy Paul <+15617623293>**                            12:42 PM
Did not hear phone

○ **Owner**                                                12:44 PM
Ok.

○ **Owner**                                                1:17 PM
Sigma cbd

○ **Owner**                                                1:38 PM
Thank you. Sorry for the short meet as I didnt want to interfere. Call me later when you can

○ **Owner**                                      1/24/2019, 5:42 PM
Mills just confirmed tomorrow at 8am est with you and I

AP **Amy Paul <+15617623293>**                   1/25/2019, 6:34 AM
I am at office and ready whenever you are. I forgot I had a blood test scheduled at 830 but 8 is ok.
If he can do easier then great

AP **Amy Paul <+15617623293>**                            6:34 AM

CONFIDENTIAL                                          AH_094935

Also I need to make decisions on office

AP | **Amy Paul <+15617623293>** | 2:33 PM

Hi calls went well. Seeing if Peter will submit kyc.

AP | **Amy Paul <+15617623293>** | 2:36 PM

Did Rick say about the office? Also is there any way you can spare 500 for you know who? We can put you in the bond deal with marc who just sent some Chinese in. It's good money.  Barry has the pricing on it so good leverage on money. I hate to ask but these people have all drained me. Derrick says funds released any day now

AP | **Amy Paul <+15617623293>** | 3:50 PM

Many times

AP | **Amy Paul <+15617623293>** | 11:28 PM

Proposal in email

AP | **Amy Paul <+15617623293>** | 1/26/2019, 9:36 AM

Craig asking if you read proposal

AP | **Amy Paul <+15617623293>** | 10:08 AM

Ok call me when home. Also send me names for psa for consultants

AP | **Amy Paul <+15617623293>** | 1/27/2019, 8:49 AM

C Raig asking qs,  please call me

AP | **Amy Paul <+15617623293>** | 1/28/2019, 10:21 AM

Alan I need to discuss the contract w you. I have a cc at 1130 and 130 so hopefully around 1215 est

AP | **Amy Paul <+15617623293>** | 8:19 PM

FYI they are pushing hard from China because they're trying to get the swift sent to Qatar bank prior to the Chinese New Year which is coming up quickly let me know how long it will take when you talk to Sam thanks

AP | **Amy Paul <+15617623293>** | 8:21 PM

Did u see the email from Ted? Seems like its John beckstedt again

AP | **Amy Paul <+15617623293>** | 8:51 PM

Peter wants more transparency but I have kyc ready since sat

AP | **Amy Paul <+15617623293>** | 10:01 PM

Going to sleep text me how it went please

AP | **Amy Paul <+15617623293>** | 1/30/2019, 9:25 AM

Porter would love to speak asap. He can also help you. P look easy let me know a time

AP | **Amy Paul <+15617623293>** | 10:44 AM

Just saw this call when ready

CONFIDENTIAL

| AP | **Amy Paul <+15617623293>** | 7:25 PM |
|----|----|----|
| | Push him wish they could swift tomorrow.  Very hard on fridays | |

| AP | **Amy Paul <+15617623293>** | 1/31/2019, 5:27 PM |
|----|----|----|
| | Ty so much I sure hope we are done soon | |

| AP | **Amy Paul <+15617623293>** | 2/1/2019, 6:50 PM |
|----|----|----|
| | Hey dude I need to push richard | |

| AP | **Amy Paul <+15617623293>** | 6:54 PM |
|----|----|----|
| | Add me on if u can | |

| AP | **Amy Paul <+15617623293>** | 8:34 PM |
|----|----|----|
| | So??? | |

| AP | **Amy Paul <+15617623293>** | 8:50 PM |
|----|----|----|
| | Craig called me again | |

| AP | **Amy Paul <+15617623293>** | 8:50 PM |
|----|----|----|
| | He will have answer on c bond tomorrow | |

| AP | **Amy Paul <+15617623293>** | 2/2/2019, 3:03 PM |
|----|----|----|
| | Call me | |

| AP | **Amy Paul <+15617623293>** | 6:00 PM |
|----|----|----|
| | Mailbox full | |

| AP | **Amy Paul <+15617623293>** | 2/4/2019, 3:36 PM |
|----|----|----|
| | You are impossible to reach I have been trying for 3 days | |

| AP | **Amy Paul <+15617623293>** | 4:29 PM |
|----|----|----|
| | ???? Why are you on your ass? I need that contract back. CDF does not like to hold funds | |

| AP | **Amy Paul <+15617623293>** | 4:46 PM |
|----|----|----|
| | I'll call you back. | |

| AP | **Amy Paul <+15617623293>** | 8:28 PM |
|----|----|----|
| | What happened to the call | |

| AP | **Amy Paul <+15617623293>** | 10:38 PM |
|----|----|----|
| | Alan Craig called and is meeting YT and I have no info. This is insane. Not good. They like communication. Crais busted his butt to get contract done while his friend was dying. It's been over a week. Dont you think that is ridicous? | |

| AP | **Amy Paul <+15617623293>** | 2/5/2019, 7:26 AM |
|----|----|----|
| | I look so bad to Craig after favors he pulled. And while waiting for your call and concerned I would miss it  I forgot to call my family to toast for my dad's one year date of his death so a crappy night for me and my brother pissed.  what fun. | |

CONFIDENTIAL

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 2/6/2019, 4:43 PM |
| | Yw on w mills now | |

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 2/7/2019, 9:00 AM |
| | Hey if you need any help with Richard please let me know I'm here at the office | |

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 11:48 AM |
| | Call me asap please | |

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 11:48 AM |
| | CDF won't budge on c bond until abm done. All are held up until then | |

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 4:03 PM |
| | Sorry. Anything from Richard? That must get done | |

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 4:04 PM |
| | Barry speaking to Germany about cash then trade it once in | |

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 4:04 PM |
| | John working it but said do not do Bahamas changes there and you could get arrested | |

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 4:10 PM |
| | More info from Craig. Please call | |

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 7:36 PM |
| | I need to update Craig hes waking up | |

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 2/8/2019, 8:41 PM |
| | Thank you for the help. Craig is asking if anything new. Can you call me,? | |

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 2/9/2019, 8:45 AM |
| | Please call me | |

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 2:19 PM |
| | Now porter calling me. Please follow up w me | |

| | | |
|---|---|---|
| O | **Owner** | 2/11/2019, 4:05 AM |
| | Sorry Amy just saw this. Went to bed early. Land at 9 | |

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 8:06 AM |
| | Figured have a successful and safe trip. Wear a mask, lol we always get sick in ny | |

| | | |
|---|---|---|
| O | **Owner** | 4:53 PM |
| | Hi. I'll call on way to airport.  Any news on c bond? I'm with them now | |

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 5:44 PM |
| | Yes can you call me. Too much to type | |

| | | |
|---|---|---|
| O | **Owner** | 5:44 PM |

CONFIDENTIAL

Ok. Call you from car on way

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 5:52 PM |

You still with them?

| | | |
|---|---|---|
| O | **Owner** | 5:52 PM |

No waiting for lift

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 2/12/2019, 8:41 PM |

Call me anything on abm??

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 9:05 PM |

News on c bond call me dude

| | | |
|---|---|---|
| O | **Owner** | 9:07 PM |

I will in few. Was in shower when you called. Early flight again.  Call few

| | | |
|---|---|---|
| O | **Owner** | 2/13/2019, 2:46 PM |

Alan my fight is Sat.So you will get your money no shortly following week Oscars please help one last time your going to get it right back.Lmk if your attending Oscar Party.Or I am Super Super screwed.Thank God monies flowing again

| | | |
|---|---|---|
| O | **Owner** | 3:07 PM |

You see my events and $$$$ Dollars so we are Good to go Allan.Desperate one last time and right back.Please Asap.We are more than fine.👍

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 3:53 PM |

Geez I told him not to sorry

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 3:53 PM |

Ignore for now let's go make some

| | | |
|---|---|---|
| O | **Owner** | 3:58 PM |

I'm on with brazil and carl now. Working on paper.

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 4:04 PM |

Ok great

| | | |
|---|---|---|
| O | **Owner** | 5:54 PM |

Alan you can Trust me rent 500 a week it's season you don't help and I really have coming in I am Super Super screwed I am owed 1.8 million of cash deals i have closed .At least my deals are real and I have brought in chunks of money always and I have major major integrity and God sees everthing.So one day those scumbags will pay for stealing from me.

| | | |
|---|---|---|
| O | **Owner** | 5:59 PM |

Zelle: Your payment of $500.00 has been sent to 1-561-762-3293

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 6:09 PM |

Wow thank you. Sorry a out that. What did Richard say

CONFIDENTIAL

AH_094939

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 10:48 PM |
| | I need info getting hammered on abm. Please update | |

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 10:51 PM |
| | Also where are the SPs?? | |

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 2/15/2019, 9:01 PM |
| | Please call me. | |

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 9:01 PM |
| | Craig has ca with CDF in an hour | |

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 10:47 PM |
| | I need to tell him something. Any updates?? | |

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 2/17/2019, 12:46 AM |
| | What happened to sps? Supposed to start payments soon. Are you sending them in to texas? | |

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 2/18/2019, 12:52 PM |
| | Can you call me | |

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 2/19/2019, 11:36 AM |
| | I need to talk to you | |

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 2/20/2019, 8:36 AM |
| | Please call me. Sending term sheet draft to you | |

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 8:36 AM |
| | What did Richard have to say | |

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 8:37 AM |
| | You leave yet?? Call me | |

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 8:37 AM |
| | I need help please | |

| | | |
|---|---|---|
| O | **Owner** | 8:59 AM |
| | I'm here. Just tried you | |

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 9:08 AM |
| | I'll text you in a sec when I'm ready to call me | |

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 9:12 AM |
| | Call now please | |

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 9:15 AM |
| | I only have a few mins | |

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 2:40 PM |

CONFIDENTIAL

Call me please

| AP | **Amy Paul <+15617623293>** | 2:43 PM |
| | Carl is looking for a papa, call me | |

| AP | **Amy Paul <+15617623293>** | 2:43 PM |
| | Ppa | |

| AP | **Amy Paul <+15617623293>** | 2:57 PM |
| | Call me bsck | |

| AP | **Amy Paul <+15617623293>** | 5:45 PM |
| | I was on | |

| AP | **Amy Paul <+15617623293>** | 2/22/2019, 6:19 AM |
| | I'm up call when u get signal | |

| AP | **Amy Paul <+15617623293>** | 10:32 AM |
| | Are you back? People looking for you, Souza wants a call | |

| AP | **Amy Paul <+15617623293>** | 10:34 AM |
| | I'm on cc. Set up call for Souza at 1230 | |

| AP | **Amy Paul <+15617623293>** | 10:34 AM |
| | We must get beneficiary changed today | |

| AP | **Amy Paul <+15617623293>** | 10:34 AM |
| | I'll text after my cc | |

| AP | **Amy Paul <+15617623293>** | 10:47 AM |
| | Yes did you see docs? Is ppa ok? | |

| AP | **Amy Paul <+15617623293>** | 10:47 AM |
| | No on cc | |

| AP | **Amy Paul <+15617623293>** | 10:48 AM |
| | W chairman and cpa | |

| AP | **Amy Paul <+15617623293>** | 10:48 AM |
| | Should be done at 12 | |

| AP | **Amy Paul <+15617623293>** | 12:14 PM |
| | Call me | |

| AP | **Amy Paul <+15617623293>** | 1:12 PM |
| | Could not print pages so here is screenshot | |

CONFIDENTIAL

AP · **Amy Paul <+15617623293>**                          1:13 PM
I could shoot richard

AP · **Amy Paul <+15617623293>**                          5:57 PM
Abn good we just need to change the date and issue ppa if they keep same co name

AP · **Amy Paul <+15617623293>**                          6:00 PM
I'm in ny all day thurs. Would love to get an office somewhere

AP · **Amy Paul <+15617623293>**                          6:00 PM
Have to meet senator Klein and show operations.  They dont know we are in fl

AP · **Amy Paul <+15617623293>**                  2/24/2019, 3:30 PM
Called you back

AP · **Amy Paul <+15617623293>**                  2/25/2019, 7:34 AM
Ate we doing a call today?

AP · **Amy Paul <+15617623293>**                          9:00 AM
Please call me

AP · **Amy Paul <+15617623293>**                          1:18 PM
Sent call me

AP · **Amy Paul <+15617623293>**                  2/26/2019, 1:45 PM
I need updates asap we must get something from the bank today

AP · **Amy Paul <+15617623293>**                  2/27/2019, 5:22 AM
Other bond approved, term sheet coming

O · **Owner**                                              5:23 AM
Thank you.

O · **Owner**                                              8:11 AM
On plane. Richard pushed off call until 1230 so Sam can be on with us. Call you when I land.

AP · **Amy Paul <+15617623293>**                          8:38 AM
Ok great ty

AP · **Amy Paul <+15617623293>**                          8:39 AM
I paid 100 extra to change my flight to look at offices please see if I can meet anyone

AP · **Amy Paul <+15617623293>**                          8:40 AM
I arrive 9 am tomorrow in ny

AP · **Amy Paul <+15617623293>**                          12:19 PM
Now or 1240 central time,

O · **Owner**                                              12:25 PM

CONFIDENTIAL

Plane late. Just landed. Still on runway

AP    **Amy Paul <+15617623293>**                                    1:50 PM
I have a 3pm cc.when are we calling? This is urgent

O    **Owner**                                                        4:00 PM
They are changing title now. See of you can get me  YTs passport and the address of cdf.

AP    **Amy Paul <+15617623293>**                                    4:59 PM
Ok

O    **Owner**                                                        4:59 PM
Thank you.

O    **Owner**                                                        9:08 PM
Message relayed to fransisco successfully. I need that passport and address.

O    **Owner**                                                        9:24 PM
He says Zim mother box

AP    **Amy Paul <+15617623293>**                                   10:24 PM
Call Paul Charlie has tons

O    **Owner**                                          2/28/2019, 8:03 AM
Amy. Hope you  got safely. Talked to Mike. Call me when land.

AP    **Amy Paul <+15617623293>**                                    8:26 AM
Landed call me

O    **Owner**                                                       9:49 AM
You have a minute?

AP    **Amy Paul <+15617623293>**                                   10:36 AM
On way to Mike call me

O    **Owner**                                                      11:36 AM
Ok. Beneficiary change completed for Souza.  He will wait on distribution agreement to be signed.
Waiting for new codes now. Whew

O    **Owner**                                                       4:39 PM
Amy. Updated beneficiary is confirmed. Bacen already sent to commerce bank and ICC approval
to release. Hes excited and should get codes when commerce releases.

O    **Owner**                                                       5:00 PM
Just fyi. Spoke to Richard and Sam again. They will not donkettercand wait for new term sheet
from Craig. They will sign once received and proceed.

○ **Owner**                                              6:47 PM
Fyi cease n desist sent to Miles

○ **Owner**                                              6:57 PM
Have fun tonighr

○ **Owner**                                              3/1/2019, 9:32 PM
Call me when you can

AP **Amy Paul <+15617623293>**                           9:45 PM
Just did

AP **Amy Paul <+15617623293>**                           3/2/2019, 12:40 PM
Is nilton signing the term sheet?

○ **Owner**                                              12:41 PM
Yes. He just landed 10 mi ites ago. He will be on his office in an hour

AP **Amy Paul <+15617623293>**                           1:10 PM
Great

AP **Amy Paul <+15617623293>**                           7:10 PM
Call me please

AP **Amy Paul <+15617623293>**                           7:38 PM
Few mins

○ **Owner**                                              3/3/2019, 11:59 AM
Call me when you can

○ **Owner**                                              1:28 PM
Let me know if she calls

AP **Amy Paul <+15617623293>**                           4:53 PM
I'll call you back.

○ **Owner**                                              4:53 PM
K

AP **Amy Paul <+15617623293>**                           8:33 PM
I sorry I caught a few changes Craig needed to make for ana.  Final term sheet coming in 15 via email.

○ **Owner**                                              8:51 PM
Argghh. This is third one. Russell gonna kill me. You sure?

○ **Owner**                                              9:06 PM
Call me just tried you

CONFIDENTIAL

○ **Owner**                                                                3/4/2019, 11:44 AM
Hi call when can

AP **Amy Paul <+15617623293>**                                            2:43 PM
Email sent w changes

○ **Owner**                                                                3:03 PM
Thank you very very

AP **Amy Paul <+15617623293>**                                            11:48 PM
Call asap please

AP **Amy Paul <+15617623293>**                                            3/5/2019, 11:30 AM
No email from Craig about to go to sleep and asking

○ **Owner**                                                                9:16 PM
Call me after movie. About ana Just sitting for dinner.

AP **Amy Paul <+15617623293>**                                            10:43 PM
I'm ready when u are

AP **Amy Paul <+15617623293>**                                            10:43 PM
Let me call Marc quick

○ **Owner**                                                                10:45 PM
I'm ready

AP **Amy Paul <+15617623293>**                                            3/6/2019, 9:38 PM
Need to confirm 10am cst for call with attorneys w John porter

○ **Owner**                                                                9:38 PM
Done

AP **Amy Paul <+15617623293>**                                            9:39 PM
Great

AP **Amy Paul <+15617623293>**                                            9:39 PM
You adding anyone else on?

○ **Owner**                                                                9:46 PM
I may add my atty. I'll know in morning.

AP **Amy Paul <+15617623293>**                                            3/7/2019, 8:13 AM
Good morning I sent an email to John Porter with Mills phone number and email as well as your
phone number and email at the Sun will send both of you directly a conference lying to call into at
10 o'clock your time 11 o'clock Mills time please confirm of 40 the email I sent

| AP | **Amy Paul <+15617623293>** | 9:17 AM |
| | Call for 2 secs | |

| O | **Owner** | 9:20 AM |
| | K | |

| O | **Owner** | 10:01 AM |
| | You can call me on mute and I can join u | |

| O | **Owner** | 3:09 PM |
| | I need you when u have a minute | |

| O | **Owner** | 4:14 PM |
| | Ana term sheet signed and sent. Know your busy but call when can. | |

| O | **Owner** | 6:49 PM |
| | Miss me yet | |

| AP | **Amy Paul <+15617623293>** | 9:17 PM |
| | Call pls | |

| O | **Owner** | 9:18 PM |
| | K need few please | |

| AP | **Amy Paul <+15617623293>** | 9:25 PM |
| | K I'm here | |

| O | **Owner** | 11:04 PM |
| | Zelle: Your payment of $500.00 has been sent to 1-561-762-3293 | |

| O | **Owner** | 3/8/2019, 9:04 AM |
| | Got a minute | |

| O | **Owner** | 9:13 AM |
| | Just off call with Sam and Richard. | |

| O | **Owner** | 4:10 PM |
| | Codes? | |

| AP | **Amy Paul <+15617623293>** | 4:30 PM |
| | Fwd:He read me the short cover note to Mr Lee and he has sent it. | |

| O | **Owner** | 6:08 PM |
| | Amy. What series Petro bonds, how many needed,  offer and  procedures | |

| AP | **Amy Paul <+15617623293>** | 6:23 PM |
| | Ok I'll send | |

| O | **Owner** | 6:23 PM |

AH_094946

K thank you

**Owner**                                                           3/9/2019, 12:24 PM
Morning. Dint forget procedures and numbers on Petrobras bonds. I've got them coming.  Thank you

**Amy Paul <+15617623293>**                                                    1:19 PM
Ok let's talk around 5 530

**Owner**                                                                      1:19 PM
K

**Owner**                                                                      1:21 PM
Train pub crawl for homeless vets

**Amy Paul <+15617623293>**                                                    5:58 PM
1b card and trade on rafiessen call to discuss

**Amy Paul <+15617623293>**                                                   11:22 PM
Cdf met today. Are you getting rafiessen?

**Owner**                                                           3/10/2019, 9:32 AM
Yes. Call me when you can on ana

**Amy Paul <+15617623293>**                                                   11:07 AM
CDFLCI123!

**Amy Paul <+15617623293>**                                                   11:07 AM
For Corp doc for CI

**Owner**                                                                      4:32 PM
Ok. What are we offering on 1b blocked 760 funds again?

**Owner**                                                           3/11/2019, 8:07 AM
Morning. Do you know what the offer may be on the 760 blocked funds?

**Owner**                                                                      2:53 PM
I only have a minute.  They are moving my mom to ICU to bring in hospice. Abnamro term sheet sent to your email.

**Owner**                                                                      2:54 PM
I have all of her info if we need it.

**Owner**                                                                      2:56 PM
Argghh

**Owner**                                                                      3:51 PM
From gabby

Alan - I let Amy know but keeping you updated. I reached Francisco and he reached his contact

                                                        AH_094947

and he will be sending over email and sig line to YT shortly.

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 4:03 PM |

Great ty

| | | |
|---|---|---|
| O | **Owner** | 5:48 PM |

Amy...

Alan - I let Amy know but keeping you updated. I reached Francisco and he reached his contact and he will be sending over email and sig line to YT shortly.

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 3/12/2019, 12:43 AM |

U awake

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 12:44 AM |

Had call w yt. We will see in am. Try to rest gn

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 10:55 AM |

How are you?

| | | |
|---|---|---|
| O | **Owner** | 10:57 AM |

Just back to hospital now. Things are improving though

| | | |
|---|---|---|
| O | **Owner** | 11:04 AM |

I'll call you few

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 3:08 PM |

I'll call you back.

| | | |
|---|---|---|
| O | **Owner** | 3:09 PM |

No problems. Just checking in

| | | |
|---|---|---|
| O | **Owner** | 3:38 PM |

Fwd:

| | | |
|---|---|---|
| O | **Owner** | 7:46 PM |

Hi. Just got home to rest a bit. Can we have a quick call?

