UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
 :
MOHAMMED THANI A.T. AL THANI, :
 :
      Plaintiff, :
 : 20 Civ. 4765 (JPC)
 -v- :
 :
ALAN J. HANKE *et al.*, :
 :
      Defendants. :
 :
-------------------------------------------------------------------X
 :
MARTIN JOHN STEVENS, :
 :
      Plaintiff, :
 : 20 Civ. 8181 (JPC)
 -v- :
 :
ALAN J. HANKE *et al.*, : ORDER
 :
      Defendants. :
 :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

  On November 22, 2023, the Court received via email Defendant Alan Hanke's unopposed request for an extension of time to respond to the Plaintiffs' motions for summary judgment. The request is granted. Mr. Hanke may file his responses by December 1, 2023. Plaintiffs may reply by December 15, 2023.

  SO ORDERED.

Dated: November 24, 2023
   New York, New York

                   _____
                   JOHN P. CRONAN
                   United States District Judge