UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                     :
MOHAMMED THANI A.T. AL THANI,            :
                                                     :
                       Plaintiff,                      :
                                                     :             20 Civ. 4765 (JPC)
            -v-                                      :
                                                     :
ALAN J. HANKE *et al.*,                           :
                                                     :
                       Defendants.               :
-----------------------------------------------------------------------X
                                                     :
MARTIN JOHN STEVENS,                     :
                                                     :
                       Plaintiff,                      :
                                                     :             20 Civ. 8181 (JPC)
            -v-                                     :
                                                     :
ALAN J. HANKE *et al.*,                           :                  <u>ORDER</u>
                                                     :
                     Defendants.               :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The Court has taken under advisement Defendant Hanke's request to stay the case, Dkt. 388, and thanks Plaintiffs for their response, Dkt. 389.[1] As to Plaintiff Mohammed Thani A.T. Al Thani's pending motion for summary judgment, *see* Dkts. 380-384, which is unopposed, Plaintiff Al Thani shall advise the Court no later than April 4, 2024, at 5:00 p.m., whether Plaintiff has complied with Local Civil Rule 56.2, which requires a counseled litigant moving for summary judgment against a pro se litigant to "serve and file as a separate document, together with the

---

[1] The Court refers herein to the filings in *Mohammed Thani A.T. Al Thani v. Hanke, et al.*, No. 20 Civ. 4765.

papers in support of the motion," the provided form notice captioned "Notice To Pro Se Litigant Who Opposes a Motion For Summary Judgment," with full texts of Federal Rule of Civil Procedure 56 and Local Civil Rule 56.1 attached.  *See also Thomas v. Jacobs*, No. 22-512, 2024 WL 631404, at *1-2 (2d Cir. Feb. 15, 2024).

    SO ORDERED.

Dated: April 3, 2024
       New York, New York

                                        JOHN P. CRONAN
                                  United States District Judge