UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
MOHAMMED THANI A.T. AL THANI, :
:
Plaintiff, :
: 20 Civ. 4765 (JPC)
-v- :
:
ALAN J. HANKE *et al.*, :
:
Defendants. :
:
------------------------------------------------------------------------X
:
MARTIN JOHN STEVENS, :
:
Plaintiff, :
: 20 Civ. 8181 (JPC)
-v- :
:
ALAN J. HANKE *et al.*, : <u>ORDER</u>
:
Defendants. :
:
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    As discussed on the record at the October 8, 2024 conference, Plaintiffs Mohammed Thani A.T. Al Thani and Martin John Stevens shall file their joint motion for reconsideration of the Court's Opinion and Order of September 22, 2024 by November 7, 2024; any opposition to that motion shall be filed by December 8, 2024; and any reply shall be filed on December 19, 2024. Stevens shall separately file his motion for partial judgment by October 27, 2024; any opposition to that motion shall be filed by November 5, 2024; and any reply shall be filed on November 12,

2024. Al Thani shall serve Defendants Alan J. Hanke and IOLO Global LLC with a copy of this Order via mail and/or email at any known addresses.

    SO ORDERED.

Dated: October 8, 2024  
       New York, New York

                                                    JOHN P. CRONAN  
                                         United States District Judge