# ALSTON & BIRD

90 Park Avenue
New York, NY 10016
212-210-9400 | Fax: 212-210-9444

Michael C. Hefter        Direct Dial: **+1 212 210-9037**        Email: **Michael.hefter@alston.com**

June 10, 2025

Hon. John P. Cronan
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, N.Y. 10007

Re:   *Mohammed Thani A.T. Al Thani v. Hanke, et al.*, No. 20-cv-4765 (JPC)

Dear Judge Cronan,

We write on behalf of Plaintiff Mohammed Thani A.T. Al Thani in the above-captioned action to respectfully request a brief adjournment of the status conference scheduled for June 17, 2025. (*See* ECF No. 423.) I am lead trial counsel for the Defendants in the following action, *Burnett v. CNO Financial Group, Inc., et al.*, No. 18-cv-200, pending in the United States District Court for the Southern District of Indiana before the Honorable James Patrick Hanlon. The case is currently scheduled to begin trial on June 16, 2025, and "is expected to last up to three days." A copy of Judge Hanlon's June 2, 2025 Order setting the start date of the trial is attached here as **Exhibit A**.

We have conferred with counsel for Plaintiff Martin Stevens in the consolidated action (No. 21-cv-8181), and have confirmed that counsel for both Plaintiffs are available on June 23, July 1, and July 2. We respectfully request that the Court adjourn the status conference to one of those dates, or to a later date convenient for the Court. Undersigned counsel will take all available steps to ensure that Defendants are informed of the rescheduled conference date.

Respectfully submitted,

*/s/ Michael C. Hefter*
Michael C. Hefter

The request is granted. The conference originally scheduled for June 17 is adjourned to July 8, 2025, at 11:00 a.m., in Courtroom 12D of 500 Pearl Street, New York, NY 10007.

SO ORDERED
June 11, 2025
New York, NY

JOHN P. CRONAN
United States District Judge

Alston & Bird LLP                                                                                                   www.alston.com

Atlanta | Beijing | Brussels | Century City | Charlotte | Chicago | Dallas | London | Los Angeles | New York | Raleigh | San Francisco | Silicon Valley | Washington, D.C.