UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
MOHAMMED THANI A.T. AL THANI,                                     :
:
Plaintiff,                                  :
:                20 Civ. 4765 (JPC)
-v-                                      :
:
ALAN J. HANKE *et al.*,                                           :
:
Defendants.                                 :
:
-----------------------------------------------------------------X
:
MARTIN JOHN STEVENS,                                              :
:
Plaintiff,                                  :
:                20 Civ. 8181 (JPC)
-v-                                      :
:
ALAN J. HANKE *et al.*,                                           :                    ORDER
:
Defendants.                                 :
:
-----------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The parties are reminded of the conference scheduled for July 8, 2025, at 11:00 a.m. The Court will conduct the conference remotely on WebEx. At the scheduled time, counsel for all parties—or the parties themselves if proceeding *pro se*—should call (855) 244-8681, access code 2302 755 2307. Plaintiffs are directed to mail a copy of this Order by overnight courier to Defendant Alan Hanke, and to file proof of service on the docket within two days of such service.

       SO ORDERED.

Dated: July 1, 2025
       New York, New York
                                                                            JOHN P. CRONAN
                                                          United States District Judge