UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MOHAMMED THANI A.T. AL THANI,

                Plaintiff,                                    20 **CIVIL** 4765 (JPC)

      -v-

ALAN J. HANKE et al.,
                Defendants.
-----------------------------------------------------------------X
MARTIN JOHN STEVENS,

                Plaintiff,                                    20 **CIVIL** 8181 (JPC)

      -v-                                                       **<u>JUDGMENT</u>**

ALAN J. HANKE et al.,

                Defendants.
-----------------------------------------------------------------X

        It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 5, 2025, Stevens's motion for reconsideration is granted, the joint motion for reconsideration is denied, and the Court has awarded Al Thani a total of $101,184.68 in attorneys' fees and costs. The Court has accordingly granted summary judgment to Stevens in the amount of $1 million, plus prejudgment interest at a rate of seven percent starting on July 16, 2020, in the amount of $348,849.32, in damages for his breach-of-contract claim (Count One) against IOLO and against Hanke, as IOLO's alter ego, to the extent the claim concerns a breach of Section 5.3 of the Stevens MDA. For that grant of summary judgment, post-judgment interest shall accrue at the statutory rate pursuant to 28 U.S.C. § 1961 from the date judgment is entered until payment is made in full. Partial judgment is hereby entered.

**Dated:**  New York, New York

       July 9, 2025

                                                                    **TAMMI M. HELLWIG**

                                                                       **Clerk of Court**
                                       **BY:**      *K. Mango*

                                                                         **Deputy Clerk**