UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
MOHAMMED THANI A.T. AL THANI,                                     :
                                                                  :
                           Plaintiff,                             :
                                                                  :
        -v-                                                       :   20 Civ. 4765 (JPC)
                                                                  :
ALAN J. HANKE *et al*.,                                           :
                                                                  :
                           Defendants.                            :
                                                                  :
------------------------------------------------------------------X
                                                                  :
MARTIN JOHN STEVENS,                                              :
                                                                  :
                           Plaintiff,                             :
                                                                  :   20 Civ. 8181 (JPC)
        -v-                                                       :
                                                                  :
ALAN J. HANKE *et al*.,                                           :   ORDER
                                                                  :
                           Defendants.                            :
                                                                  :
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    Trial is scheduled to begin in this matter on January 12, 2025.  The parties must familiarize themselves with the Court's Individual Rules and Practices for Civil Cases, available at https://www.nysd.uscourts.gov/hon-john-p-cronan.  The joint proposed pretrial order and all other required pretrial filings shall be filed in accordance with 7.B-C of the Court's Individual Rules and Practices in Civil Cases by December 5, 2025.  Any opposition to a motion *in limine* and responsive pretrial memoranda of law shall be filed by December 12, 2025.  The parties shall appear for a final pretrial conference on January 8, 2025 at 10:00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.  The

final pretrial conference must be attended by the attorney who will serve as principal trial counsel. The Parties shall submit thumb drives with electronic copies of all intended exhibits by January 9, 2025.

SO ORDERED.

Dated: August 14, 2025
      New York, New York

                                        JOHN P. CRONAN
                                United States District Judge