UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
:
MOHAMMED THANI A.T. AL THANI, :
:
Plaintiff, :
:
-v-  :  20 Civ. 4765 (JPC)
:
ALAN J. HANKE *et al.*, :
:
Defendants. :
:
----------------------------------------------------------------X
:
MARTIN JOHN STEVENS, :
:
Plaintiff, :
:  20 Civ. 8181 (JPC)
-v-  :
:
ALAN J. HANKE *et al.*, :  ORDER
:
Defendants. :
:
----------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    Trial is scheduled to begin in this matter on January 12, 2026.  Attorneys representing Defendants Alan J. Hanke and Sherry Sims recently filed notices of appearance in this case.  To confirm that those attorneys can comply with the trial date, counsel for all parties are ordered to appear before the undersigned for a telephonic conference on September 10, 2025 at 10:00 a.m.  At the scheduled time, counsel for all parties should call (855) 244-8681, access code 2302 755 2307.

    SO ORDERED.

Dated: September 8, 2025
       New York, New York

                                      JOHN P. CRONAN
                                United States District Judge