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 3/13/2019, 1:07 AM |

Sorry just saw this about to go alto bed if uo

| | | |
|---|---|---|
| O | **Owner** | 9:33 AM |

Call me when you can

| | | |
|---|---|---|
| O | **Owner** | 12:41 PM |

Can you talk?

CONFIDENTIAL

○ **Owner**                                                                5:45 PM
We should also keep her talking to us and not directly to Craig.

○ **Owner**                                                                5:55 PM
I'm tired already

AP **Amy Paul <+15617623293>**                                             6:46 PM
Yes

AP **Amy Paul <+15617623293>**                                             10:08 PM
Craig wants them named to make sure no bad people. Just names

AP **Amy Paul <+15617623293>**                                             10:09 PM
10 of 50 is 5% total with all people

○ **Owner**                                                      3/14/2019, 10:30 AM
Can you talk with Russell and i?

○ **Owner**                                                                2:14 PM
On with Greg and hogan

AP **Amy Paul <+15617623293>**                                             2:19 PM
Ok I'm here

AP **Amy Paul <+15617623293>**                                   3/15/2019, 4:24 PM
Fwd:All good for now. Just waiting to receive conf from Souza after Naiulce sends her email to YT.
Will let you know

○ **Owner**                                                                4:43 PM
Thank you. They just picked her up to bring to hospice.

○ **Owner**                                                                4:49 PM
I appreciate you.

AP **Amy Paul <+15617623293>**                                  3/16/2019, 10:17 AM
Call when u can

AP **Amy Paul <+15617623293>**                                             8:06 PM
Craig waiting for Russell now

AP **Amy Paul <+15617623293>**                                             8:06 PM
Can we do in 15 mins?

○ **Owner**                                                                8:23 PM
Russell Heaton
Mobile +1 801-243-5661
Mobile 1 801-243-5661
Home
Utah

CONFIDENTIAL                                                         AH_094949

| AP | **Amy Paul <+15617623293>** | 8:24 PM |
| --- | --- | --- |

Can u call me?

| O | **Owner** | 8:24 PM |
| --- | --- | --- |

I just spoke to him a few ago. He said call on what's app or directly. I'm ready . Yes give me 2

| O | **Owner** | 9:04 PM |
| --- | --- | --- |

Tried you

| AP | **Amy Paul <+15617623293>** | 9:13 PM |
| --- | --- | --- |

Tried back my phone never rang

| AP | **Amy Paul <+15617623293>** | 10:12 PM |
| --- | --- | --- |

Cant get him go ahead we will talk in am

| O | **Owner** | 3/17/2019, 10:31 AM |
| --- | --- | --- |

Talking to nurse. Need a few

| AP | **Amy Paul <+15617623293>** | 10:32 AM |
| --- | --- | --- |

Sorry to bother you. Craig about to go to sleep . I'll tell him to wait

| AP | **Amy Paul <+15617623293>** | 10:45 AM |
| --- | --- | --- |

Just got off. Yt meets w bnp at 3pm or midnight your time. Plan is what I suggested which is do other bond first and once euroclear officers engaged they do Souza's. Different procedures makes it easier to give out banker from yt side. Just sent that to gabriele. Russel??

| O | **Owner** | 10:52 AM |
| --- | --- | --- |

Ok hes at church till 2cdt. Call you when I'm done here.

| AP | **Amy Paul <+15617623293>** | 11:50 AM |
| --- | --- | --- |

Let's leave it alone for now. CDF is meeting w euroclear officer in our early am and we will have answers. They are ready to do your bond. You will have contract in am. Sent to russell

| O | **Owner** | 11:56 AM |
| --- | --- | --- |

I spoke to him as well.

| O | **Owner** | 11:57 AM |
| --- | --- | --- |

All good

| O | **Owner** | 11:58 AM |
| --- | --- | --- |

Thank your

| O | **Owner** | 11:58 AM |
| --- | --- | --- |

Lol you

| O | **Owner** | 5:30 PM |
| --- | --- | --- |

She just passed

| AP | **Amy Paul <+15617623293>** | 6:56 PM |
| --- | --- | --- |

CONFIDENTIAL

So sorry

| AP | **Amy Paul <+15617623293>** | 6:56 PM |

She is at peace now

| AP | **Amy Paul <+15617623293>** | 7:15 PM |

If you get freed up I got so.e crazy news from Craig on abn

| AP | **Amy Paul <+15617623293>** | 3/18/2019, 8:09 AM |

Good news call me

| AP | **Amy Paul <+15617623293>** | 8:14 AM |

See email

| AP | **Amy Paul <+15617623293>** | 8:44 AM |

I spoke to Russell he will be back at the house in 10 minutes and forward on to Anna and try to get it he said maybe by afternoon but I pushed him to get it in the next hour or 2 so YT can send the E mail before he goes to bed so don't worry about it

| O | **Owner** | 8:49 AM |

Thank you

| AP | **Amy Paul <+15617623293>** | 10:01 AM |

Francisco paid 3000 euros today so he is ready.

| AP | **Amy Paul <+15617623293>** | 8:40 PM |

I really need to talk to you

| AP | **Amy Paul <+15617623293>** | 3/19/2019, 3:02 PM |

Any updates

| O | **Owner** | 3:18 PM |

Just spoke to Richard. Call you soon.

| AP | **Amy Paul <+15617623293>** | 3:50 PM |

Please soon

| O | **Owner** | 3:59 PM |

On with raffenstein lady

| O | **Owner** | 6:39 PM |

Just sat at table. I'll call Russell and call you if he answers. Or I'll call you soon as done

| AP | **Amy Paul <+15617623293>** | 7:58 PM |

I spoke to him. It will take a few days but in process

| AP | **Amy Paul <+15617623293>** | 7:58 PM |

Craig w gold deal now he needs that letter

CONFIDENTIAL

AH_094951

AP | **Amy Paul <+15617623293>** | 9:58 PM
Fwd:Shield Your Lifestyle. Chase. Wire 021000021. Acct is 212338229. Routing for ACH is 267084131. Address for wire is 7777 N Wickham road. Melbourne, FL 32940.

AP | **Amy Paul <+15617623293>** | 9:58 PM
Ty

O | **Owner** | 3/20/2019, 8:35 AM
Need you bank phone number

AP | **Amy Paul <+15617623293>** | 9:51 AM
321.752.5428

AP | **Amy Paul <+15617623293>** | 9:57 AM
Chase bank

O | **Owner** | 9:57 AM
K

O | **Owner** | 10:28 AM
At bank. Need me?

AP | **Amy Paul <+15617623293>** | 10:33 AM
Spoke to Craig. He got beat up by yt so really critical if Richard could wire today by 1.30 as remember intl wire cut off is 2pm. Sending you 1b letter first one against 150b already issued

AP | **Amy Paul <+15617623293>** | 10:34 AM
Why so critical. They issued letter on his word funds will be paid

AP | **Amy Paul <+15617623293>** | 11:33 AM
Ty.

AP | **Amy Paul <+15617623293>** | 4:02 PM
Forget getting atty letter it won't help.

O | **Owner** | 7:25 PM
Just dropped sister off. Call you 5

O | **Owner** | 3/21/2019, 10:29 AM
Call me

AP | **Amy Paul <+15617623293>** | 7:20 PM
CDF has meeting in am and first topic is to C and D Sammy and ABN

AP | **Amy Paul <+15617623293>** | 7:20 PM
Imperative he send receipt NOW

AP | **Amy Paul <+15617623293>** | 7:20 PM

AH_094952

Within 3 hrs is meeting

AP    **Amy Paul <+15617623293>**                                                7:22 PM
Craig just called within 8 hrs. Sammy better get receipt

AP    **Amy Paul <+15617623293>**                                                9:54 PM
I need to speak

O    **Owner**                                                                  11:52 PM
U up?

AP    **Amy Paul <+15617623293>**                                      3/22/2019, 5:34 AM
Crap yes I was not see this

O    **Owner**                                                                  9:42 AM
I'm here just on another call

AP    **Amy Paul <+15617623293>**                                               10:29 AM
 Call back

AP    **Amy Paul <+15617623293>**                                               11:50 AM
Calls?

AP    **Amy Paul <+15617623293>**                                               10:04 PM
First he said after 11 now hes not answering

AP    **Amy Paul <+15617623293>**                                               10:37 PM
I'm pissed waited all night for him

O    **Owner**                                                          3/23/2019, 9:59 AM
Do you have any time today to talk with lance from west fuller on the Lombard deal.

AP    **Amy Paul <+15617623293>**                                               10:22 AM
Sure

AP    **Amy Paul <+15617623293>**                                               10:22 AM
We also need to talk to Mike please banks about to close

AP    **Amy Paul <+15617623293>**                                      3/24/2019, 3:51 PM
Need to talk to russel tonight not good

O    **Owner**                                                                  3:52 PM
Ok give me 5. Just ordering dinner

AP    **Amy Paul <+15617623293>**                                     3/25/2019, 11:28 AM
Craig calling you I had to get back to mtg

CONFIDENTIAL                                                                           AH_094953

| AP | **Amy Paul <+15617623293>** | 11:28 AM |

Terri came here to work today

| O | **Owner** | 11:32 AM |

Ok got it

| AP | **Amy Paul <+15617623293>** | 1:39 PM |

Call me I'm free for an hour

| O | **Owner** | 1:40 PM |

 Ok need 20

| O | **Owner** | 3/26/2019, 7:48 AM |

Confirming call with Lance with fuller in 15.

| O | **Owner** | 7:49 AM |

Just a reference call.

| AP | **Amy Paul <+15617623293>** | 10:52 AM |

Call me asap please I'm out from 115 to 3

| O | **Owner** | 10:55 AM |

Ok on with Sam and Richard.  Need a few

| AP | **Amy Paul <+15617623293>** | 10:57 AM |

Ok get details from them tomorrow deadline

| O | **Owner** | 3:05 PM |

On with mills.

| AP | **Amy Paul <+15617623293>** | 3:06 PM |

K cool praying its there

| O | **Owner** | 3:31 PM |

Its not. Just off with mills and hazelina. It never left hazelinas bank. It's in boa compliance due to the amount. 24 hour hold and then the release of up to 2/3rds. 48 to 72 hours for the rest.

Reason stated that even though it was a wire. It was considered international since it was sent from canada.

| AP | **Amy Paul <+15617623293>** | 3:53 PM |

That stinks and your brother?

| O | **Owner** | 3:53 PM |

3 ninurs onwith hazrlelina

| AP | **Amy Paul <+15617623293>** | 5:59 PM |

I'll call you back.

CONFIDENTIAL

AP    **Amy Paul <+15617623293>**    9:09 PM
Call me

O    **Owner**    9:15 PM
Will do

AP    **Amy Paul <+15617623293>**    3/27/2019, 7:02 AM
Ready for call

AP    **Amy Paul <+15617623293>**    7:20 AM
What happened to the call at 9:00 a.m. I had Craig on standby and stepped out of a meeting call me

O    **Owner**    8:45 AM
Argghh. Sick. Not to bed until 430. Sorry. Setting up new call time now

AP    **Amy Paul <+15617623293>**    9:11 AM
Ok feel better

O    **Owner**    9:14 AM
I have info and bank

AP    **Amy Paul <+15617623293>**    9:27 AM
Call me

O    **Owner**    12:02 PM
Gabrielle,

AP    **Amy Paul <+15617623293>**    1:28 PM
Do you owe back 3 times meaning 1.5 to 4.5 so 3m plus 1.5 or you owe 4.5 plus 1 5?

O    **Owner**    1:32 PM
6 total

AP    **Amy Paul <+15617623293>**    2:27 PM
Wow shit

O    **Owner**    9:30 PM
Up?

AP    **Amy Paul <+15617623293>**    9:38 PM
Yes

AP    **Amy Paul <+15617623293>**    3/28/2019, 7:26 AM
Craig asking if he is supposed to call the lady w sblc?

O    **Owner**    2:35 PM
Miss me yet?

CONFIDENTIAL    AH_094955

AP    **Amy Paul <+15617623293>**                                      2:42 PM
Always

AP    **Amy Paul <+15617623293>**                                      4:45 PM
Ready

O     **Owner**                                                        6:35 PM
Literally just sat. Need few

AP    **Amy Paul <+15617623293>**                                      8:21 PM
Call

O     **Owner**                                                       10:22 PM
Were we supposed to still talk?

O     **Owner**                                             3/29/2019, 8:23 AM
Mornin. Call when can. Got news

AP    **Amy Paul <+15617623293>**                                      9:50 AM
Sent see email

O     **Owner**                                                        9:51 AM
Ty.

O     **Owner**                                                       10:18 AM
Have a minute?

O     **Owner**                                                       10:19 AM
Call me when can.

AP    **Amy Paul <+15617623293>**                                      6:48 PM
Call me please Craig did not get a copy of wire nor did i

O     **Owner**                                            3/30/2019, 11:42 AM
Need a few

O     **Owner**                                                        5:12 PM
Dont forget about me.

AP    **Amy Paul <+15617623293>**                           3/31/2019, 12:44 PM
Ch email call me I think I need to double each one

AP    **Amy Paul <+15617623293>**                            4/2/2019, 9:03 AM
I'll call you back.

O     **Owner**                                                        9:03 AM
Ok ty

AP    **Amy Paul <+15617623293>**                                      9:38 AM

CONFIDENTIAL                                                            AH_094956

On w walt for training on new person. Can u type

○ **Owner**          10:00 AM
Yes. Any news on cbond?

○ **Owner**          10:00 AM
Have signal till 3

AP **Amy Paul <+15617623293>**          10:15 AM
Did you read the notes?

AP **Amy Paul <+15617623293>**          4/4/2019, 10:49 AM
Need you asap

AP **Amy Paul <+15617623293>**          4/7/2019, 7:20 AM
Victor at bayside waiting. He got there early

○ **Owner**          7:29 AM
I'm not going to be able to meet him. Still on ship. Its CBP shut down. They are Est. 3 hours to get off. Was supposed to be at lunch meeting Hollywood at noon. I'll call you few.

AP **Amy Paul <+15617623293>**          7:33 AM
Not good. He made arrangements for his son and took buses to get there. Please try. Should he go to the port? Even 15 mins would be good

AP **Amy Paul <+15617623293>**          7:33 AM
What is cbp?

○ **Owner**          4/8/2019, 6:37 AM
Morning call when can

○ **Owner**          8:11 AM
Please call when can.

AP **Amy Paul <+15617623293>**          9:54 PM
I'm pooped with have letter to you in am

AP **Amy Paul <+15617623293>**          9:54 PM
Need leter from graciela w explanation

○ **Owner**          10:08 PM
Will do. Thanks

○ **Owner**          4/9/2019, 7:17 AM
Please call

○ **Owner**          1:13 PM
Call me when can

CONFIDENTIAL

| AP | **Amy Paul <+15617623293>** | 1:15 PM |
| --- | --- | --- |
| | I'm off phone | |

| AP | **Amy Paul <+15617623293>** | 11:06 PM |
| --- | --- | --- |
| | Not sure if you are up. Can we speak to victor around noon est tomorrow? I sent agreement. | |

| O | **Owner** | 4/10/2019, 12:00 PM |
| --- | --- | --- |
| | Spoke to Russell all good | |

| AP | **Amy Paul <+15617623293>** | 12:07 PM |
| --- | --- | --- |
| | Porter has procedure to get money back pls call | |

| O | **Owner** | 12:26 PM |
| --- | --- | --- |
| | Is the account in your name or victors? | |

| O | **Owner** | 7:40 PM |
| --- | --- | --- |
| | 10 minute | |

| AP | **Amy Paul <+15617623293>** | 4/11/2019, 9:44 AM |
| --- | --- | --- |
| | Tried several times w Craig call me | |

| O | **Owner** | 1:52 PM |
| --- | --- | --- |
| | Call me when can | |

| AP | **Amy Paul <+15617623293>** | 2:11 PM |
| --- | --- | --- |
| | Few mins | |

| AP | **Amy Paul <+15617623293>** | 10:12 PM |
| --- | --- | --- |
| | U up | |

| AP | **Amy Paul <+15617623293>** | 4/12/2019, 9:24 AM |
| --- | --- | --- |
| | Calling u w craig | |

| AP | **Amy Paul <+15617623293>** | 10:14 AM |
| --- | --- | --- |
| | I'll call you back. | |

| AP | **Amy Paul <+15617623293>** | 10:57 AM |
| --- | --- | --- |
| | Please call | |

| O | **Owner** | 10:58 AM |
| --- | --- | --- |
| | On with Greg Davis | |

| AP | **Amy Paul <+15617623293>** | 11:08 AM |
| --- | --- | --- |
| | Where is that freaking money?? I had forgot about that. Craig said boa should be back in his account today. Call me | |

| O | **Owner** | 11:08 AM |
| --- | --- | --- |
| | Nothing yet in account | |

AH_094958

**Owner**                                                                11:08 AM
Just spoke to mills 15 ago

**Owner**                                                                11:09 AM
On with Davis now

**Amy Paul <+15617623293>**                                              11:09 AM
End of day

**Amy Paul <+15617623293>**                                              11:11 AM
Yt went into bank and saw it then compliance called but I need to speak to you first

**Owner**                                                                11:20 AM
Ok. Soon as off with Greg

**Amy Paul <+15617623293>**                                              12:37 PM
Off to bank. Is this the account t it was sent from?

**Owner**                                                                12:45 PM
No. The one I sent you from woodforrest

**Owner**                                                                12:45 PM
Want me to resend

**Owner**                                                                12:56 PM
Check your email. I resent instructions for wire.

**Owner**                                                                2:06 PM
Dont forget call me back

**Owner**                                                                2:23 PM
Received and pending.

**Owner**                                                        4/13/2019, 7:49 AM
Can you talk?

**Amy Paul <+15617623293>**                                              8:18 AM
Do not tell Paul anything about our wte please he cannot stand vic

**Owner**                                                                8:19 AM
Ok

**Amy Paul <+15617623293>**                                             10:12 AM
Gabriel had a basketball so can you do 3pm est for wte?

**Owner**                                                               10:15 AM
Yes.

**Owner**                                                               10:25 AM

At chiropractor. Call you when out

| AP | **Amy Paul <+15617623293>** | 10:47 AM |
|---|---|---|

I'll call you back.

| AP | **Amy Paul <+15617623293>** | 2:02 PM |
|---|---|---|

Sorry forgot the time call when ready

| AP | **Amy Paul <+15617623293>** | 4/14/2019, 10:53 AM |
|---|---|---|

Is that your house?? Man its cold

| O | **Owner** | 10:56 AM |
|---|---|---|

Yes. Blizzard

| O | **Owner** | 6:50 PM |
|---|---|---|

Call when you can

| AP | **Amy Paul <+15617623293>** | 4/15/2019, 12:44 PM |
|---|---|---|

I'll call you back.

| AP | **Amy Paul <+15617623293>** | 7:54 PM |
|---|---|---|

Call me. So we can add craig

| AP | **Amy Paul <+15617623293>** | 4/16/2019, 7:12 PM |
|---|---|---|

Call now yt trying to talk to you

| AP | **Amy Paul <+15617623293>** | 4/17/2019, 9:14 AM |
|---|---|---|

Pls call

| O | **Owner** | 9:37 AM |
|---|---|---|

10 please

| O | **Owner** | 8:27 PM |
|---|---|---|

You up?

| AP | **Amy Paul <+15617623293>** | 9:25 PM |
|---|---|---|

Yes

| AP | **Amy Paul <+15617623293>** | 9:25 PM |
|---|---|---|

Finishing meeting

| AP | **Amy Paul <+15617623293>** | 4/18/2019, 6:50 AM |
|---|---|---|

Please call me

| AP | **Amy Paul <+15617623293>** | 6:50 AM |
|---|---|---|

Need to get bank account open

CONFIDENTIAL

○ **Owner**                                                                 6:54 AM
On with Mills. Will call following

AP **Amy Paul <+15617623293>**                                              8:18 AM
John sent invoice. Pls send Craig copy of 980

○ **Owner**                                                                 8:24 AM
All done

AP **Amy Paul <+15617623293>**                                             12:06 PM
You are the best

AP **Amy Paul <+15617623293>**                                             12:06 PM
John is paying out 3% total

○ **Owner**                                                                 7:21 PM
Call me when your free

AP **Amy Paul <+15617623293>**                                             9:13 PM
Are u on the phone. Marc trying to get you with charel

○ **Owner**                                                                 9:45 PM
Cll back

○ **Owner**                                                                10:08 PM
Wtf?

AP **Amy Paul <+15617623293>**                                            10:18 PM
What do you mean?

AP **Amy Paul <+15617623293>**                                            10:20 PM
Fwd:Shield Your Lifestyle. Chase. Wire 021000021. Acct is 212338229. Routing for ACH is
267084131. Address for wire is 7777 N Wickham road. Melbourne, FL 32940.

○ **Owner**                                                        4/19/2019, 4:09 PM
I'll call you shortly. Trying to work a few things out.

AP **Amy Paul <+15617623293>**                                   4/20/2019, 7:10 AM
On w vic just lmk when you can talk

○ **Owner**                                                                 8:20 AM
Funds receives. Thank you

AP **Amy Paul <+15617623293>**                                             7:17 PM
Craig has a call w nk.  Did you get gratziela? We tried to call you. He needs an update.

CONFIDENTIAL

○  **Owner**                                                                        4/22/2019, 4:36 PM
   Miss me yet?

AP  **Amy Paul <+15617623293>**                                         4/23/2019, 11:05 AM
    Craig did not answer. Maybe asleep

○  **Owner**                                                                              11:10 AM
   Ok

○  **Owner**                                                                              11:10 AM
   Check on lawyer when you can

○  **Owner**                                                                              11:35 AM
   Do we have anything on hagof trading? CV, info background etc?

AP  **Amy Paul <+15617623293>**                                                  12:35 PM
    Few mins

AP  **Amy Paul <+15617623293>**                                                  12:50 PM
    Craig just called

○  **Owner**                                                                              12:55 PM
   Standing by

AP  **Amy Paul <+15617623293>**                                          4/24/2019, 6:38 PM
    Hey land ok? Anything new? Talked to Craig. Bacen sucks

AP  **Amy Paul <+15617623293>**                                                    8:42 PM
    Call me

AP  **Amy Paul <+15617623293>**                                          4/25/2019, 9:42 AM
    Craig needs update on Gratziela now please.

○  **Owner**                                                                              10:02 AM
   I've talked him

AP  **Amy Paul <+15617623293>**                                                    7:41 PM
    Can u call me

AP  **Amy Paul <+15617623293>**                                          4/27/2019, 7:10 AM
    Please call me

AP  **Amy Paul <+15617623293>**                                          4/28/2019, 5:13 PM
    Can you talk soon?

AP  **Amy Paul <+15617623293>**                                                   10:16 PM
    Craig keeps asking about Austria. Did she leave? I cant find you

○  **Owner**                                                                        4/29/2019, 8:52 AM

AH_094962

Sorry had phone problems. In new phone late last night. Trying to catch up now. She did not leave as I know of so far.

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 9:04 AM |

Why the hell not??

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 9:05 AM |

We just lost that. Incredible

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 5/2/2019, 3:56 PM |

Were we supposed to meet today and open the bank account?

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 5/3/2019, 2:54 PM |

We missed the bank

| | | |
|---|---|---|
| O | **Owner** | 4:23 PM |

On with Martino. Need a few

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 4:24 PM |

K

| | | |
|---|---|---|
| O | **Owner** | 5/4/2019, 12:48 PM |

Give call when you can. Just leaving Rick's. With Rick to come toward you. No time to really stay. Have meeting with  extraction people in marcotte after you.  Bank also called me back for Monday. Heading your direction so will need exact address to meet you.

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 1:05 PM |

Man no notice.  I'm still at nail salon. Come here. It's right next to cf fitness

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 1:06 PM |

1045 hwy 50

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 1:10 PM |

1048

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 1:20 PM |

1877 sanding dr, clermont fl 34711

| | | |
|---|---|---|
| O | **Owner** | 1:23 PM |

Sanding or sanderling?

| | | |
|---|---|---|
| O | **Owner** | 5/6/2019, 2:31 PM |

Dont forget about me

| | | |
|---|---|---|
| O | **Owner** | 3:51 PM |

Please call

CONFIDENTIAL

AP **Amy Paul <+15617623293>**                                     10:20 PM
Hi

O **Owner**                                                        5/8/2019, 7:47 AM
Do you know Paul brunious or Robert Goldstein?

AP **Amy Paul <+15617623293>**                                     10:47 AM
No

AP **Amy Paul <+15617623293>**                                     10:50 AM
Are you coming?

O **Owner**                                                        12:41 PM
Can you call

AP **Amy Paul <+15617623293>**                                     1:43 PM
Are you coming?

O **Owner**                                                        1:47 PM
I couldn't change the flight. I'm trying to get a new one. Mike on the way. I'm not positive yet.
Though I'm back down by you on Friday through Tuesday

AP **Amy Paul <+15617623293>**                                     2:02 PM
Ok

AP **Amy Paul <+15617623293>**                                     5/10/2019, 1:51 PM
I'll call you back.

O **Owner**                                                        1:51 PM
K

AP **Amy Paul <+15617623293>**                                     2:43 PM
Call me

AP **Amy Paul <+15617623293>**                                     2:58 PM
I'll call you back.

AP **Amy Paul <+15617623293>**                                     2:59 PM
On call few mins

O **Owner**                                                        5:09 PM
3rxholdings

AP **Amy Paul <+15617623293>**                                     6:54 PM
Yes

O **Owner**                                                        9:15 PM
I am on a call so I will call you back shortly.

CONFIDENTIAL                                                       AH_094964

| AP | **Amy Paul <+15617623293>** | 9:55 PM |
|---|---|---|
| | Going to bed. We need a call w vic to.orrow to discuss progress | |

| O | **Owner** | 9:55 PM |
|---|---|---|
| | Ok. I'll be up for you. Have a good night | |

| AP | **Amy Paul <+15617623293>** | 9:57 PM |
|---|---|---|
| | Ty | |

| AP | **Amy Paul <+15617623293>** | 5/12/2019, 7:02 AM |
|---|---|---|
| | Can you do a call this morning with vic and myself? Lots of developments. | |

| O | **Owner** | 9:41 AM |
|---|---|---|
| | Yes. Anytime after noon my time of possible | |

| AP | **Amy Paul <+15617623293>** | 9:42 AM |
|---|---|---|
| | Ok | |

| AP | **Amy Paul <+15617623293>** | 8:32 PM |
|---|---|---|
| | Call me when you can | |

| AP | **Amy Paul <+15617623293>** | 5/13/2019, 2:39 PM |
|---|---|---|
| | Meeting at 11am | |

| AP | **Amy Paul <+15617623293>** | 9:46 PM |
|---|---|---|
| | Gratziela?? | |

| O | **Owner** | 9:52 PM |
|---|---|---|
| | She will have paperwork in morning. Once receives she will give 24 hour notice | |

| AP | **Amy Paul <+15617623293>** | 5/14/2019, 2:11 PM |
|---|---|---|
| | Call me | |

| AP | **Amy Paul <+15617623293>** | 2:20 PM |
|---|---|---|
| | I'll call you back. | |

| O | **Owner** | 2:25 PM |
|---|---|---|
| | Ok | |

| O | **Owner** | 5:19 PM |
|---|---|---|
| | Call me I'm at bank | |

| AP | **Amy Paul <+15617623293>** | 9:20 PM |
|---|---|---|
| | Call me | |

| AP | **Amy Paul <+15617623293>** | 5/15/2019, 8:58 AM |
|---|---|---|
| | Sent via email. | |

| O | **Owner** | 9:09 AM |
|---|---|---|

CONFIDENTIAL

Got it.

○ **Owner**                                                    5/16/2019, 4:08 PM
Call when can

AP **Amy Paul <+15617623293>**                                5/17/2019, 11:55 AM
What were the dates for the Alaskan cruise?? I need to schedule next ny trip for women today in
August so need the full dates of that

○ **Owner**                                                    12:56 PM
August 13 to 20

AP **Amy Paul <+15617623293>**                                1:38 PM
Ty

○ **Owner**                                                    1:53 PM
Carnival

AP **Amy Paul <+15617623293>**                                5/18/2019, 11:15 AM
Call me asap please tell gratziela. NK very upset

○ **Owner**                                                    11:26 AM
Ok 5 minutes

AP **Amy Paul <+15617623293>**                                7:48 PM
Amy info?

AP **Amy Paul <+15617623293>**                                9:27 PM
Did you get her,? Pls call

AP **Amy Paul <+15617623293>**                                5/19/2019, 12:03 AM
I just convinced Craig to tell nk not to cancel gratziela which he was about to do. This woman
needs to be more cooperative and be responsive

AP **Amy Paul <+15617623293>**                                5:41 PM
Please call

○ **Owner**                                                    9:08 PM
I need 10 minutes please

AP **Amy Paul <+15617623293>**                                9:09 PM
I need answers on gratziela, did you reach her,?  I will wait for you.

○ **Owner**                                                    5/20/2019, 7:32 AM
Rick Presley
+14079107000

CONFIDENTIAL                                                      AH_094966

| AP | **Amy Paul <+15617623293>** | 5/21/2019, 8:30 PM |

I'll call you back.

| AP | **Amy Paul <+15617623293>** | 9:34 PM |

Call please

| O | **Owner** | 9:43 PM |

Taking shower. Call afterwatds

| AP | **Amy Paul <+15617623293>** | 9:50 PM |

Ok

| O | **Owner** | 5/22/2019, 10:18 AM |

You available yet?

| AP | **Amy Paul <+15617623293>** | 10:31 AM |

Off now

| O | **Owner** | 5/23/2019, 6:33 AM |

I'll call you in 30

| AP | **Amy Paul <+15617623293>** | 10:39 AM |

Call me

| AP | **Amy Paul <+15617623293>** | 11:01 AM |

You're should be able to put their hotel rooms on a credit card or a debit card and just prepay for the rooms than they can figure out how to feed themselves

| AP | **Amy Paul <+15617623293>** | 11:01 AM |

Also out vea acct is open

| O | **Owner** | 11:02 AM |

I'll take care of them . Good news on veA.

| O | **Owner** | 11:32 AM |

10B cash under skr at UBS Switzerland??

| AP | **Amy Paul <+15617623293>** | 5/24/2019, 6:38 AM |

What do you want to do on this?

| AP | **Amy Paul <+15617623293>** | 12:15 PM |

Call me

| AP | **Amy Paul <+15617623293>** | 12:15 PM |

Call me

| AP | **Amy Paul <+15617623293>** | 5/25/2019, 9:07 PM |

Welcome back does your hemp guys want to move the cash into the bank because krang and Jose have gotten approval to move it all in to either UBS or Julius Baer and Monaco fully usable

CONFIDENTIAL

minus the fee they take and of course it's made back within the 1st month of trading please call me

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 5/26/2019, 10:51 AM |
| | Call me please | |

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 10:51 AM |
| | Call me please | |

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 10:51 AM |
| | Call me please | |

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 10:51 AM |
| | Call me please | |

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 10:55 AM |
| | Call me please | |

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 10:45 PM |
| | Did u hear back from UBS client? | |

| | | |
|---|---|---|
| O | **Owner** | 5/27/2019, 8:10 AM |
| | No not yet. But expect too as I know he was traveling. | |

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 9:17 AM |
| | Ok I have more info on it let's get on w craig | |

| | | |
|---|---|---|
| O | **Owner** | 11:08 AM |
| | Commerce bank I sent you? Any status? | |

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 11:14 AM |
| | I'll ask | |

| | | |
|---|---|---|
| O | **Owner** | 5/28/2019, 8:23 AM |
| | Amy. Can you please check the accuracy of this message from Gaby..... | |

Good morning Carl! All going well today. It looks like from what I am hearing we will likely be here thru the end of next week not just this week. We have to get the account open and move the bond in. Please ask Alan to put in 10k instead of 6 and that will cover what we need. Also we have to move hotel as some of the meetings we are doing must be in a nice hotel / area, when we meet with Pablo and Carlos. We need to represent well. The moment we get the first one done and the advance we will pay Alan back. It's very expensive here this week as the town is full because of the football / soccer championship game. Tku. If I don't spend or need to spend all the money for this stay then I will return balance to Alan. Tku

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 8:44 AM |
| | Not all of it,  I will call u in few mins | |

○  **Owner**                                                                6:48 PM
Andrew Campolattaro

AP  **Amy Paul <+15617623293>**                                             6:55 PM
Ty

AP  **Amy Paul <+15617623293>**                                  5/29/2019, 8:42 PM
Call

AP  **Amy Paul <+15617623293>**                                  5/30/2019, 8:29 PM
How was your trip to New York call me

AP  **Amy Paul <+15617623293>**                                  5/31/2019, 3:37 PM
Where does the Alaskan. Cruise leave from?

○  **Owner**                                                                4:03 PM
Seattle

AP  **Amy Paul <+15617623293>**                                             4:10 PM
Ty anything new?

○  **Owner**                                                                4:15 PM
Not a darn thing.

AP  **Amy Paul <+15617623293>**                                             5:00 PM
On cc need few mi utes

○  **Owner**                                                     6/1/2019, 8:47 AM
This is from Gaby. Is any of this true?

Hi - I had a good long call with craig and we are moving on same page. He reconfirmed ING lux is fine. He is working on getting funds to help with the balance we need to pay Bacen now to set up bond 2 and 3 to move into Lux account. I really need that extra expense funds from Alan as Souza and I are on the road to Lux. If he can get it in on Monday on would appreciate / obviously I will get it all right back to him as soon as we get first advance distribution which should be in two weeks if all goes well. I am maintaining tight budget but with car rental hotels and food it's expensive here.

○  **Owner**                                                                8:47 AM
If we execute as currently planned we will have 2 bank accounts open to transact with and 3 bond contracts with CDFL. As craig knows and YT, there are more assets behind these- when ready. Souza and I are using this time to map out every single detail  and step to close bonds 1 and 2 and 3. Craig says there is no question we will close. You realize that you will never have to do another day of anything you don't want to do once this all closes. And we can all have ample funds to help with projects that will be of benefit to mankind and the planet.

AP  **Amy Paul <+15617623293>**                                            11:12 AM
Cant get you

AP  **Amy Paul <+15617623293>**                                            11:41 PM
U up? I am calling craig

CONFIDENTIAL                                                                      AH_094969

| AP | **Amy Paul <+15617623293>** | 6/3/2019, 9:30 PM |

Need bank acct info. Vic meeting w finance co tomorrow

| AP | **Amy Paul <+15617623293>** | 6/4/2019, 11:32 AM |

Fixtures meeting of Pan American finance went well but we need that PNC account number please advise

| AP | **Amy Paul <+15617623293>** | 11:32 AM |

Actually I think Heidi sent me the account numbers so did anything change from that I think I'll go back on her text and I have it please let me know if that's the same one Heidi had given me up forgot I had that

| AP | **Amy Paul <+15617623293>** | 6/6/2019, 1:13 PM |

Heidi says all good now

| O | **Owner** | 1:14 PM |

Ok great. I'll go run by. Also, victor wanted to speak to us?

| AP | **Amy Paul <+15617623293>** | 1:17 PM |

Yes later tonight

| AP | **Amy Paul <+15617623293>** | 7:17 PM |

We calling vic?

| O | **Owner** | 6/7/2019, 9:12 AM |

Hi. Call when can

| O | **Owner** | 10:42 AM |

Somewhat good news from Spain. Pablo got an email this aft from deutsche bank saying the package here got thru compliance and is now with international banking. That was faster than they thought! So we should hear more tmr or Monday. Looks very positive.

| O | **Owner** | 10:42 AM |

From Carl

| O | **Owner** | 10:46 AM |

Deposit.

| O | **Owner** | 3:03 PM |

Status?

| AP | **Amy Paul <+15617623293>** | 3:39 PM |

Waiting for atty

| AP | **Amy Paul <+15617623293>** | 3:39 PM |

To call me

| O | **Owner** | 3:40 PM |

Ok. Let me know. On train

CONFIDENTIAL

AP    **Amy Paul <+15617623293>**                                          3:42 PM
Ty

AP    **Amy Paul <+15617623293>**                                          4:09 PM
All good he will wlt until mon

O    **Owner**                                                              4:13 PM
Sure?

AP    **Amy Paul <+15617623293>**                                          5:04 PM
Yes but thank you

AP    **Amy Paul <+15617623293>**                                          5:05 PM
Pray Jose and Craig send monday

O    **Owner**                                                              5:06 PM
Agree

AP    **Amy Paul <+15617623293>**                                   6/10/2019, 1:07 PM
Osuna & Dotson Law Firm

13333 Paramount blvd
South Gate 90280

562-991-5600

Wells Fargo Bank
4300 Tweedy Blvd. Ste D , South Gate, CA 90280
323-564-7742

AP    **Amy Paul <+15617623293>**                                          1:07 PM
Osuna and Dotson Law Firm
Routing No: 122000247
Acct No: 1482561964
Wells Fargo

AP    **Amy Paul <+15617623293>**                                          1:07 PM
Thanks

O    **Owner**                                                              1:23 PM
Credit to?

O    **Owner**                                                              2:32 PM
Credit to for memo section?

AP    **Amy Paul <+15617623293>**                                          2:33 PM
Legal fees

AP    **Amy Paul <+15617623293>**                                          2:33 PM

Per retainer

○ **Owner**                                                    2:35 PM
Call me too about Paul

AP **Amy Paul <+15617623293>**                                4:19 PM
I think Paul has me looking at this now hope not

AP **Amy Paul <+15617623293>**                                4:19 PM
Is a Mustafa involved?

○ **Owner**                                                    4:51 PM
Dont know mustafa

○ **Owner**                                            6/11/2019, 10:11 AM
Wire received by osuna and 12.5 check cleared

AP **Amy Paul <+15617623293>**                                7:43 PM
Call me when you can. I'm about to talk to Craig

AP **Amy Paul <+15617623293>**                                9:03 PM
Call

○ **Owner**                                                    9:04 PM
Will do

AP **Amy Paul <+15617623293>**                        6/12/2019, 9:22 PM
Craig calling me anytime

AP **Amy Paul <+15617623293>**                        6/13/2019, 9:36 PM
You up? I am worried about your investor and am pushing Craig very hard. He says he has a
solution

○ **Owner**                                            6/14/2019, 10:10 AM
Sorry. Fell asleep early.  Not feeling well.  Call when you can

○ **Owner**                                                   10:27 AM
Just spoke to victor. Call when can

AP **Amy Paul <+15617623293>**                               11:01 AM
I'll call you back.

AP **Amy Paul <+15617623293>**                               11:39 AM
Call me

AP **Amy Paul <+15617623293>**                        6/16/2019, 10:23 AM
Can we speak today. The vortex. Vic wants a call together. I need to review expenses w you

○ **Owner**                                                   10:41 AM

AH_094972

Yes. Just let me know when

| AP | **Amy Paul <+15617623293>** | 12:56 PM |

Is now good for us to speak first? I am reviewing info.

| AP | **Amy Paul <+15617623293>** | 4:03 PM |

Check email. Vic keeps calling

| O | **Owner** | 4:57 PM |

Sorry. Been sick all day sore throat and argghh.

| AP | **Amy Paul <+15617623293>** | 6/17/2019, 10:42 AM |

I guess I will go move 800 to vic for his texas trip but he needs to hear it from you about the cash

| O | **Owner** | 10:44 AM |

Hi. Its Donna. Alan is still in bed real sick. He will call as soon as he gets up.

| AP | **Amy Paul <+15617623293>** | 10:48 AM |

Oh man so sorry. Hope he feels better.

| O | **Owner** | 10:51 AM |

Flu, sore throat and fever. Said he will call as soon as he gets up.

| AP | **Amy Paul <+15617623293>** | 11:02 AM |

No worries it's awful to be sick

| AP | **Amy Paul <+15617623293>** | 6/18/2019, 4:29 PM |

Hi just checking on you hoping you are feeling better

| O | **Owner** | 6:32 PM |

Not really. Just woke up again. See below.

| O | **Owner** | 7:50 PM |

Can you talk?

| O | **Owner** | 9:48 PM |

You there?

| O | **Owner** | 10:43 PM |

Amy

| AP | **Amy Paul <+15617623293>** | 11:14 PM |

U there?

| AP | **Amy Paul <+15617623293>** | 11:38 PM |

I had fallen asleep call me

| O | **Owner** | 6/19/2019, 12:16 PM |

Ok, so here is the skinny.  Double pneumonia,  double ear infection, sore throat (not strep) and a

CONFIDENTIAL

AH_094973

cold. 2 antibiotics and an inhaler. Now I'm back here with Donna waiting on her x ray to come back. Hmmmm...let's see.

| AP | **Amy Paul <+15617623293>** | 12:27 PM |

OMG so sorry

| O | **Owner** | 12:36 PM |

Double Argghh

| O | **Owner** | 12:38 PM |

Really need to get caught up a bit later.

| AP | **Amy Paul <+15617623293>** | 1:21 PM |

I'm here

| AP | **Amy Paul <+15617623293>** | 6/20/2019, 11:36 AM |

I'll call you back.

| O | **Owner** | 12:33 PM |

From Spain: Pablo has indicated all seems to be good with DB and expects next steps Fri tomorrow.

| O | **Owner** | 12:33 PM |

Everyone is very hopeful it will be a clear path to completion. They will then go to Lichtenstein to present passport at ING to open that account which is already signed off on.

| O | **Owner** | 1:04 PM |

I have a call at 2

| AP | **Amy Paul <+15617623293>** | 1:07 PM |

Logout

| O | **Owner** | 1:26 PM |

Did. Also, dont forget to send me Barclays trade.

| AP | **Amy Paul <+15617623293>** | 3:11 PM |

K

| O | **Owner** | 6/22/2019, 7:55 AM |

;IQD 672
IQD 5
ZIM 1000 Q
ZIM 200 Q
ZIM 917951 Q
ZIM 630 Q
ZIM 256.5 Q
ZIM 460 Q
ZIM 1 MOTHER BOX
ZIM 120 Q GOLD
ZIM 10.000 Q GOLD/BLUE
IQD 250.000 BOXES

CONFIDENTIAL

AH_094974

IQD 300,000 BOXES
IQD 48 BILLION BOXES
ZIM 632,828,400,000 Q
SUPER PETCHILLIS 4 BOXES
ZIM 300 Q GOLD
ZIM 550 Q GOLD
1 GOLDEN GUN
12 GOLDEN GUN BOX
ZIM 1000 Q GOLD
ZIM 1000 Q BLUE
ZIM 300 Q
IQD 2 BOXES
IQD 600 BOXES
ZIM 8000 Q
ZIM 1000 Q
1 BUDDAH BOX
ZIM 1200 Q
ZIM 1000 Q GOLD
ZIM 114 BOXES
SKR 25 EXOTIC BOXES
SKR 82 EXOTIC BOXES
IQDS 2.5 MILLION BOXES
ZIM 10 MILLION Q BLUE
ZIM 239,800 Q GOLD
ZIM 1000 Q GOLD
ZIM 166.5 Q BLUE
2 GOLDEN GUN BOXES
120 BLACK GOLDEN GUN BOXES
100 RED GOLDEN GUN
120 SUPER PETCHILLI BOXES
ZIM 10,000 Q BLUE
ZIM 50 Q GOLD
12 GOLDEN GUN
ZIM 2 BOXES GOLD
ZIM 100 Q - DUONG
ZIM 100 Q - DUONG
ZIM 100 Q BLUE
ZIM 100 Q GOLD
ZIM 1000 Q
ZIM 21001 Q
ZIM 1 MOTHER BOX
IQD 200.000 BOXES
ZIM 1000 Q
BIBLE BOX
BLOSSOM BOX
2 FRB BOX
BIBLE BOX
3 SUPER PETCHILLI BOXES
7 BIBLE BOXES
KOBE BOX
TOV BOX
50 GOLDEN GUN BOXES
5 GOLDEN GUN BOXES
PAGODA BOX
14 GOLDEN QUARAN
ZIM 7500 Q BLUE

CONFIDENTIAL

AH_094975

3 GOLDEN GUN
ZIM 200 Q GOLD
ZIM 120 Q GOLD
ZIM 100 Q GOLD
ZIM 15,000 Q GOLD
ZIM 80,000 Q BLUE
GOLDEN TUNGSTEN BOX
165 GOLDEN QUARAN BOX
GOLDEN SULTAN BOX
ZIM 8.8 BILLION QUAD
ZIM 140 MILLION QUAD
ZIM 100 MILLION QUAD
ZIM 6 MILLION QUAD
1400 GOLDEN GUNS
ZIM 4 MILLION QUAD
100 GOLDEN GUNS
PALACE BOX
8000 ZIM DORE BARS
3000 ZIM DORE BARS
80000 ZIM QUAD
TUNGSTEN BOXES
GOLDEN BIBLE
GOLDEN QUARAN
GOLDEN PALACE
SUPER PETCHILLIS 340000
ZIMBABWE BLUE 16,720 422 QUAD
ZIMBABWE GOLD 140,800 000 QUAD
ZIMBABWE 1,000000 BULLION
ZIMBABWE BLUE 28000 QUAD
ZIMBABWE BLUE 385280000 QUAD
GOLDEN BIBLE BOX
ZIMBABWE 65093324 QUAD
ZIMBABWE 3000 GOLD BULLION
IQDS 2000 BOXES
IQDS 20000 BOXES

○  **Owner**                                                          6/24/2019, 8:09 AM
   On with mills. Need to call you back

AP  **Amy Paul <+15617623293>**                                         12:45 PM
   Can u speak?

○  **Owner**                                                            6:15 PM
   Amy. Craig needs to come through by Wednesday. There are no choices. Hes 2 months overdue.
   This is absurd now.

AP  **Amy Paul <+15617623293>**                                          7:04 PM
   I agree

○  **Owner**                                                            7:16 PM

CONFIDENTIAL                                                    AH_094976

From victor.

Ok..There you are Alan..Trying to communicate with you and Amy since inception,All Three of us together...Even when I was in Colombia and via WhatsApp you said you were available..Called you moments later and not a pick up..Why?.Nor a Text informing me you will either call me or for me to call back in whatever time was best for you,Why?.Trying to keep you abreast,Directly with our team as I said, I would and still trying.Would Greatly appreciate more effective communication for VORTEX is moving faster and now on more positive multiple fronts than expected..FYI there are times I may ask you for your business input,Is that a Bad Thing?..

○ **Owner**                                                                                      7:16 PM
All good. Just happened to be in a restaurant with the family for dinner at the moment. I did tell this to Amy before I left a short time ago. Have no issues catching up or talking at all.

○ **Owner**                                                                           6/26/2019, 2:41 PM
Amy. Can we do DTC downloads  I have abumch

AP **Amy Paul <+15617623293>**                                                                  2:41 PM
Pretty sure w craig and jose. Maybe barry

○ **Owner**                                                                                     10:58 PM
Hi Amy. Hazelina says that Craig is working  on the sblc terms sheet. We should see that before he sends to them to ensure our coverage as usual.  Dont want him to send or talk terms with them. We should do that. Please acknowledge.

○ **Owner**                                                                           6/27/2019, 8:24 AM
Amy. Good morning. Do we have DTC download capability?

AP **Amy Paul <+15617623293>**                                                                  9:24 AM
Yes YT has 2 but must follow procedures

○ **Owner**                                                                                      9:38 AM
Do we have the procedures?

○ **Owner**                                                                                      9:38 AM
I have 3 offers

AP **Amy Paul <+15617623293>**                                                                  8:53 PM
I'll get them

○ **Owner**                                                                            7/2/2019, 1:05 PM
Can you talk yet?

○ **Owner**                                                                           7/3/2019, 11:09 AM
What your husband website? DNA

AP **Amy Paul <+15617623293>**                                                                 12:43 PM
3RxHoldings.com

AP **Amy Paul <+15617623293>**                                                                  6:35 PM
I cannot believe he left you hanging.i am so sorry. Please call me

CONFIDENTIAL                                                                                    AH_094977

○     **Owner**                                                                    6:36 PM
     I can't call you now. In with then for dinner. I'll have to call later.

AP    **Amy Paul <+15617623293>**                                               10:37 PM
     Are u free

○     **Owner**                                                         7/5/2019, 8:41 AM
     Paul needs money again?

AP    **Amy Paul <+15617623293>**                                                9:13 AM
     Always every day. He depletes my paycheck every month. But not for you to worry about

AP    **Amy Paul <+15617623293>**                                                9:13 AM
     You have done way too much already

AP    **Amy Paul <+15617623293>**                                                9:14 AM
     Why is he asking you?

○     **Owner**                                                        7/8/2019, 10:40 AM
     Amy. I am out of time. What is status with Craig? He has not even responded to my email from last week.

AP    **Amy Paul <+15617623293>**                                               10:57 AM
     I thought he had discussed w you.  The 200m was sent over and waiting for cdf. Gratziela should sign today and go to bank tomorrow to order swift. NK not go to Singapore until tues. Piece of crap he is. He had surgery and is sleeping but we will get update tonight. Sure wish I had other solution.

AP    **Amy Paul <+15617623293>**                                         7/9/2019, 8:54 PM
     Are u around? I'm on w craig

AP    **Amy Paul <+15617623293>**                                        7/10/2019, 8:22 AM
     I'll call you back.

○     **Owner**                                                                    8:23 AM
     Ok. Just dropped them at airport.

AP    **Amy Paul <+15617623293>**                                                8:43 AM
     Thank goodness. Ca u in a sec

○     **Owner**                                                                   11:07 AM
     Yes just spoke to them, all is done short of getting asset sent then they can completely finish bond in account under Souza. Bacen is trying their best to get it there tomorrow or Friday as Souza is putting max pressure on them by being there and spending money. So all are aware and moving as fast as possible. We are in waiting mode but all is good.

○     **Owner**                                                                   12:19 PM
     Still need you with a few questions

CONFIDENTIAL                                                                                  AH_094978

AP   **Amy Paul <+15617623293>**       7/14/2019, 7:43 PM
Please call me when you are

O   **Owner**       7:44 PM
Ok

AP   **Amy Paul <+15617623293>**       7/15/2019, 8:04 PM
Please call me

O   **Owner**       8:05 PM
Will do in 5 please

AP   **Amy Paul <+15617623293>**       7/16/2019, 1:06 PM
Call back was in webinar

O   **Owner**       7/22/2019, 5:24 PM
Amy I need about 30 minutes

AP   **Amy Paul <+15617623293>**       5:24 PM
Hey there's a client in Atlanta that's a software developer that needs a good paymaster so Mills would be perfect for him I just don't know if we can do anything with Mills right now but this would be a good client so please call me back thanks bye they were trying to get away or in amediately then get a big Dubai partner let's find

AP   **Amy Paul <+15617623293>**       6:15 PM
I'll call you back.

AP   **Amy Paul <+15617623293>**       7/23/2019, 7:28 AM
Hey got vm sorry so late. Call me when up I had a day from hell

AP   **Amy Paul <+15617623293>**       8:07 AM
I'll call you back.

O   **Owner**       7/24/2019, 12:36 PM
What happened  to call with victor and craig?

AP   **Amy Paul <+15617623293>**       12:45 PM
Been dealing w craig ro get answers for you.

O   **Owner**       12:45 PM
Ok. Understand

O   **Owner**       4:55 PM
Sent this in group with you and craig. I know everyone is working diligently. This situation has now turned critical for me and my reputation. I can no longer contain the clients anger. I no longer have excuses to cover the situation. I have lawyers calling me constantly and now private investigators. I am losing clients and contracts.  I'm now 8.765M in arrears and need immediate action. No excuses are tolerable. Please. These people are coming after me.

AP   **Amy Paul <+15617623293>**       5:00 PM

AH_094979

Few mi s

○ **Owner**                                                          5:59 PM
Can we do SEPA transactions? or Real Time Gross Settlement in Hong Kong?

○ **Owner**                                                          6:11 PM
Lionhead bonds?

○ **Owner**                                               7/25/2019, 4:57 PM
Call 815 8145934

AP **Amy Paul <+15617623293>**                          7/26/2019, 10:37 AM
Finishing webinar  need few more mins

○ **Owner**                                                        10:38 AM
Standing by

○ **Owner**                                              7/27/2019, 12:48 PM
Can we do anything with a 200m Barclays bank draft with mt799 followed by mt110 delivery?

AP **Amy Paul <+15617623293>**                                      2:22 PM
I'll ask my Barclays guy

○ **Owner**                                              7/29/2019, 12:33 PM
Amy, I could really use some good news. I cannot hide from these people any more. Are there updates?

AP **Amy Paul <+15617623293>**                                      2:23 PM
Not yet. At noon he was waiting for jose to see if wore was received and I did not hear.  I was client g him around 630 to wake him up

AP **Amy Paul <+15617623293>**                            7/30/2019, 9:06 AM
Tried u w craig then myself

AP **Amy Paul <+15617623293>**                                      9:06 AM
Call in am

AP **Amy Paul <+15617623293>**                                      9:50 AM
Call me asap pls

○ **Owner**                                                         9:53 AM
This from one client just now.....
Alan I know that you can understand what must be going on over hear when there's no communication  or updates as promise  we are over one month from expected payment. Please take out a little of your time to help us out things are getting more and more uncomfortable when you can't  be reach I have assured Joe that things will be fine after we get by this  rocky  start.

CONFIDENTIAL                                                                 AH_094980

| AP | **Amy Paul <+15617623293>** | 12:48 PM |

We need to communicate a plan.

| O | **Owner** | 7/31/2019, 7:40 AM |

Please call.

| AP | **Amy Paul <+15617623293>** | 10:11 AM |

Call me

| O | **Owner** | 5:39 PM |

Please call me on a few things. I've got something working

| O | **Owner** | 10:50 PM |

Still up?

| AP | **Amy Paul <+15617623293>** | 10:58 PM |

Of course

| O | **Owner** | 8/1/2019, 10:05 AM |

Ok. 3 calls coming up. All simple and already scheduled.
1. Joe Aguilera 1130
2. Lance with Lombard
1145
3. Sam and William Vincent sheik al thani at 12 noon. All times central. I'll call you and link others.

| O | **Owner** | 10:35 AM |

No reason to give any contact information of your self. Just funnel any other questions thought alan if needed.

| O | **Owner** | 8/2/2019, 8:20 PM |

Sorry at a charity event. What's Paul want with me with porter?

| AP | **Amy Paul <+15617623293>** | 8:33 PM |

I'll call you back.

| AP | **Amy Paul <+15617623293>** | 8/3/2019, 8:37 AM |

Are we doing call?

| O | **Owner** | 8:43 AM |

Yes. Ran late on previous call with Martino. I'm ready in 5

| AP | **Amy Paul <+15617623293>** | 8:55 AM |

I'm here

| AP | **Amy Paul <+15617623293>** | 8/5/2019, 12:49 PM |

I'll call you back.

| O | **Owner** | 8/6/2019, 8:11 AM |

You never called

CONFIDENTIAL

○ **Owner**                                                                                      10:24 AM
From Lance.

Anything on the wire? Lombard was asking on the call " there has to be some type of electronic
confirm or wire transfer form that the Mecau bank issues so Mills or CDC can track when they
send the wire.. no pre-advice obviously. " They want some type of proof the wire has been
processed. They are all over me about the money hitting by tomorrow. Sorry brother.

○ **Owner**                                                                                      4:38 PM
Please call me

○ **Owner**                                                                       8/7/2019, 11:00 AM
Lance West Fuller Advisors
+19172734185

AP **Amy Paul <+15617623293>**                                                 8/9/2019, 7:03 PM
On way to vegas.

○ **Owner**                                                                                      7:16 PM
At Gala.be careful. Can I call you tomorrow?

○ **Owner**                                                                                      7:16 PM
Veterans Gala

AP **Amy Paul <+15617623293>**                                                8/10/2019, 10:28 AM
Sure

AP **Amy Paul <+15617623293>**                                                8/12/2019, 10:26 AM
When can we speak?

AP **Amy Paul <+15617623293>**                                                            10:45 AM
Vic wants a call today if possible also and just spoke to craig

○ **Owner**                                                                                      11:09 AM
He just called. I'm available

AP **Amy Paul <+15617623293>**                                                            11:52 AM
4 your time?

○ **Owner**                                                                                      11:57 AM
Ok

AP **Amy Paul <+15617623293>**                                                            12:02 PM
That is what cic said. I can do in an hour for just us

AP **Amy Paul <+15617623293>**                                                            3:25 PM
Pls call

CONFIDENTIAL                                                                    AH_094982

O **Owner**                                                                    8/16/2019, 6:30 PM
Can you call?

O **Owner**                                                                           7:35 PM
Was trying to reach you before I lost service

AP **Amy Paul <+15617623293>**                                                        8:09 PM
U there?

AP **Amy Paul <+15617623293>**                                                        8:09 PM
Few mins

O **Owner**                                                                           8:26 PM
Yes. Still in port for 20 more minutes

O **Owner**                                                                   8/20/2019, 10:31 AM
I'm back at the port. Waiting for ride. Do you want to catch up now, or wait until I get to airport?
Flight doesnt leave until 130pm. So I have couple hours

O **Owner**                                                                           9:35 PM
Landed

AP **Amy Paul <+15617623293>**                                               8/21/2019, 5:21 AM
Hey we went to bed that took you forever. Call when u get up. We had a great time.

O **Owner**                                                                   8/23/2019, 10:47 AM
Gotta talk

AP **Amy Paul <+15617623293>**                                               8/24/2019, 8:47 AM
Call me

AP **Amy Paul <+15617623293>**                                                        9:32 AM
Sorry I'll call when off this mess

O **Owner**                                                                           8:16 PM
You up?

AP **Amy Paul <+15617623293>**                                                        9:09 PM
Trying to get you as craig is on. Call me

AP **Amy Paul <+15617623293>**                                               8/26/2019, 2:21 PM
We need to speak and call lance and discuss vic

AP **Amy Paul <+15617623293>**                                                        2:21 PM
I'm getting on call w richard and hazelina

AP **Amy Paul <+15617623293>**                                                        3:34 PM
Call u in a sec

CONFIDENTIAL                                                        AH_094983

AP     **Amy Paul <+15617623293>**                                                    6:02 PM

Call me

O     **Owner**                                                                        7:47 PM

Alan what happened tonight?.You said you were in a meeting till 6 PM Chicago time and have
been available good portion of the day today and you have not received any calls cdt.at 5:28 PM
EST Really?..You even suggested you would be available after the stated meeting.So I suggested
8 PM EST..Amy nor myself heard from you since..Come On..We are trying..

O     **Owner**                                                                        7:47 PM

I was in the meeting I stated to you before. I did not respond to the 8pm eastern as I was not
available. So no need to remark.

O     **Owner**                                                            8/28/2019, 10:51 AM

Please let john porter know I've spoken to sherry and bond ready to be issued as soon as I have
the funds

AP     **Amy Paul <+15617623293>**                                                   11:42 AM

Ok

AP     **Amy Paul <+15617623293>**                                         8/30/2019, 6:27 PM

Please call me

AP     **Amy Paul <+15617623293>**                                                    6:52 PM

I'll call you back.

AP     **Amy Paul <+15617623293>**                                                    7:07 PM

Sorry was on w walt

AP     **Amy Paul <+15617623293>**                                        9/3/2019, 11:50 AM

OMG. Hazelina sent me your ICU pic. Please get better.

AP     **Amy Paul <+15617623293>**                                                   11:51 AM

NK says he got clearance from CS to send the money. Lance w Lombard now. Hope it goes out
tomorrow.

O     **Owner**                                                                       12:34 PM

Me too. I'm in ICU.

AP     **Amy Paul <+15617623293>**                                                   12:52 PM

Saw the pic. Man take care

AP     **Amy Paul <+15617623293>**                                                   12:52 PM

I am worried about you

O     **Owner**                                                                        3:58 PM

Thank you. I'd like to keep the hospital thing between us. And not to disclose to bud and the group

CONFIDENTIAL

AH_094984

O    **Owner**                                                                    3:58 PM
Thank you

AP   **Amy Paul <+15617623293>**                                                  4:23 PM
Ok.

AP   **Amy Paul <+15617623293>**                                         9/4/2019, 8:59 PM
Just left dinner. Great group of people

O    **Owner**                                                          9/7/2019, 9:16 PM
Amy, can we chat after church tomorrow?

AP   **Amy Paul <+15617623293>**                                                  9:39 PM
Of course do you want to now?

AP   **Amy Paul <+15617623293>**                                                 10:40 PM
How are you feeling?

AP   **Amy Paul <+15617623293>**                                         9/8/2019, 4:51 PM
Have not heard from you. I am here.

AP   **Amy Paul <+15617623293>**                                        9/9/2019, 10:42 AM
Were you going to call vic or we together? His zelle is his phone number 7867757210.

AP   **Amy Paul <+15617623293>**                                                  7:24 PM
Please call me. How do I answer lance.

O    **Owner**                                                                    7:31 PM
Will do

AP   **Amy Paul <+15617623293>**                                       9/11/2019, 7:08 PM
Did paul actually call you mark is trying to figure out if hes going there to night for 50 bucks for
Paul but Paul things it's OK for marc to drive an hour tonight and an hour tomorrow marc is trying
to figure out what Paul is saying please advise

AP   **Amy Paul <+15617623293>**                                                  7:09 PM
More wasted time instead of something productive

O    **Owner**                                                                    7:22 PM
Allan i am doing major sht for John P to get you your money bk next week Because of reallly really
poor financial decisions. Not on my part i assure.Like you i am left holding the bag I am triggering
porter also to get you bk your money i am neeting Gov officials tomorrow regarding the Bahamas
please wire Amy 500 asap or i am evicted tomorrow .I am livid that i am forced to beg you.This
week in play a crucial part in things i dont get it i will implode i assure you.i am the one helping
Porter to pay you bk.Please help me asap this one last time.Lmk when its done ty.Trust me Porter
going to pay you bk first off the top.Please Alan and doo not discuss with Amy because she and
noone knows about my own real closings i have been working on.Trust me Alan i play a key role in
this.I could use a friend asap i fkng hate asking you after all you have done i did not put you in that
position i am a major solution though.Lmk when its done

○ **Owner**                                                                                          7:23 PM
He is by the bank please Allan.I have to be pretty desperate and confident to ask you

○ **Owner**                                                                              9/13/2019, 11:35 AM
On plane. From paul.

I am finally getting pd next week and closing my own deals on my own to feat and i will nr a force with me and my own global team.Thsnk God i will bring Porter across the finish line .I need help today of 500 or i will implode .I am making sure you get paid bk thats for dam sure.To straighten out the mess i did not make or negotiate.Send to Amy asap you will get it bk next week.i am at a whole nother level Allan.i would not dare to ask my friend unless my back was up against the wall.Please do not ignore this text.Ty Allan

AP  **Amy Paul <+15617623293>**                                                                    1:55 PM
I am sorry he is coming  to you. He has sent no less than 20 horrific emails and called contacts everywhere saying he is the one in charge making it happen. Porter wants you to know paul has nothing to do w his business. He even wanted porter to send the 600k to him before going to you so it looks like he got you paid. Instead of being polite he became a maniac. Even called overseas. Now he think he met a group last night and hes king kong. It's a mess. Call me about the wrap when u can. Whatever you may do with him is up to you. I assure you I am the one fixing all of this.

AP  **Amy Paul <+15617623293>**                                                                    2:05 PM
This text is after marc and  I gave him 150 and marc asked how the meeting went. Paul will never tell you anything but I am out over 200k. And expected to pay for what??

AP  **Amy Paul <+15617623293>**                                                                    2:05 PM
 I REALLY REALLY DONT GIVE A FLYING FK IF I NEVER HEAR FROM YOU OR AMY AGAIN AFTER TODAY YOU FKNG MEAN FKNG BULLIES MAJOR COLUSION.SO NO 500 TOMORROW THEN RETURN FREDDY BECAUSE NOW I DONT GIVE FK WHAT YOU GUYS DO ANYMORE GO PLAY WITH SOMEONE ELSES PEE PEE AND IF YOU FK WITH ME I PROMISE YOU I WILL KICK YOU SO HARD IN THE FKNG NUTS YOU WONT RECOVER I PROMISE YOU. I AM DONE WITH YOUR COLUSION LEAVE ME HANGING AND FKNG NEGATIVITY AND NEVER ENDING DRAMA YOU DESERVE EACH OTHER.AMEN

AP  **Amy Paul <+15617623293>**                                                                    2:06 PM
Up to you but dont get messed up in it.

○ **Owner**                                                                                          2:09 PM
I'm out.

AP  **Amy Paul <+15617623293>**                                                                    2:25 PM
Extortion and threats I took for 8 years and we are too good for this  crap. Some best friend.

AP  **Amy Paul <+15617623293>**                                                                    2:26 PM
And I still feel bad for him but I took the 150 from my mothers social security. Neil would kill me.

○ **Owner**                                                                                          2:32 PM
Poison.

AP  **Amy Paul <+15617623293>**                                                                    2:39 PM

CONFIDENTIAL                                                                                 AH_094986

Can you text him you are traveling and not available.  You should not get on his bad side. Its painful

| | |
|---|---|
| O | **Owner**                                                    2:45 PM |

Already did. I nor you are on his bad side. He created that in his own. All will pass

| | |
|---|---|
| AP | **Amy Paul <+15617623293>**                                   3:23 PM |

Sure hope so. Hes brutal

| | |
|---|---|
| O | **Owner**                                                    3:25 PM |

We have to get the funds from the group. It is critical now.

| | |
|---|---|
| AP | **Amy Paul <+15617623293>**                                   3:37 PM |

Should be this week

| | |
|---|---|
| AP | **Amy Paul <+15617623293>**                            9/15/2019, 3:27 PM |

When are u home and can speak?

| | |
|---|---|
| O | **Owner**                                                    3:36 PM |

Couple hours I'll call you

| | |
|---|---|
| AP | **Amy Paul <+15617623293>**                                   3:49 PM |

Paul is threatening to use my debit card and what little is in my syl is walts money. He somehow after talking to you thinks he is due thousands in commissions. What was said?? He also has called major providers and threatening. He has all of my cards and could be dangerous. On porter, you know 15k was paid. That is 3750 between you me marc and paul as porter came from paul. Technically tracy fame from me in the beginning but paul kept caling him . He took 2000 immediately and has spent 4000 a month since April so we paid him 24000 already. I need to know what you said as he mentioned the 1m to craig and noone was paid a thing on that as it was to be on back end after you were paid.

| | |
|---|---|
| O | **Owner**                                                    3:53 PM |

Amy, I did not share anything with paul that he didnt already know Nd mention to me first. Hes playing you. Dont let that happen. Only thing I allowed him to do is put me on with a guy named Charlie about moving money. I listened and they said they would get back to me. That was all.

| | |
|---|---|
| AP | **Amy Paul <+15617623293>**                                   4:00 PM |

Ok someone told him and he is very mistaken what he is due. Cant wait to get done with this mess. I am speaking to craig at 10pm for update.

| | |
|---|---|
| O | **Owner**                                                    4:05 PM |

Ok call u soon

| | |
|---|---|
| AP | **Amy Paul <+15617623293>**                                   5:36 PM |

Phone did not ring sorry I'm here for test of night

| | |
|---|---|
| AP | **Amy Paul <+15617623293>**                            9/16/2019, 2:13 PM |

2 mins

| | |
|---|---|
| O | **Owner**                                             9/17/2019, 11:51 AM |

Amy, how close are we  to get transfer. I have steve coming day after tomorrow,  and hes all over

CONFIDENTIAL

me today.  And lance is non stop for Lombard. 6 others behind them. Please advise

○ **Owner** 9/18/2019, 2:06 PM
Wtf is with paul?

AP **Amy Paul <+15617623293>** 2:08 PM
No idea what happened?

AP **Amy Paul <+15617623293>** 2:10 PM
I have not spoken to him. He is pressuring marc to have me unblock my phone so I sent him an email that I will not until I know his texts to anyone I know in business will stop. I cannot trust him to meet anyone and have them subject to his texting mania.

AP **Amy Paul <+15617623293>** 2:11 PM
Btw he told craig he is helping you everyday to get funds in.

○ **Owner** 2:12 PM
That's what he telling me too

AP **Amy Paul <+15617623293>** 2:29 PM
Good luck hope he does

AP **Amy Paul <+15617623293>** 2:30 PM
But I was on the phone with him when I was trying to pressure John Porter and make him understand that it is not OK for him to be delayed past his 90 days and Paul kept shutting me up telling me that porters the greatest thing in the world and he is going to get it done and I shouldn't pressure him so I can't seem to win

○ **Owner** 9/19/2019, 3:27 PM
Todays meetings will speak for themselves.i am going their imploding and my penis in my hand.Amen

○ **Owner** 3:28 PM
Keep doubting me.Trust me you will feel ashamed for not helping me i assure you Alan.

○ **Owner** 3:28 PM
Paul. I cannot help you with something I do not have to help. I am. It ashamed of that. I've already helped you many times into the thousands of dollars. So I do not feel guilty in the least bit not being able to help you when I dont have the money too. I'm not ashamed at all. Im proud that I was able to help when i could. I've never once asked you for repayment or houded you for money. Dont make me change my mind.

AP **Amy Paul <+15617623293>** 3:34 PM
Wow sorry he turns on anyone who stops

AP **Amy Paul <+15617623293>** 4:03 PM
You are not the only one

AP **Amy Paul <+15617623293>** 4:03 PM
I wish you had never spoken to him.

CONFIDENTIAL

AP      **Amy Paul <+15617623293>**                                    9/20/2019, 12:51 PM
        I just saw your email. I will send you the docs I have w update

AP      **Amy Paul <+15617623293>**                                              1:47 PM
        Call me

AP      **Amy Paul <+15617623293>**                                     9/21/2019, 8:21 PM
        You avaikabke?

AP      **Amy Paul <+15617623293>**                                     9/25/2019, 9:36 PM
        2 mins

O       **Owner**                                                       9/27/2019, 9:08 AM
        5 please

AP      **Amy Paul <+15617623293>**                                     10/3/2019, 6:37 PM
        Hey just saw that I had missed your call and realize my phone was not ringing give me a call

AP      **Amy Paul <+15617623293>**                                             10:16 PM
        Tried you

AP      **Amy Paul <+15617623293>**                                             10:32 PM
        Sleeping call me am

AP      **Amy Paul <+15617623293>**                                     10/4/2019, 9:31 AM
        I'll call you back.

O       **Owner**                                                       10/6/2019, 1:25 PM
        Amy, do you have a copy of YT passport?

AP      **Amy Paul <+15617623293>**                                              1:30 PM
        No just the two numbers

O       **Owner**                                                       10/7/2019, 3:03 PM
        Just landed. Did you get passport to hazelina?

AP      **Amy Paul <+15617623293>**                                              5:57 PM
        On cc few mins

AP      **Amy Paul <+15617623293>**                                    10/8/2019, 11:33 AM
        I'll call you back.

AP      **Amy Paul <+15617623293>**                                             12:02 PM
        In webcast for work.

AP      **Amy Paul <+15617623293>**                                             12:46 PM
        Pls call. Can you do the call at 5 pm?

| ○ | **Owner** | 12:50 PM |
| | Eastern? | |

| ○ | **Owner** | 12:51 PM |
| | Please forward al thani transaction | |

| AP | **Amy Paul <+15617623293>** | 1:10 PM |
| | Fwd:CC line;1-515-739-1033(Code;861133#)Correct for 5 PM EST..Please confirm with Allan..Frank is a go! | |

| ○ | **Owner** | 1:22 PM |
| | Thank you | |

| AP | **Amy Paul <+15617623293>** | 3:00 PM |
| | See new number we are all on | |

| ○ | **Owner** | 3:10 PM |
| | Amy? | |

| ○ | **Owner** | 4:57 PM |
| | I need to know funds confirmed on the way.  Hazelina loses her house in court Thursday at 930 if not closed. No room for anymore error on this. | |

| AP | **Amy Paul <+15617623293>** | 10/9/2019, 5:07 PM |
| | I'll call you back. | |

| AP | **Amy Paul <+15617623293>** | 10:15 PM |
| | Call me asap | |

| AP | **Amy Paul <+15617623293>** | 10/16/2019, 6:32 AM |
| | I will give you a summary of the account . I went and got a statement. His numbers are off | |

| AP | **Amy Paul <+15617623293>** | 10/18/2019, 10:47 AM |
| | Cc line 605.313.5106.<br>861133# | |

| ○ | **Owner** | 11:16 AM |
| | So what's basis for this call? | |

| ○ | **Owner** | 11:25 AM |
| | Oh my | |

| ○ | **Owner** | 11:32 AM |
| | I have to wrap | |

| ○ | **Owner** | 11:37 AM |
| | Vic just screwed you by saying half pi t | |

| AP | **Amy Paul <+15617623293>** | 11:58 AM |

CONFIDENTIAL

I'll call you back.

○ **Owner**                                                                    11:59 AM
K

AP **Amy Paul <+15617623293>**                                                 12:20 PM
Call back

AP **Amy Paul <+15617623293>**                                                 2:32 PM
Pnc closes here at 5. 25 mins. Can you make it?

○ **Owner**                                                                    2:54 PM
Ok

AP **Amy Paul <+15617623293>**                                                 2:55 PM
At hank. Lmk when in
Is it cash so post right away?

○ **Owner**                                                                    2:57 PM
Its there

AP **Amy Paul <+15617623293>**                                        10/23/2019, 6:19 AM
Please call me. Did you sign the nda?

AP **Amy Paul <+15617623293>**                                       10/25/2019, 10:59 AM
I'll call you back.

AP **Amy Paul <+15617623293>**                                                 11:00 AM
On cc call u after

○ **Owner**                                                          10/28/2019, 6:35 AM
On runway

AP **Amy Paul <+15617623293>**                                                 6:36 AM
Ok call when u land

AP **Amy Paul <+15617623293>**                                                 6:36 AM
I'm getting updates

○ **Owner**                                                                    6:36 AM
K

AP **Amy Paul <+15617623293>**                                        10/30/2019, 7:51 PM
Pls call

○ **Owner**                                                                    8:10 PM
Will do when get settled

○ **Owner**                                                                    11:32 PM

Just checked in. Up?

| AP | **Amy Paul <+15617623293>** | 10/31/2019, 6:46 AM |

Sorry I'm old and cant stay up so late. Call when u are up. Are u in CA?

| AP | **Amy Paul <+15617623293>** | 11/1/2019, 6:25 PM |

I'll call you back.

| AP | **Amy Paul <+15617623293>** | 11/3/2019, 2:03 PM |

Can you talk to peter about blco?

| O | **Owner** | 2:04 PM |

Soon as I get to airport in 45

| AP | **Amy Paul <+15617623293>** | 2:04 PM |

Great

| AP | **Amy Paul <+15617623293>** | 3:08 PM |

Ready?

| AP | **Amy Paul <+15617623293>** | 11/4/2019, 4:22 PM |

I'll send over lou in 30 then please call

| AP | **Amy Paul <+15617623293>** | 11/5/2019, 12:25 AM |

Did u finish loi

| AP | **Amy Paul <+15617623293>** | 10:29 AM |

I'll call u at 240 when I land in ny

| AP | **Amy Paul <+15617623293>** | 11/13/2019, 10:58 PM |

Fwd:Amy.    I am totally concentrating on my deals.   I am in contact with Alan regularly.  I am not in Florida.  I wish you luck with what ever you are involved in.  But I really have to stay focused John

So Porter is not taking my calls and says hes in touch with you. He knows I want him to pay you but I am quite livid right now he won't call me back. Paul ruined that one. 90 days now 8 months. All these guys can go play with themselves.

| AP | **Amy Paul <+15617623293>** | 11/15/2019, 10:27 AM |

Can I call u w peter now

| AP | **Amy Paul <+15617623293>** | 4:37 PM |

Please note I was told not to sure that "with anybody except you so do not send it to anybody we know please

| AP | **Amy Paul <+15617623293>** | 10:04 PM |

Pls call

CONFIDENTIAL

AP   **Amy Paul <+15617623293>**                                    11/19/2019, 7:46 PM
Yes agreed

AP   **Amy Paul <+15617623293>**                                    11/20/2019, 10:00 PM
Craig in town doing letter. Says he is w Chinese. I am sleeping for a while and be up early.

AP   **Amy Paul <+15617623293>**                                    11/21/2019, 9:01 AM
Call me asap. Ck email

AP   **Amy Paul <+15617623293>**                                    8:52 PM
Congrats new board member. I am watching each. Are you on. They were looking for you.

AP   **Amy Paul <+15617623293>**                                    8:53 PM
I sent loi verbiage for wte

AP   **Amy Paul <+15617623293>**                                    10:53 PM
Call me

AP   **Amy Paul <+15617623293>**                                    11/23/2019, 11:08 AM
Were you on the webinar? Can we have a call with peter?

AP   **Amy Paul <+15617623293>**                                    11:09 AM
Also vic offered half his equity if he asks for anything past mid January. Can we get an loi?

O    **Owner**                                                      11:49 AM
I'm at a family memorial.  Available time for a call is later afternoon.  But not for long.

AP   **Amy Paul <+15617623293>**                                    12:53 PM
What time?

O    **Owner**                                                      1:23 PM
4

O    **Owner**                                                      1:23 PM
Central

AP   **Amy Paul <+15617623293>**                                    4:07 PM
Have Peter on line

O    **Owner**                                                      4:11 PM
Is this the same Peter that we were going to do the mtn with

AP   **Amy Paul <+15617623293>**                                    11/24/2019, 7:43 PM
Spoke to Craig he is 10 minutes from downtown Hong-Kong where he is going to deal with both NK and finalize the monetization hopefully to day he will have something for us at the end of the day he said the other transaction with Q is going extremely well so hopefully we can stave off A-day or 2 and have a resolution thank you

O    **Owner**                                                      8:26 PM

CONFIDENTIAL

Thank you.

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 11/25/2019, 9:35 AM |

Spoke to Craig.  Please call me.

| | | |
|---|---|---|
| O | **Owner** | 9:42 AM |

Ok need few. I hate monday

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 4:28 PM |

Any luck w a cc? I am out of time. How did your call go,?

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 10:15 PM |

Thank you for you help w VEA. I will pray tonight this China issue gets resolved.

| | | |
|---|---|---|
| O | **Owner** | 11/27/2019, 2:15 PM |

Amy. I am out of time.  Their lawyers call every 15 minutes and the sheik has dispatched Steve to Chicago this morning from dubai to find out what's going on. I need something now. Please

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 3:11 PM |

 I have an update on all. I will call u when dr leaves.

| | | |
|---|---|---|
| O | **Owner** | 11/28/2019, 6:29 PM |

Amy, I've heard nothing all day. Please. What is going on? I cannot continue the barrage of calls. I was supposed to get updated this morning. I have to have the wire receipt of the funds that are on the way. NOW! Everyone is enjoying Thanksgiving and I have been sitting at home getting beat on. PLEASE

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 11:42 PM |

I got craig and I will know more after 3pm their time. Courier is delivering letter to bank at 3pm. Yt then finish credit pull. Also checking the bank for nk. No proof yet. I'll be up in a few hours.

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 11/29/2019, 11:15 AM |

Letter arrived at bank but delivery from plane was late for today but it will be monetized Monday. Still waiting on wire confirmation from yt that funds came from nk.

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 11:23 PM |

Are you up

| | | |
|---|---|---|
| O | **Owner** | 12/2/2019, 6:22 AM |

You up?

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 9:12 AM |

Hi please call me

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 7:50 PM |

I'll call you back.

| | | |
|---|---|---|
| O | **Owner** | 7:50 PM |

Ok

CONFIDENTIAL

○ **Owner**                                                        9:27 PM
Call me at +19549205133 room 2216

AP **Amy Paul <+15617623293>**                                     9:40 PM
Few mins

○ **Owner**                                               12/3/2019, 8:02 AM
Ve already left my room. I'm meeting Steve at the hardrock at 2pm.

AP **Amy Paul <+15617623293>**                                     8:19 AM
Please call

AP **Amy Paul <+15617623293>**                                    10:11 AM
Our website is still down after all weekend and I have replace the admin and about to be fired I
have to fix this first and very sorry

AP **Amy Paul <+15617623293>**                                     1:29 PM
Chk email

○ **Owner**                                                        1:45 PM
Where is nk now?

AP **Amy Paul <+15617623293>**                                     1:54 PM
In macau

AP **Amy Paul <+15617623293>**                                     1:56 PM
Where the ubs funds will be sent to a trust account for CDF and then cleared for nk. At that time
they will force the payout for projects as they will be in control.

○ **Owner**                                                        2:10 PM
Where is nk now?

AP **Amy Paul <+15617623293>**                                     2:12 PM
I am told in macau

○ **Owner**                                                        2:17 PM
Can he leave?

AP **Amy Paul <+15617623293>**                                     2:20 PM
Was told he cannot plus he has no funds since they are frozen until the UBS are cleared. He
needs CDF to clear them so he has to stay until the wire comes in or he will have nothing. We
know he tried to open accounts in macau himself and was shut down so CDF is basically his only
option and he knows it.

AP **Amy Paul <+15617623293>**                                     2:22 PM
Because cdf has a special global trust account and level 16 banker they can clear most funds
easily for beneficiaries

AP **Amy Paul <+15617623293>**                                    11:38 PM

CONFIDENTIAL                                               AH_094995

Guess you are asleep. Checking on you.

○ **Owner**                                                                                  11:50 PM
I'm back in room

○ **Owner**                                                                12/4/2019, 9:37 AM
I need that account number at standard chartered Dubai

○ **Owner**                                                                                   2:17 PM
I have bonny fuel in my name. Let's work deal with Peter. 1 ship already on way.

AP **Amy Paul <+15617623293>**                                                    7:24 PM
Call me on this

○ **Owner**                                                                                   9:23 PM
On plane. Did wire get sent?

AP **Amy Paul <+15617623293>**                                       12/5/2019, 12:24 AM
Craig not answering but sent many texts from nk on wire coming in. They ate at the bank.

AP **Amy Paul <+15617623293>**                                                    5:06 PM
I'll call you back.

○ **Owner**                                                                                  11:04 PM
Never called me back. Things getting tougher.

AP **Amy Paul <+15617623293>**                                                   11:47 PM
Craig not answer yet. I will sleep for 4 hours and get back up but monetization happened and funds clear fri and wire out monday. Working to get proof

AP **Amy Paul <+15617623293>**                                                   11:57 PM
Craig meeting nk in 5 mins to verify swift copy he has. Will text me once verified

○ **Owner**                                                                12/6/2019, 7:52 PM
Ok

AP **Amy Paul <+15617623293>**                                                   10:12 PM
Are u up

○ **Owner**                                                               12/9/2019, 10:13 AM
I'm on taxiway traveling. Any other updates?

AP **Amy Paul <+15617623293>**                                                    1:40 PM
Yes DB swift bad but UBS was received and sent to ubs for confirm. Yt will be in bank tues to finish each

AP **Amy Paul <+15617623293>**                                                    1:40 PM
Where are you headed for vacation

CONFIDENTIAL

AP    **Amy Paul <+15617623293>**                                     1:40 PM

What do you want vic to do with the 3 cbd offers. Are you going to vegas? Was unsure of your plans

AP    **Amy Paul <+15617623293>**                                     1:40 PM

Also neil working like crazy for the masters class and got good leads

O     **Owner**                                                        7:28 PM

Yes. How about in morning? Let's hope swift out. Its rough

AP    **Amy Paul <+15617623293>**                                     7:50 PM

Can we speak after I call craig tonight? If you are in Vegas 3 people want to meet you

O     **Owner**                                                        7:52 PM

Yes. Lmk what time. I am not in vegas.

AP    **Amy Paul <+15617623293>**                                     11:44 PM

No craig yet. Call me when u get up pls.

AP    **Amy Paul <+15617623293>**                                     11:53 PM

He just called. Yt at bank and Craig near there to meet him. He knows a sender for ip and dtc so I need to know what you have. Also cash to get in bank.

O     **Owner**                                           12/10/2019, 2:40 PM

Amy. Do you know a guy out of Georgia named Jay or Jermaine Thomas?

AP    **Amy Paul <+15617623293>**                                     3:11 PM

Dont think so

O     **Owner**                                                        9:44 PM

Anything?

AP    **Amy Paul <+15617623293>**                                     11:37 PM

.monetizing should be done today and ubs confirmed back

AP    **Amy Paul <+15617623293>**                          12/12/2019, 1:36 PM

Do you have an account at hsbc in us to clear 1.2m? Check cashing wants 3%. Its for a project owner I know

O     **Owner**                                                        1:47 PM

An actual check?

AP    **Amy Paul <+15617623293>**                                     2:17 PM

Yes corporate check

O     **Owner**                                                        3:38 PM

Ok can they deposit in U.S. boa?

AP    **Amy Paul <+15617623293>**                                     3:57 PM

AH_094997

How long would it take to clear and how much would you charge

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 4:55 PM |
| | Whose account would you use | |

| | | |
|---|---|---|
| O | **Owner** | 5:05 PM |
| | I'm checking now. | |

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 5:08 PM |
| | His bank will clear 20 same day but take a few days for the 80%. He wanted it all same day if possible so hsbc ledger would clear. | |

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 5:08 PM |
| | Maybe a paymaster can | |

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 5:08 PM |
| | Did tou check on ip? | |

| | | |
|---|---|---|
| O | **Owner** | 12/17/2019, 1:45 PM |
| | Amy. I need proof of transfer desperately from yt. What's status. I cannot handle this anymore | |

| | | |
|---|---|---|
| O | **Owner** | 12/18/2019, 10:15 AM |
| | Amy? | |

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 10:24 AM |
| | Checking out of hotel. Call you in a min | |

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 12:46 PM |
| | I will be home in 30 mins. Prefer to talk without others hearing | |

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 3:51 PM |
| | U there | |

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 12/19/2019, 9:06 AM |
| | CRaig calling me in 15 mins. Are you available to talk to him? | |

| | | |
|---|---|---|
| O | **Owner** | 12:50 PM |
| | Just saw this | |

| | | |
|---|---|---|
| O | **Owner** | 2:41 PM |
| | How much peter buy for? | |

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 3:06 PM |
| | Minus 6 | |

| | | |
|---|---|---|
| O | **Owner** | 3:13 PM |
| | And he trying to get minus 4? | |

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 3:49 PM |

AH_094998

Yes

○ **Owner**                                                                    4:06 PM
Contract?

AP **Amy Paul <+15617623293>**                                                 4:11 PM
See email

AP **Amy Paul <+15617623293>**                                                 4:11 PM
What con tract?

○ **Owner**                                                                    4:17 PM
Is there a contract or just a spot

AP **Amy Paul <+15617623293>**                                                 4:43 PM
Spot that goes into a contract

AP **Amy Paul <+15617623293>**                                                 4:44 PM
He can get 2m per mo

○ **Owner**                                                                    6:07 PM
Ok great

○ **Owner**                                                    12/20/2019, 3:08 AM
Bought the day. Need some answers by close Friday.

○ **Owner**                                                                    3:08 AM
As you requested

AP **Amy Paul <+15617623293>**                                                 8:58 AM
Are you awake. Need to get on w craig and call at 11am est for cbd

AP **Amy Paul <+15617623293>**                                                 9:48 AM
Call is at 11 am

AP **Amy Paul <+15617623293>**                                                 9:48 AM
10 mins

AP **Amy Paul <+15617623293>**                                                 9:57 AM
I confirmed these guys for the farm.  Tony drive to his office. Are you doing the call?

AP **Amy Paul <+15617623293>**                                                10:03 AM
On w them now

○ **Owner**                                                                   12:12 PM
Can you get price on smokable hemp. But 500 pounds spot to test immediately.  Contracts may
follow.  Ready now.

○ **Owner**                                                                    8:14 PM

CONFIDENTIAL                                                    AH_094999

Got emails. Need price on smokable can sell immediately

AP  **Amy Paul <+15617623293>**                                    10:09 PM
Ok text and emaed him

AP  **Amy Paul <+15617623293>**                                    10:09 PM
How did it go today. Did not know you knew gino gentile

O  **Owner**                                                      11:11 PM
Yes. Long time

AP  **Amy Paul <+15617623293>**                         12/21/2019, 9:07 AM
Gm, the flower I have is trimmed and vaccuum packed in 1 lb packs at $225 per lb. I will contact me resources today for other available material.

AP  **Amy Paul <+15617623293>**                                    9:07 AM
From edgar

O  **Owner**                                                      11:19 AM
Thank you. How many 1lb packs and location?

AP  **Amy Paul <+15617623293>**                        12/25/2019, 11:31 AM
Merry Christmas and Happy New Year! May you be blessed with many more!!!!

O  **Owner**                                                      11:42 AM
Merry Christmas to you and your family.

O  **Owner**                                          12/26/2019, 2:20 PM
I know we may still be recovering from xmas,  but our window is very short and we are literally out of time. There is no more room for excuses. They started on me first thing this morning. We need to buttoned this up.

AP  **Amy Paul <+15617623293>**                                    5:16 PM
Craig is meeting nk tomorrow and going into the bank to see if they will send a wire out. They had told him monday was earliest due to holidays but he is pushing for Fri. I will know more late tonight.

AP  **Amy Paul <+15617623293>**                                    5:17 PM
I wrecked my car at my brother's. Not good.

O  **Owner**                                                      5:17 PM
Are you okay?

AP  **Amy Paul <+15617623293>**                                    5:29 PM
Yes just stupid. Backed right into a fire hydrant I never saw w nom in car and smashed my back end. Too much in a hurry always.

CONFIDENTIAL

○ **Owner**                                                              5:37 PM
You certainly are challenged with driving. First the front. Now the back

○ **Owner**                                                              5:38 PM
We cannot let nk go till next week. The bank will shut again for holiday. Then were screwed.

AP **Amy Paul <+15617623293>**                                          12/28/2019, 6:18 PM
Please call me

○ **Owner**                                                              12/30/2019, 2:08 PM
Please answer my email. Its critical for everyone. Please please

AP **Amy Paul <+15617623293>**                                          10:31 PM
I saw it right before I went to dinner for our anniversary. I will answer what I know. Also what do you want to do w edgar?

○ **Owner**                                                              10:33 PM
Happy anniversary.  I'll call you in a.m.?

○ **Owner**                                                              10:33 PM
Good?

AP **Amy Paul <+15617623293>**                                          10:46 PM
Hes been drinking and talking loudly but earlier was fun.

AP **Amy Paul <+15617623293>**                                          10:46 PM
Yes we need to go over all this

○ **Owner**                                                              12/31/2019, 12:27 PM
Amy, things are out of control. What is going on?

AP **Amy Paul <+15617623293>**                                          11:26 PM
Happy New Year

So glad that decade is gone and sure pray next 10 years is better.

AP **Amy Paul <+15617623293>**                                          1/1/2020, 10:55 PM
Please call me

AP **Amy Paul <+15617623293>**                                          1/2/2020, 5:31 PM
When can we review? I will send an email on items.

AP **Amy Paul <+15617623293>**                                          9:47 PM
I'm off phone pls call

AP **Amy Paul <+15617623293>**                                          11:05 PM
Tried u a bunch

AP **Amy Paul <+15617623293>**                                          1/3/2020, 7:49 AM

CONFIDENTIAL

Please call me. Tony going to edgar in an hour and he is not happy I have not responded can we discuss this,?

○ **Owner**                                                                7:56 PM
Is there a call in number for 2nights call?

AP **Amy Paul <+15617623293>**                                            8:15 PM
I'll send you link

○ **Owner**                                                                8:15 PM
And time?

AP **Amy Paul <+15617623293>**                                            8:16 PM
 Now

AP **Amy Paul <+15617623293>**                                            8:16 PM
Started at 9pm est

AP **Amy Paul <+15617623293>**                                            8:16 PM
Get on if u can

AP **Amy Paul <+15617623293>**                                            8:16 PM
Ck email

AP **Amy Paul <+15617623293>**                                            8:17 PM
6468769923
I'd 8673524706

AP **Amy Paul <+15617623293>**                                            8:44 PM
Vic confirmed 11.30 est and 10.30 CST for call tomorrow.

○ **Owner**                                                                8:52 PM
Ok

AP **Amy Paul <+15617623293>**                                            8:54 PM
Say hello if on line

AP **Amy Paul <+15617623293>**                                            8:56 PM
Shall I bring g you Into call?

○ **Owner**                                                                9:01 PM
No thanks. All good for now

AP **Amy Paul <+15617623293>**                                            9:02 PM
You should say hi

○ **Owner**                                                                9:13 PM
Not yet. I'm texting bud too. I'll be on next call

CONFIDENTIAL                                                                    AH_095002

AP | **Amy Paul <+15617623293>** | 9:16 PM
Ok

AP | **Amy Paul <+15617623293>** | 9:32 PM
Did you listen what did you think

AP | **Amy Paul <+15617623293>** | 9:32 PM
Fwd:https://triblive.com/local/pittsburgh-allegheny/monroeville-business-owner-charged-in-alleged-scheme-costing-medicare-127-million/

AP | **Amy Paul <+15617623293>** | 1/4/2020, 10:30 AM
Calling now w vic

O | **Owner** | 10:31 AM
Standing by

AP | **Amy Paul <+15617623293>** | 1/6/2020, 10:52 PM
Can we speak

O | **Owner** | 10:54 PM
Yes. Sorry but I need a few minutes

AP | **Amy Paul <+15617623293>** | 11:34 PM
I'll try to stay awake. I got bo sleep last night and am dead tired

O | **Owner** | 1/7/2020, 12:22 PM
Morning Alan..HUGE UPDATE in your e-mail in box from St Lucie county.They want in and on Friday upcoming at 11 AM EST I meeting them at Miami International Airport to structure the deal for VORTEX..Please read the e-mail I sent to you and Amy moments ago..Will need a little cash infusion for now getting HUGE traction across the board as you now see..Few Hundred $$ ASAP today works..After our 1 PM EST call with Victor(Principle of the Kentucky transfer station) with Amy will reach out to you..Finally we are getting major traction from the hard work..We are about to make History and,Bank! Victor

O | **Owner** | 12:22 PM
Hi Alan HUGE Call with Victor(Kentucky Principle) with Amy on the line..2 for 2 today and while on the call Pittsburgh(Alcosan) called me..On a roll..Amy will reach out to you shortly..Thanks

AP | **Amy Paul <+15617623293>** | 1/8/2020, 12:08 PM
Those are the same ones we had before. I need answers as Peter is w his banker. 760 2 years old. Who can he contact?

AP | **Amy Paul <+15617623293>** | 4:02 PM
Please call

O | **Owner** | 4:11 PM
15

CONFIDENTIAL

O   **Owner**                                                    11:25 PM
    What's status. I'm on plane in LA leaving for nyc. Land at 545am.

O   **Owner**                                                    11:27 PM
    Yes call laura.

AP  **Amy Paul <+15617623293>**                                 11:27 PM
    Her number?

AP  **Amy Paul <+15617623293>**                                 11:28 PM
    Or just email her

O   **Owner**                                                    11:28 PM
    +18475325832

AP  **Amy Paul <+15617623293>**                                 11:28 PM
    Ty

O   **Owner**                                                    11:28 PM
    Call

AP  **Amy Paul <+15617623293>**                                 11:28 PM
    Is she up now

O   **Owner**                                                    11:29 PM
    Maybe you can try

AP  **Amy Paul <+15617623293>**                                 11:29 PM
    Now?

O   **Owner**                                                    11:31 PM
    I text she didnt answer

AP  **Amy Paul <+15617623293>**                                 11:32 PM
    Ok

AP  **Amy Paul <+15617623293>**                          1/9/2020, 10:46 PM
    So glad I spent last 2 hrs doing doa. That info is bad. I would not advise touching it.

AP  **Amy Paul <+15617623293>**                          1/10/2020, 11:04 PM
    You seem to answer all calls except mine

O   **Owner**                                            1/11/2020, 12:28 PM
    No. Not you st all. Just been getting beat on and tired of no sleep. I'll call you shortly.

AP  **Amy Paul <+15617623293>**                                  4:31 PM
    I'll call you back.

O   **Owner**                                                    4:32 PM

CONFIDENTIAL

AH_095004

Ok

**AP**  **Amy Paul <+15617623293>**                                    1/12/2020, 10:08 PM
Craig just called. They had to wait until monday to get all parties together and yt had to get a poa from nk to do the transaction.  They are downloading today. Hope it clears by am

**O**  **Owner**                                    1/13/2020, 3:46 PM
Amy. Funds transfer today? Can you confirm. We are out of time.

**AP**  **Amy Paul <+15617623293>**                                    8:09 PM
Just saw that. Waiting to hear. I am on w pnc and resetting password I need you now.

**AP**  **Amy Paul <+15617623293>**                                    8:09 PM
Will talk to craig here soon.

**AP**  **Amy Paul <+15617623293>**                                    8:09 PM
Are u around?

**AP**  **Amy Paul <+15617623293>**                                    1/14/2020, 12:58 AM
I need the answers to your security questions. What was your favorite band?

**AP**  **Amy Paul <+15617623293>**                                    12:59 AM
User is ahanke4121

**AP**  **Amy Paul <+15617623293>**                                    1:04 AM
Pw is Future$2020.

**O**  **Owner**                                    1:44 PM
No more room. They are done with me.

**AP**  **Amy Paul <+15617623293>**                                    3:06 PM
What are they going to do?

**O**  **Owner**                                    3:49 PM
They will most likely have ne arrested or picked up on international crimes against the country. Easy for them. That's why they are all waiting in NYC.

**O**  **Owner**                                    4:17 PM
It regardless. We need payment now. I have others going to aauthorities. No ones been paid

**AP**  **Amy Paul <+15617623293>**                                    8:09 PM
Call me on this please to see what can be done

CONFIDENTIAL                                    AH_095005

O    **Owner**                                                                                          9:05 PM

Amy. I'm sorry. We are past the "What can be done" stage. Way past. There is no room anymore for further excuses, delays or errors. The situation is beyond critical, and I will no longer be able to hold anything together without some sort of resolution. I am no longer confident in anyone's ability to get this done. It will not go away, or be diminished. The people responsible will be held accountable. That is the only option they have ensured.

AP    **Amy Paul <+15617623293>**                                                                     11:24 PM

Just note to Craig he is with and K and Mr. Chow they've finished all the paperwork glass Knight and now in the morning time they are scheduled at 2:30 and Beijing with the central bank of China to do all 3 transfers they will have a transcription receipt available hopefully we'll get a copy that as soon as possible and can get this money moved very quickly on the download they did they did not realize it was part of a bigger transaction they thought there was for central banks involved but there is actually 18 central banks that are all meeting from the big commercial cash download in Panama this weekend where they will produce distribution letters for everybody that was parts of the various transactions and they will be rescinding a letter to each principle as to what day next week they are to be paid

AP    **Amy Paul <+15617623293>**                                                                     11:25 PM

Craig has also asked for the name and contact of anybody that was involved with these shake transaction as he is going to have somebody on the father's staff call and asked them to stand down he is scared YT is scheduled to go to that country the last week and January as there had been some fall out with the families and they wanted that to settle down before they left but they've got the invitation whitey has the approval to help the shake and they are scheduled last week in January please give me the names of the people that are threatening you

O    **Owner**                                                                          1/15/2020, 11:03 AM

DO NOT IN ANY CASE INFORM THE FATHER OF THE SONS ACTIONS!!!! THAT WOULD BE DISASTROUS. THEY DO NOT GET ALONG NOR ARE INVOLVED IN WAXH OTHERS BUSINESS. THEY ARE ESTRANGED. CRITICAL NO CONTACT BE MADE IN THAT MANNER.

AP    **Amy Paul <+15617623293>**                                                        1/19/2020, 11:37 PM

I just heard from Craig he was going into n k's hotel to stay with him until the download was completed YT has a schedule of 3:00 p.m. to day Hong-Kong time so by the time we wake up we will know if the transfer has cleared its A T plus 1 so it will settled tomorrow and the wire should go out on Wednesday by the time we wake up Craig will also have an update on the central bank meetings that were in Panama this weekend I will talk to you in am

O    **Owner**                                                                          1/20/2020, 8:12 AM

Let's hope

AP    **Amy Paul <+15617623293>**                                                        1/23/2020, 3:18 PM

Tried you at 4 w vic

AP    **Amy Paul <+15617623293>**                                                                     3:30 PM

I'll call you back.

AP    **Amy Paul <+15617623293>**                                                                     4:16 PM

Hes on bus now. Can you do at 7 est,

O    **Owner**                                                                4:52 PM
Yrs

AP   **Amy Paul <+15617623293>**                                              6:41 PM
He was on the bus. I had to get mom dinner. Can you do noontomorrow est  or I can try for now

AP   **Amy Paul <+15617623293>**                                              6:57 PM
Now hes at Gabriel's game.  I can do anytime after 4 pm.

AP   **Amy Paul <+15617623293>**                                       1/25/2020, 8:25 AM
Hi aoun Walt to schedule to a demo with me and our new jewel a developer for to day it'll be from
probly 10 to 111511341 a to see if we could push back R call to an hour just to verify then I will be
off and available and that would put it at noon my time 11 your time would that work for you please
advise thank you

O    **Owner**                                                                8:30 AM
I am picking up another couple at  11 central for an hour drive. The other time would be either
1230 central or 5 central

AP   **Amy Paul <+15617623293>**                                              9:33 AM
Or I can do now as I thought it was 10 est but it was cst but either other time is good.

O    **Owner**                                                                9:41 AM
Is this with vic? I have 20 minutes now.

AP   **Amy Paul <+15617623293>**                                             10:01 AM
Just saw this sorry can we do 1230 CST? Yes it is w vic and some good updates but mainly to
strategize

O    **Owner**                                                               10:02 AM
1230 it is

AP   **Amy Paul <+15617623293>**                                             10:12 AM
130 my time. Thank you.

AP   **Amy Paul <+15617623293>**                                      1/27/2020, 6:59 PM
I need the answers to your security questions. What was your favorite band?

O    **Owner**                                                                7:06 PM
Lynyrd skynyrd

AP   **Amy Paul <+15617623293>**                                              7:29 PM
Ty I tried Boston and doobie. Brothers as my favs but skyward good to

AP   **Amy Paul <+15617623293>**                                              7:33 PM
Now it asks what city or country to retire

AP   **Amy Paul <+15617623293>**                                              7:33 PM
Pls answer quick it times out

CONFIDENTIAL

**AP**   **Amy Paul <+15617623293>**                           7:37 PM

City to retire??

**AP**   **Amy Paul <+15617623293>**                          10:12 PM

If they have 675k this can all be done in house. With a 75/25 JV. The 675 are the bank fees to issue the Sblc. Not sure what they are giving up in their JV.... but they would keep 75% in this case.

Alan this is from John Antonio who claims he can fund 25 m per bank fee paid as they have a partner who issues the sblc.

**O**   **Owner**                                       10:32 PM

All for 675k

**AP**   **Amy Paul <+15617623293>**                          10:33 PM

They issue a 25m sblc and put in trade.  No lease they just JV w the party.

**AP**   **Amy Paul <+15617623293>**                2/2/2020, 10:40 AM

Are you going back to ny anytime soon? I am supposed to go this week but walt does not want me to go now and spend the money to we have a function I am supposed to present. Trying to see if I have other things to do.

**AP**   **Amy Paul <+15617623293>**                2/3/2020, 9:03 AM

I'll call you at 10 after 10 est

**AP**   **Amy Paul <+15617623293>**                            9:22 AM

I thought you were going to bring up the issue about who owns the technology maybe you should send an email with your concerns because I'm sure Corey will have the same ones we need to address it now and find out where that came from but it's better coming from you versus me

**AP**   **Amy Paul <+15617623293>**                2/15/2020, 7:55 AM

I just spoke to craig.  YT is set to settle CDF's download for NK on Monday and the on the 1.8 they've started paying out the 1st group but he has not gotten his confirmation of when his is coming but it should be very soon I also gave you another download to do from. Craig. Did you get it? I am at the spinal dr now. Can we speak around noon? I did not hear back from you and worried about your meeting.

**O**   **Owner**                                       1:09 PM

Hello Alan.I have been informed you are having a hard time with another transaction unrelated to our WTE Initiative(Been trying to communicate with you for over 10 days and Amy has tried in the past few days to my understanding)Which I have NO Details On..Wish I New More to Help You..I have Huge contacts in NY,Florida, DC,LA ,Chicago, Colorado and, Texas..Ask Amy! Offshore Huge Contacts in,England,Colombia, Hungary,Panama and Spain..Ask Amy again!!What has transpired in the last 5 days on our WTE Initiative is, Extraordinary!!.Not only has VORTEX been accepted at 3 sites but,due to Amy another multiple sites has opened dialogue with Amy and myself to purchase our Plasma System..FYI these people are recently retired from the Agency in DC.If you are not sure what that means ask,Amy..FYI they even in writing stated we are right on point for our initiative..Alan,time to stay strong for the problems you are involved in on your other dealings wish I could help if I had information possible could do so..However,VORTEX has mutiple prospects with 4 now in,"Writing" formally engaged with..We are placing 2 this Weds and another a strong possible PO(Purchase Order for $62 million)..Stay the course..My math is Dead On..My timeline was off about 2

months..Some things could not foresee..But,we work as one Now More Than Ever,"We Got This"!..FYI purchase order mean the clients pay..Do the Math;at 20% markup to cost on a $62 million order about $12.4 million to VORTEX.Your take at 8% is what?..Awesome rate of return..Please speak to Amy FAST.There also maybe a possible offset for some of your problem deals..Victor

| AP | **Amy Paul <+15617623293>** | 2/17/2020, 9:25 PM |

Can you talk tonight?

| AP | **Amy Paul <+15617623293>** | 10:42 PM |

I am getting you the letter showing you control the contract for nk. Pls call early am.

| O | **Owner** | 10:48 PM |

I really dont feel like talking tonight. The email was discussing and unrealistic at minimum. You guys are going to get people in real trouble and more seriously killed. And not one person remains responsible. Its sickening.

| AP | **Amy Paul <+15617623293>** | 11:03 PM |

What do you want me to do? I have pushed and begged and all else. I am trying to find the money. I have tried finding a lender to pull extra off the gnma bond. I tried to get you a download and yet I get no responses back so do I send the second file to barry or can you work it? It is hard for me to fly with my back. I offered a video conference. This all started trying to make up for jim and Tracy's loss. It sucks how this turned out    and if i had it i would pay it. What do you want me to do??

| O | **Owner** | 2/18/2020, 5:08 PM |

You told him not to call and he did anyways. Was brutal argument.

| AP | **Amy Paul <+15617623293>** | 6:21 PM |

Saw the texts. I am back at my desk

| O | **Owner** | 2/19/2020, 9:23 AM |

Please call

| AP | **Amy Paul <+15617623293>** | 9:36 AM |

On a webcast will call after

| O | **Owner** | 9:42 AM |

I have to meet steve at noon. Leaving at 11.

| AP | **Amy Paul <+15617623293>** | 10:32 AM |

Jose had gone to Japan and arrived today. Craig tracking him down to get the document. He asked for your passport  to include w Jose in the document.

| AP | **Amy Paul <+15617623293>** | 10:34 AM |

Do you want me or Craig on the call? We are on way to tampa to see Neil's family he has not seen in 12 years and he is a mess  of I will explain this a to papi.

CONFIDENTIAL

○ **Owner**      10:36 AM

I'll send passport. There is no call. I have to go meet him.

AP **Amy Paul <+15617623293>**      12:26 PM

Email sent to you

AP **Amy Paul <+15617623293>**      12:28 PM

What else can we send that will help? Tomorrow you will also have a list of approvals CDF has to move the funds from central bank and gateway

AP **Amy Paul <+15617623293>**      12:28 PM

Not the docs but the list of all approvals. He cannot show confidential docs

AP **Amy Paul <+15617623293>**      2:23 PM

Do you need any more from craig before he sleeps?

○ **Owner**      4:17 PM

Just the assignment of the hagoth contract as promised.

AP **Amy Paul <+15617623293>**      4:22 PM

Ok will have in am

AP **Amy Paul <+15617623293>**      2/20/2020, 1:40 PM

I need to review the docs with you and make sure they get done right and notarized which they plan to do when they wake up. Jose was not getting to craig until now but I want to make sure docs are acceptable. When can you talk and review w me?

○ **Owner**      2/21/2020, 1:05 PM

Petroline Swiss contract approved. Need screenshot and contract.

AP **Amy Paul <+15617623293>**      1:06 PM

Ok ty do you provide the contract or they do?

○ **Owner**      1:12 PM

They do

○ **Owner**      1:13 PM

I'll call you back.

AP **Amy Paul <+15617623293>**      2/22/2020, 12:03 AM

Have asked for contract and screen shot. Also need to ask you a out a download for barry.

AP **Amy Paul <+15617623293>**      12:04 AM

Can you put anything towards vic rent? I will pay part but cannot pay all. I am only getting half income so I have to pay all Bill's plus Paul w 500 a week.

AP **Amy Paul <+15617623293>**      2/24/2020, 1:52 PM

I am at the bank. No funds so wanted to make sure you did not deposit yet

CONFIDENTIAL

**Owner**                                                                                           2:06 PM

I have to go cash a check first. Will be this afternoon before closing is the earliest I can do.

**Owner**                                                                                           4:29 PM

1200 deposit made.

AP     **Amy Paul <+15617623293>**                                                                  4:59 PM

Ty I appreciate it and know it was a pain and I am very sorry.

**Owner**                                                                                 2/25/2020, 4:01 PM

Amy. Tomorrow is a week since I asked for ans have been promised a poa or dead of assignment.
I cannot keep living these lies and promises with nothing. I tell them what you tell me and I look
like an ass everytime. This is critical.

**Owner**                                                                                 2/27/2020, 11:20 PM

Tried you. Please call in morning

AP     **Amy Paul <+15617623293>**                                                        2/28/2020, 6:18 PM

 Pls call. We have had contractors all day and moving furniture back in after work.

AP     **Amy Paul <+15617623293>**                                                                  6:19 PM

Your cm fu

**Owner**                                                                                 3/2/2020, 8:50 AM

What is this from Victor? I'm not going through this again. He begged and told me that he would
never ask for money again and if he did, I would get 100% of his shares. Why is he saying this
now when I already paid just a few days ago?

**Owner**                                                                                           8:50 AM

Good Morning Alan..Last week needed on Monday,$1425 for some expenses as well as to get to
ST.Lucie to meet with Attorneys for Counsel and Corey to consummate the deal..Couldn't get
there and back..What received was $225 short.So a deal we could have consummated is delayed
because, like Special Ops having state of the art weaponry but, not the ammunition to complete
our task..This week starting tomorrow morning going to be jammed so asking for help of $300 in
Wells today..That should hold for at least 1 week and with New Information received today we
should have one of several Angel Investors invest with VIA..First ever Fully Executed MOU for
purchase order(PO)for VEA Plasma System.$62 million deal.Are you Kidding!..Could have
another 1-3 in about a week or so.Please coordinate with Amy..👍

AP     **Amy Paul <+15617623293>**                                                                  10:41 AM

Because I told him you could only pay the rent and to get his internet from someone else. I already
gave him more for food. He was pissed and said he needed his internet to work.

AP     **Amy Paul <+15617623293>**                                                                  10:45 AM

On Dubai's account. Chk email I type faster on the computer

**Owner**                                                                                           12:05 PM

Ok

**Owner**                                                                                 3/5/2020, 1:39 PM

You deposited $1200 NOT $1425 which was my last request to you.You still are $225

CONFIDENTIAL

short,Why?..I asked to make it $300  and fell on deaf ears..Will ask you no more.FYI Alan, 2 MOU'S,(Gambia and now,NY),also a Proposal in St.Lucie ACCEPTED and in Negotiations for Contract..ARE YOU KIDDING ALAN???.I get some marginal cooperation RIGHT NOW your piece of the action if I am half correct is over $1.5 million..Please now put into Wells $500 and thats IT..Curious what happened to your LOI that you promised to Amy and Myself several times if we got 2?..Not only 2 but 2 MOU and more coming for Global VIP are approaching me as we speak..Come on

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 7:56 PM |
| | I did not receive any zelle today. Just fyi | |
| O | **Owner** | 8:10 PM |
| | Thought I did earlier. Maybe not. Should be there now. Please confirm. | |
| O | **Owner** | 8:10 PM |
| | Think it was a password problem | |
| AP | **Amy Paul <+15617623293>** | 8:19 PM |
| | Ok will check  ty | |
| AP | **Amy Paul <+15617623293>** | 8:20 PM |
| | Got it ty | |
| O | **Owner** | 3/11/2020, 3:51 PM |
| | Amy. I really need the UBS banking docs. Please make sure I can get them when Craig wakes up. They are pressing me to leave with them tomorrow.  I need help. Please. | |
| AP | **Amy Paul <+15617623293>** | 3:53 PM |
| | Are you talking about the dubai STDs Chtr? They have been sent from missile east off to HK and Jose and craig ate picking the account info up in the morning. | |
| AP | **Amy Paul <+15617623293>** | 3:54 PM |
| | I will send email on all updates | |
| O | **Owner** | 4:01 PM |
| | UBS. | |
| O | **Owner** | 4:03 PM |
| | I have standard chartered | |
| AP | **Amy Paul <+15617623293>** | 3/13/2020, 1:41 PM |
| | Did you see the account number. I sent several things on wa | |
| O | **Owner** | 1:41 PM |
| | Yes. How do we connect me and my ckients? | |

CONFIDENTIAL

AP      **Amy Paul <+15617623293>**                                              2:53 PM
Let me see what I can put together

O       **Owner**                                                       3/17/2020, 5:23 PM
Amy please send what's ap

O       **Owner**                                                                 5:34 PM
I got it

AP      **Amy Paul <+15617623293>**                                              6:37 PM
So i do not need to send? I was over 15g so been erasing everything

AP      **Amy Paul <+15617623293>**                                              7:09 PM
Did you get all downloaded you need??

O       **Owner**                                                                 7:16 PM
Dont need to send. But I will need somrthingvthatvties me to account tomorrow

AP      **Amy Paul <+15617623293>**                                             10:04 PM
Can you call me?

AP      **Amy Paul <+15617623293>**                                             10:52 PM
I am getting a copy of the payment for tank stg. Did you look at the deals?

O       **Owner**                                                       3/18/2020, 9:07 PM
Amy, this is all B.S.

AP      **Amy Paul <+15617623293>**                                     3/21/2020, 10:55 AM
Vis thinks he is helping as I told him not to bother you and ask for rent as you were sick and
maybe could get the virus. I am on the phone in an hour with Neil's lab top guy

O       **Owner**                                                                11:12 AM
Ok

O       **Owner**                                                       3/23/2020, 7:16 AM
Call with Sheik at 630pm eastern. I got 2 lawsuits filed against me and 1 with my lawyer over the
weekend from 2 clients. This is not going well.

O       **Owner**                                                                 7:40 AM
What the heck with Victor?

AP      **Amy Paul <+15617623293>**                                              7:54 AM
Ignore victor. He was trying to help me find you a test kit.

O       **Owner**                                                                 8:08 AM
Oh

CONFIDENTIAL

○ **Owner** 8:09 AM
630 east ok for call?

AP **Amy Paul <+15617623293>** 8:32 AM
Yes

AP **Amy Paul <+15617623293>** 4:14 PM
We need to speak first. I am on call so can I call you from my landine

○ **Owner** 4:15 PM
I cancel until tomorrow 630

AP **Amy Paul <+15617623293>** 4:22 PM
Omg that is great. I should have all info then and today is crazy

AP **Amy Paul <+15617623293>** 4:23 PM
I got the new stuff from the lab but doctor has to get approved and order it so trying to get a home kit

○ **Owner** 4:25 PM
They are not happy at all. Really pissed off. I cannot go past this any longer. I'm getting sued by 2 clients besides. All file already. Not good

AP **Amy Paul <+15617623293>** 5:18 PM
Tomorrow we should have info

AP **Amy Paul <+15617623293>** 3/24/2020, 4:47 PM
Hete

AP **Amy Paul <+15617623293>** 4:47 PM
When u merged it stopped voice

AP **Amy Paul <+15617623293>** 4:47 PM
I'm hanging up

○ **Owner** 5:14 PM
None really until this is over

○ **Owner** 7:51 PM
407 910 7000

○ **Owner** 3/25/2020, 9:00 AM
Victor on, call you call me?

AP **Amy Paul <+15617623293>** 10:31 AM
2 mins

○ **Owner** 3/26/2020, 7:27 AM
What is this text I received ed from victor?

CONFIDENTIAL

Redirect..You are Sick Amy?.

you are
Worst than Ever!!!!.Where the,"Fuck is the correct Pro-Forma I have been asking for Kentucky and
,ST Lucie Florida for over 12 days"???????.You promised in writing..So?
--hmmm VE IS DEAD ON CORRECT..
I believe you are Real..People around at the hewlett.  us are in Fantasy Land..FYI SO DOES
HOMELAND SECURITY ,FEDS AND,Special Forces resonatetm
 .....WE need to TALK FAST When?

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 7:44 AM |

He is a complete moron. He cannot even see that he has had the proforma. I am concentrating on
the masks to fix all of our situations. I sold all inventory yesterday and trying to close and get paid
to help everyone

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 2:19 PM |

2 mins

| | | |
|---|---|---|
| O | **Owner** | 2:19 PM |

Need u for zelle

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 4:43 PM |

Do you know Tom Richmond for lease sblc?

| | | |
|---|---|---|
| O | **Owner** | 4:57 PM |

Do not.

| | | |
|---|---|---|
| O | **Owner** | 3/31/2020, 1:16 PM |

Amy, please help me with Craig. Today is last day. I need something .

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 5:31 PM |

I need  to call you but will also put in writing

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 11:23 PM |

Are you up?

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 11:26 PM |

We need another call with them. Craig just got out of the hospital and card should go today. 799
barclays delayed until monday.

| | | |
|---|---|---|
| O | **Owner** | 4/1/2020, 1:27 PM |

Can you talk yet?

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 2:23 PM |

Just saw this it's been crazy

| | | |
|---|---|---|
| O | **Owner** | 6:30 PM |

Got my third lawsuit today. I'm very aggravated.

| | | |
|---|---|---|
| AP | **Amy Paul <+15617623293>** | 6:34 PM |

AH_095015

John I suppose for the text?

O **Owner**                                                            6:34 PM
Yup

AP **Amy Paul <+15617623293>**                                         10:04 PM
Fwd:There have been others in the market that have been pulled because of lack of accuracy.

AP **Amy Paul <+15617623293>**                                         10:04 PM
Fwd:Got close to a million and replenishing them weekly. There are Chinese test kits but none authorized by FDA according to our manufacturing agents.

AP **Amy Paul <+15617623293>**                                         10:04 PM
From md worldwide as answer

O **Owner**                                                   4/9/2020, 2:27 PM
What is this crap?

Hello Alan..Putting together over 8 deals direct with Manufacturers in USA,India and one other for multiple Medical Techs and dealing with TOP tier VIPs...No more Asswipe Penny Wise, Dollar Foolish Humans..Wish you were on board!..But I guess you have Better things to do than get into real deals and projects like VORTEX(Dont underestimate the work that has been done to date on this) which you discount periodically..Its OK..It is Who you are?..One hand,Awesome you are, The Other Hand, jury still out as I was recently informed by 2 of your associates that approached me recently concerned with your behaviour recently..Its OK..Perhaps we can have structured professional call where you dont leave your partner hanging with an 11 year old dynamic son down the stretch..Lets move forward for I can help fill in the gaps of your Shortcomings Which is Huge Now.Call at Will..Victor

AP **Amy Paul <+15617623293>**                                         2:53 PM
O MG he has gone nuts. Just ignore him.

O **Owner**                                                            3:09 PM
Yup

O **Owner**                                                            6:33 PM
Second scathing text from him. I'm about to go Mother Fucker on him

AP **Amy Paul <+15617623293>**                                         6:34 PM
I ready have

O **Owner**                                                            6:34 PM
Alan,Sorry if I came at you in an incorrect manner..I could have been more diplomatic..If it wasnt for this coronavirus nightmare we had Bank..So being a father of an 11 year old dynamic son and forging forward for us on our WTE Initiative It wasnt appreciated when you 3 weeks ago said if I did,,"A" you would do,"B".Validated!.I did my part and you did not and left us hanging for pennies to the dollar far more invested by me than you and others,Combined..Its OK..If you ever have the stones to say sorry and correct this, most incouraged..
You can send this to Amy again or inform her,Incredible!..
We ALL Need to Work as One!! Agreed?..If you say something and agree to it do it..(We are not in the box of exact timelines for our WTE Initiative against all odds but very close!Remember we are not investing in IBM or Microsoft but nuturing a dream like Bill Gates did decades ago in his

Garage)..You did not bottom line and others out of nowhere are reaching out to me from Chicago,England,etc..SHIT YOU NOT..I am focused on us,You,Amy and myself not another person that is disappointed with you..Lets Fix this FAST!..Victor

AP    **Amy Paul <+15617623293>**                                                    10:39 PM
Sorry he will not stop until he pays his rent. He thinks you said you would help him

O    **Owner**                                                                        10:48 PM
Didnt he get ss?

O    **Owner**                                                                        10:51 PM
Social security 1800?

O    **Owner**                                                                        10:54 PM
What he offered was the shares and 50% of his mask deal. I said put it in writing and I would consider it. He lost the mask deal and thus my consideration. I certainly don't need a few more points of a no value company. Besides I didnt put him in his current situation nor am I responsible for it.

AP    **Amy Paul <+15617623293>**                                                    11:06 PM
I know and feel the same way. He is working a fee deals now. He got half ss and I just did his taxes

O    **Owner**                                                                        11:13 PM
Why is it my problem? Especially after he treats me like shit. Wtf?

O    **Owner**                                                                        11:16 PM
No more..

Zelle: Your payment of $500.00 has been sent to 1-561-762-3293

AP    **Amy Paul <+15617623293>**                                              4/10/2020, 7:04 AM
It is not your problem. I have tried to keep him away and I am sorry. Just make sure there is never a conversation without me so he cannot say you promised him anything. He should be ok from now on

O    **Owner**                                                                4/13/2020, 4:44 PM
Just got 2 certified letter law suits by the shiek today and SRM.  Lombard calling FBI tomorrow. 4 other law suits I have to answer by next week. What the heck is going on? Where is the money from Craig?

AP    **Amy Paul <+15617623293>**                                            4/19/2020, 11:47 PM
Can we speak?

O    **Owner**                                                                4/20/2020, 7:24 AM
Just saw this. Do you want me to call now?

AP    **Amy Paul <+15617623293>**                                                     7:25 AM
In shower need few mins

O    **Owner**                                                                         9:58 PM

I'm here just on a call

AP  **Amy Paul <+15617623293>**                                              9:58 PM
Ok ty I'll be up

AP  **Amy Paul <+15617623293>**                                   4/21/2020, 12:00 AM
You up

AP  **Amy Paul <+15617623293>**                                              4:20 PM
On cc cant get off

AP  **Amy Paul <+15617623293>**                                              7:39 PM
Calling you back. Any idea when you available so I can be off the phone.

AP  **Amy Paul <+15617623293>**                                    4/26/2020, 4:08 PM
If Duke energy ordered sanitizer  can they get it out of ny this week?

AP  **Amy Paul <+15617623293>**                                              4:09 PM
What is timing?

AP  **Amy Paul <+15617623293>**                                     5/5/2020, 9:12 PM
I need to speak to you please.

O   **Owner**                                                              9:17 PM
Need about 30 minutes.

AP  **Amy Paul <+15617623293>**                                              9:17 PM
Sure. Ty

O   **Owner**                                                     5/6/2020, 7:24 PM
Amy, what happened to Craig today? I have to have lawyer answer by Friday. This is serious stuff
and they are coming and plowing through everyone.

AP  **Amy Paul <+15617623293>**                                    5/7/2020, 12:55 AM
Spoke to craig. On the scct it is wiring from Citi switzerlsnd and he will get a copy. Hope to have by
tomorrow.

AP  **Amy Paul <+15617623293>**                                             12:57 AM
But witecstill has to go to europe paymaster then to CDF and then to us. It will not be sent to US
until Monday

AP  **Amy Paul <+15617623293>**                                             12:58 AM
If craig writes the confirmation letter for capital markets can you then do the download?

O   **Owner**                                                              7:53 AM
Possible. Where are the funds from all otherctransactions?

CONFIDENTIAL                                                                      AH_095018

○     **Owner**                                                     5/8/2020, 6:46 AM
      Amy

AP    **Amy Paul <+15617623293>**                 5/10/2020, 8:06 PM
      Are you available?

AP    **Amy Paul <+15617623293>**                 8:10 PM
      Need.
      1. Old draft contract for willy
      2. All info on sanitizer. After the ACG mess w Neil we will not use them at all.
      3. Are you doing anything w Mark lyons or john bartels? Neil is about to go ballistic on ACG and I
      do not want to see that happen. All hell is breaking loose.

AP    **Amy Paul <+15617623293>**                 5/11/2020, 10:47 AM
      Please keep the issue w steve and the loan between us. I do not think anyone knows and he gave
      neil the ring to sell as collateral.

○     **Owner**                                                       10:55 AM
      No problems

○     **Owner**                                                5/13/2020, 8:37 AM
      Amy. Is there any news on Craig or payment? I have to answer the other 3 law suites tomorrow
      and they are all demanding money and going to authorities.  Very critical time.

AP    **Amy Paul <+15617623293>**                 5/14/2020, 12:09 AM
      Craig was supposed to get the copy of the wire into CDF today. It did not go tues as they had to
      further define history of funds. I just tried him but will call in am.

○     **Owner**                                                      9:55 AM
      Whats your current address?

AP    **Amy Paul <+15617623293>**                 5/17/2020, 7:08 PM
      Need to discuss willy's download please

○     **Owner**                                              5/19/2020, 10:01 AM
      Please advise Craig not to give specific numbers to Lance on any possible payment amounts. Will
      call this afternoon.  Thank you

○     **Owner**                                              5/21/2020, 8:15 AM
      Please call

AP    **Amy Paul <+15617623293>**                 6:16 PM
      2

AP    **Amy Paul <+15617623293>**                 5/22/2020, 12:56 AM
      Just got craig. Citi tried to hold up the funds transfer for 30 days. YT called a citi shareholder to
      clear it. Funds are going to their account by fri and should wire to us by mon or tues. All has been
      verified by swift.

CONFIDENTIAL

○ **Owner**                                                                                      1:00 AM
Can't make this shit up.  If I ever need an excuse ill call Craig.

AP **Amy Paul <+15617623293>**                                                    6:46 AM
Yes I agree. Never ever seen so many excuses or bad luck whatever it is. You would think they could plan better.

○ **Owner**                                                                                    11:11 AM
6th lawsuit just showed up from Holmes and Fraser in Naples FL.

○ **Owner**                                                                                      3:40 PM
RICO Act will be filed.

AP **Amy Paul <+15617623293>**                                                    3:50 PM
Shit that is bad

○ **Owner**                                                                                      4:09 PM
Could not be worse. 7 page suit

AP **Amy Paul <+15617623293>**                                                    5:56 PM
Omg

○ **Owner**                                                                          5/27/2020, 6:38 PM
Just finally sitting for dinner. Be 45 minutes.

AP **Amy Paul <+15617623293>**                                                    6:59 PM
Ok I'm here

AP **Amy Paul <+15617623293>**                                                    7:35 PM
Few mins

AP **Amy Paul <+15617623293>**                                            5/28/2020, 12:53 AM
Are you awake

AP **Amy Paul <+15617623293>**                                              6/3/2020, 1:13 PM
On cc call u back

○ **Owner**                                                                        6/10/2020, 7:19 PM
Amy, I waited all afternoon until I had to go to deposition with nothing again. No email, no text no proof? I was handed to the sharks again with no support. Is there anything left that I can rely upon to support my statements to them?

○ **Owner**                                                                      6/12/2020, 10:11 AM
Amy. Has Steve from ACG paid back any money yet to Neil?

AP **Amy Paul <+15617623293>**                                                  10:47 AM
Well that is something I guess from porter. Neil has received nothing from steve . I am calling craig now.

CONFIDENTIAL                                                                                    AH_095020

**Owner**                                                                                    6/19/2020, 8:42 AM

Anything? I have people going to FBI as early as today. I need something from Craig today in a letter immediately.  Please help me.

**Amy Paul <+15617623293>**                                                                      1:21 PM

Just saw this. I'll call him.

**Amy Paul <+15617623293>**                                                                      9:32 PM

Just spoke to Craig. He is drafting a letter but needs yt to approve it. He will call me in am. He also said the get name of office at FBI and he will take care of it. Need location and phone number.

**Owner**                                                                                         9:49 PM

Amy. We need to solve this before it gets to fbi office. Not after. It will be too late. Lets get letter and talk in  morning to resolve

**Amy Paul <+15617623293>**                                                                      9:56 PM

Yes there is too much with all this at CDF. I'll explain in am. Do you have a draft of what it needs to say?

**Owner**                                                                                        10:17 PM

Draft...no. I don't even know whats going on. Ill call you in morning

**Amy Paul <+15617623293>**                                                                     10:23 PM

Ok

**Amy Paul <+15617623293>**                                                                     10:24 PM

Just need to know what it needs to say.

**Owner**                                                                                        10:30 PM

Needs to say that they are paying and when.

**Owner**                                                                                6/20/2020, 8:32 AM

Amy. Lets just get a simple letter to the point apologize for the delay and the payment is expected. I need to get this in today. Really important.

**Owner**                                                                                6/21/2020, 9:22 AM

Amy. Please a simple letter like before would go a long way in keeping this contained.

**Amy Paul <+15617623293>**                                                            6/22/2020, 9:03 AM

I have stayed on Craig last 48 hours and you will have the letter within the hour.

**Owner**                                                                                         9:22 AM

Thank you desparatelty needed. Doesn't have to be detailed and long. Just enough to give idea when funds expected.

**Owner**                                                                                6/26/2020, 8:41 AM

Just was served a 16 page indictment for new york northern district on shiek al thani.

CONFIDENTIAL                                                                         AH_095021

| AP | **Amy Paul <+15617623293>** | 6/30/2020, 6:55 PM |
|---|---|---|
| | What is the new pnc account number? | |

| AP | **Amy Paul <+15617623293>** | 9:58 PM |
|---|---|---|
| | Never got the account number | |

| AP | **Amy Paul <+15617623293>** | 7/11/2020, 9:29 AM |
|---|---|---|
| | Wanted to catch up. Please call me. | |

| O | **Owner** | 11:27 AM |
|---|---|---|
| | Call you at 1 | |

| AP | **Amy Paul <+15617623293>** | 12:04 PM |
|---|---|---|
| | On cc call u rightback | |

| AP | **Amy Paul <+15617623293>** | 12:44 PM |
|---|---|---|
| | Call not going thru | |

| AP | **Amy Paul <+15617623293>** | 2:32 PM |
|---|---|---|
| | Resetting paws look for code and call me | |

| AP | **Amy Paul <+15617623293>** | 2:32 PM |
|---|---|---|
| | They will call u governess then 5373 | |

| AP | **Amy Paul <+15617623293>** | 2:32 PM |
|---|---|---|
| | Give them 5373 | |

| O | **Owner** | 3:09 PM |
|---|---|---|
| | No calls | |

| AP | **Amy Paul <+15617623293>** | 3:36 PM |
|---|---|---|
| | You were in mountains no issue I found it and got in | |

| AP | **Amy Paul <+15617623293>** | 3:36 PM |
|---|---|---|
| | I could never get it thru I fan send you money on venmo only no zelle yet | |

| AP | **Amy Paul <+15617623293>** | 3:36 PM |
|---|---|---|
| | Send me venmo account | |

| O | **Owner** | 5:10 PM |
|---|---|---|
| | Did u get in? | |

| AP | **Amy Paul <+15617623293>** | 8:03 PM |
|---|---|---|
| | Yes need your venmo account. | |

| O | **Owner** | 10:41 PM |
|---|---|---|
| | I don't know if I have that? | |

CONFIDENTIAL

| AP | **Amy Paul <+15617623293>** | 10:46 PM |
| | Do u have a personal pnc account? | |

| O | **Owner** | 10:58 PM |
| | Yes. Why? | |

| AP | **Amy Paul <+15617623293>** | 11:21 PM |
| | Give me your account numbet | |

| O | **Owner** | 7/13/2020, 8:31 AM |
| | Other clients are finding lawsuit by al thani. Going to get out of control.  Need resolution. | |

| AP | **Amy Paul <+15617623293>** | 1:47 PM |
| | What is your account number I am at pnc | |

| AP | **Amy Paul <+15617623293>** | 2:06 PM |
| | I left you can do online | |

| O | **Owner** | 2:42 PM |
| | Have no idea. I'm not at home | |

| O | **Owner** | 7/15/2020, 11:46 AM |
| | Amy. Do you have a minute for question on poa? | |

| AP | **Amy Paul <+15617623293>** | 11:54 AM |
| | Yes few mins | |

| O | **Owner** | 12:00 PM |
| | Standing by | |

| AP | **Amy Paul <+15617623293>** | 1:01 PM |
| | Call | |

| AP | **Amy Paul <+15617623293>** | 1:22 PM |
| | Craig has his guy ready to shut down al thani. It sounds decent. Need a few things from you | |

| AP | **Amy Paul <+15617623293>** | 7/17/2020, 10:08 PM |
| | Please call me | |

| O | **Owner** | 10:28 PM |
| | Was sleeping. Ill call in morning. | |

| AP | **Amy Paul <+15617623293>** | 7/18/2020, 1:46 PM |
| | I'll call you back. | |

| AP | **Amy Paul <+15617623293>** | 7/20/2020, 11:01 AM |
| | Please call me | |

| O | **Owner** | 7/27/2020, 12:26 PM |

CONFIDENTIAL

Tried u several times

AP **Amy Paul <+15617623293>**                                          7/28/2020, 9:24 AM
On cc. Call u soon

O **Owner**                                                                               9:25 AM
On way to lawyer for last meeting. Federal Court Monday and not good.

O **Owner**                                                                              12:47 PM
Check email. Docs sent complete as requested. Needs to get quashed immediately.

AP **Amy Paul <+15617623293>**                                              2:33 PM
Ok ty

O **Owner**                                                              7/31/2020, 6:30 AM
Anything from Craig.  They already have a judgemet against me lre trial is Monday.  All hells going
to break loose and full disclosure inuding yt and the bank. Where is the money thats been
promised for a year and a half?

O **Owner**                                                                               6:31 AM
2 other parties are joining suit now

AP **Amy Paul <+15617623293>**                                          8/2/2020, 9:50 PM
Craig is supposed to hear from the guy in an hour. Are you in ny?

O **Owner**                                                              8/3/2020, 8:45 AM
No. Via internet at 1pm. Any news?

AP **Amy Paul <+15617623293>**                                              8:48 AM
He declined my call earlier. I will call him repeatedly.

O **Owner**                                                                               8:54 AM
This is crazy

O **Owner**                                                                               8:54 AM
I'm fried

AP **Amy Paul <+15617623293>**                                              9:42 AM
He just called im calling back

O **Owner**                                                                               9:45 AM
 10 pleas

AP **Amy Paul <+15617623293>**                                             10:09 PM
How did it go today,?

CONFIDENTIAL                                                                    AH_095024

**Owner**                                                                                    8/4/2020, 6:25 AM
Just brutal. Im cooked. All docs related to case have to be turned over by the 7th which is next conference.

**Amy Paul <+15617623293>**                                                                        11:35 AM
Fri??

**Owner**                                                                                          11:59 AM
Yes

**Amy Paul <+15617623293>**                                                                        12:13 PM
Shit craig is supposed to hear back in few hrs on call w father and son.

**Owner**                                                                                           1:15 PM
They did not racing the judgement. I am unrepresented for council and they are coming with guns blazing.

**Owner**                                                                                           1:15 PM
Recind

**Owner**                                                                                    8/5/2020, 1:00 PM
Do we have anything? Where is money? Other atty asking for docs supposed to be in by 5pm today. If not I can be held in contempt and arrested. They are not letting up and I don't have atty helping me. Please im going to loose everything I have left.

**Owner**                                                                                           3:27 PM
Two others have now joined Al Thani attorneys.

**Amy Paul <+15617623293>**                                                                         3:47 PM
Omg. I did not hear back i will get answers

**Owner**                                                                                    8/7/2020, 8:13 AM
Please help me. This goes to motion today at 1pm. Im alone in this and they already have a judgement. If they get the fraud motion It will be turned over to authorities for criminal. Where is the money from Craig?

**Amy Paul <+15617623293>**                                                                         8:20 AM
I called him all night. He called me back and told me he should have clearance of funds in the US today. He also said he was waiting on the outcome of the call from Fsther and Son. I will call him again in an hour.

**Amy Paul <+15617623293>**                                                                         8:21 AM
Were you able to get an attorney? I have been trying to find money to help.

**Owner**                                                                                           8:44 AM
I have no atty. I need both the clearance from the father and the funds for the other clients that joined suit. I have nothing.

**Amy Paul <+15617623293>**                                                                        10:26 AM
Money was sent to Wells Fargo in the US. Should clear today or monday. They plan to send to

CONFIDENTIAL                                                                    AH_095025

Barry who will negotiate with the Plaintiff to drop the suit and get paid. They advisor to father is to call craig today for update. They have pushed the fact that YT will be exposed. Try to stall and give as little as possible until we know funds have cleared.

○ **Owner**                                                                  11:18 AM
Please I don't need anyone to negotiate for me right now. I need the funds for him and others that need to be paid. I know how to handle if I get the funds.

○ **Owner**                                                                  11:25 AM
I'm aplreciative

○ **Owner**                                                                  11:25 AM
Appreciative

AP **Amy Paul <+15617623293>**                                               11:58 AM
Ok

○ **Owner**                                                                  2:31 PM
Amy. What amount of money should I be expecting to be sent to me?

○ **Owner**                                                       8/13/2020, 2:46 PM
Amy. Im up for status again tomorrow at 11am. Have not heard one thing from anyone.

AP **Amy Paul <+15617623293>**                                               3:00 PM
I am told they are working out the dismissal and YT has agreed to pay what is necessary but not heard back yet on what that is. I'll know later tonight.

○ **Owner**                                                                  3:05 PM
Ok where is the money? I have lots to pay before they go criminal.

AP **Amy Paul <+15617623293>**                                               3:13 PM
Clearing anytime now in wells for yt

○ **Owner**                                                      8/14/2020, 10:21 AM
I am in trial conference now. I'm held out to dry. Unbelievable. They are now bringing in special prosecutor.

AP **Amy Paul <+15617623293>**                                               12:12 PM
It is supposed to get settled. But the call to confirm was delayed. The funds were supposed to clear today. I already had a harsh discussion last night but I am at his mercy for timing as we all are.

AP **Amy Paul <+15617623293>**                                   8/18/2020, 10:34 PM
Craig stated issue is being resolved as the advisor will show his account with pof and then lawsuit will be dropped. Funds in wf should clear by Thursday.

CONFIDENTIAL                                                    AH_095026

○ **Owner**                                                                    8/19/2020, 7:50 AM

I sure hope so. They assigned special prosecutor and its up again Thursday. Others have already joined the suit and are making claims. Getting rougher.

AP **Amy Paul <+15617623293>**                                                8/24/2020, 3:43 PM

On cc call u when off

○ **Owner**                                                                    3:43 PM

Please call

○ **Owner**                                                                    9/1/2020, 10:57 AM

My disclosure statement and all documents go-to the court September 03. I have not heard one thing from you or Craig.

AP **Amy Paul <+15617623293>**                                                11:36 AM

Nor have I lately.  I have been in an awful move for with no money we have to do it a ourselves so while my pinched nervd is on fire it reminds me how much I despise those who abused us. Ill call him tonight.

○ **Owner**                                                                    11:41 AM

Sorry to hear that, but while you are moving your home, I'll be moving to jail.

○ **Owner**                                                                    9/4/2020, 4:09 PM

I was just informed that a motion was granted today to freeze any and all bank accounts of mine.

AP **Amy Paul <+15617623293>**                                                9/10/2020, 11:00 PM

On w craig. I need to know what office of the fbi is leading the investigation. I need name of officer in charge. Craig has someone calling them to stand down.

AP **Amy Paul <+15617623293>**                                                11:11 PM

Issue has been that citibank has taken over 2 weeks to clear the funds to Wells in us. Hoping it clears tomorrow.

○ **Owner**                                                                    9/11/2020, 8:45 AM

Investigator Michaels in financial crimes division NYC.  But I think any inquiry will raise more flags for now. They just picked it up and are doing preliminary.  Did you tell him not 111m? Thats important as its not even close to that contractually. He said Wells before, now citibank?

AP **Amy Paul <+15617623293>**                                                12:51 PM

Citibank sent to wells but took 2 weeks to clear as they took advantage. YT said it should clear any day. Citibank was download bank and they had to send to their company bank at Wells. It was supposed to clear right away.

○ **Owner**                                                                    9/15/2020, 9:20 AM

Amy. It is critical that I knownwhats going on with shiek negotiation and the deposit of funds. I expect that I will be visited shortly and that is not what anyone wants to happen.

CONFIDENTIAL

○ **Owner**                                                              9/19/2020, 1:34 PM

Amy. I just received the 3rd client compliant from Floriday middle district Supreme Court. Why hasn't anyone gotten back to me and just leaves me hanging? Everyone will be impacted.

AP **Amy Paul <+15617623293>**                                          5:38 PM

I have called craig everyday. It was dupposed to close and be moved in early this week.

○ **Owner**                                                              7:32 PM

4 full lawsuits including RICO. This is B.S.

○ **Owner**                                                              9/23/2020, 5:21 PM

Amy. They moved today to seize all of my assets and bank accounts effecive Friday. Judge signed order today. What the hell?

○ **Owner**                                                              5:22 PM

And this included Donna too.

○ **Owner**                                                              9/28/2020, 2:12 PM

Amy. Not even a response from you? Just today the last 2 law suits came in. I now have 4 suits in 4 states in federal court. They just named Mills and all the brokers too. My Lawyers want 250k to even continue.  I have absolutely nothing left.  Im frozen and drained. No Porter no Crag. Just let Alan take the heat and loose everything on his way to prison. For Christ sake we just had a grandbaby. What is Donna or Lauren going to say to her? Unreal.

○ **Owner**                                                              3:06 PM

In addition I just got word that you were added to the Al Thani complaint in New York district Court this morning by Al Thani

AP **Amy Paul <+15617623293>**                                          4:35 PM

Alan this whole situation is the worst I have seen. I have tried every avenue to push craig beg and work 20 hours a day to bring something good in to help rectify this mess. I am told every week funds will be there  and the lawsuit will be stopped. I do not know what else I can do . I feel sick every day over this but all I can do is try to help but I do not have 20 million dollars. I do not sleep more than 3 hours bringing in all kinds of contracts but no closings yet. I am open to suggestions but why were the real criminals not added??

○ **Owner**                                                              4:56 PM

Because the contract was with my company. I have to go after everyone else. Craig YT Sighng ect. Its all going to come out.

AP **Amy Paul <+15617623293>**                                          7:26 PM

Any suggestions? I will do whatever I can but I can't print money. Or force a bank to clear funds. I know this sucks and is awful and I am trying like hell for something good. What do you suggest we do? I am certainly open to suggestions.

○ **Owner**                                                              7:36 PM

Stay on Craig and let him know him and YT will be brought in next.

CONFIDENTIAL

○ **Owner**                                                                                         8:33 PM
What happened about Craig talking to the guy to drop the suit?  Doesn't Neil have millions of dollars? Maybe he can help with lawyers.

AP **Amy Paul <+15617623293>**                                                    9/29/2020, 6:32 AM
I ha craig on w varry last night to explain to him the urgency. Barry knows slightly the family. He will help and he will push craig who seems to not be concerned. He told us to immediately file a suit against hagoth.

○ **Owner**                                                                                         7:11 AM
I dont have any money left. Not 1 dime. I had to borrow 4k from sister.  I owe lawywer 50k or hes gonna quit. Credit cards maxed and 3 months behind mortgage. There is a lot i should be doing but can't.

AP **Amy Paul <+15617623293>**                                                              7:41 AM
When does the lawyer need money and when is the next action. I will see what we can do to report hagoth at least.

○ **Owner**                                                                                         7:44 AM
Lawyer wants 50k now.  He is already behind. Next action due in 6 days.

○ **Owner**                                                                                         9:56 AM
The contract amount for the Shiek is only 19.4m. If Craig pays me the 24m he owes me I can take care of everyone and everything.  This would go away. Or get the guy to drop the suit.

○ **Owner**                                                                              10/2/2020, 1:43 PM
Anything from Craig?

○ **Owner**                                                                                         5:20 PM
Amy?

AP **Amy Paul <+15617623293>**                                                              6:25 PM
Funds are there but citi has a hold on them. He has some smaller deal that will close next week and send whatever he gets over. Barry is pushing him. I'm pushing. Also sick of every dawn delay

○ **Owner**                                                                           10/8/2020, 10:55 AM
Discovery order came yesterday. Another client filed in New York District Court. Craig,  YT, CD Bank all being brought in.

○ **Owner**                                                                         10/14/2020, 12:00 PM
?

AP **Amy Paul <+15617623293>**                                                              3:08 PM
I'll call you back.

○ **Owner**                                                                                         3:09 PM
Ok

CONFIDENTIAL                                                                                      AH_095029

| AP | **Amy Paul <+15617623293>** | 3:10 PM |
|---|---|---|
| | Sorry on cc but will call u when done. We need a plan. | |

| AP | **Amy Paul <+15617623293>** | 10:37 PM |
|---|---|---|
| | Are you up? Been reading all these lawsuits. | |

| AP | **Amy Paul <+15617623293>** | 10/23/2020, 10:06 PM |
|---|---|---|
| | Are you up | |

| AP | **Amy Paul <+15617623293>** | 11:34 PM |
|---|---|---|
| | Can we take at noon your time | |

| O | **Owner** | 10/24/2020, 10:58 AM |
|---|---|---|
| | 1215 would be better if possible | |

| AP | **Amy Paul <+15617623293>** | 1:16 PM |
|---|---|---|
| | I just saw this sorry was training someone for work. Let me check w him now | |

| AP | **Amy Paul <+15617623293>** | 10/25/2020, 7:25 PM |
|---|---|---|
| | 5 nins. Still on w barry. | |

| O | **Owner** | 7:53 PM |
|---|---|---|
| | ? | |

| AP | **Amy Paul <+15617623293>** | 8:26 PM |
|---|---|---|
| | [Name] Craig HK<br>[Mobile] +852 9206 5250 | |

| AP | **Amy Paul <+15617623293>** | 8:28 PM |
|---|---|---|
| | [Name] YT Lee<br>[Work info] Private<br>[Mobile] +86 188 2331 2323 | |

| AP | **Amy Paul <+15617623293>** | 8:29 PM |
|---|---|---|
| | [Name] Pedro J. LOBO<br>[Mobile] +1 619-807-8298 | |

| O | **Owner** | 10/26/2020, 9:10 AM |
|---|---|---|
| | Call me when you can. | |

| AP | **Amy Paul <+15617623293>** | 12:12 PM |
|---|---|---|
| | I will. | |

| O | **Owner** | 11/8/2020, 5:08 PM |
|---|---|---|
| | Amy. Anything? | |

| AP | **Amy Paul <+15617623293>** | 10:32 PM |
|---|---|---|
| | Nothing and has left both of us hanging. | |

CONFIDENTIAL

○ **Owner**                                                                 11/28/2020, 6:00 PM
Amy. Please call when you can.

AP **Amy Paul <+15617623293>**                                             6:00 PM
I will. On a zoom cc call

○ **Owner**                                                                 2/24/2021, 1:09 PM
Is there any chance at all of Craig coming through before I bring him, YT, and CDF into this?

AP **Amy Paul <+15617623293>**                                             1:24 PM
I doubt for the size of money you need. For some yes. Everyone needs to be brought in and they already are just from my emails I had to produce

○ **Owner**                                                                 1:26 PM
Good.

○ **Owner**                                                                 1:27 PM
Don't need much.

AP **Amy Paul <+15617623293>**                                             2:39 PM
What do you need?

AP **Amy Paul <+15617623293>**                                             2:40 PM
It seems he is asking for 28m

○ **Owner**                                                                 2/25/2021, 12:28 PM
Asking and getting are 2 different things. It's been 2 years we have been dealing with Craig on this. He owes more than that just on his contract with me. It's time they come up with something.

CONFIDENTIAL