UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
MOHAMMED THANI A.T. AL THANI,                                          :
:
                 Plaintiff,                                      :
:
       -v-                                                             :     20 Civ. 4765 (JPC)
:
ALAN J. HANKE *et al*.,                                                :
:
                 Defendants.                                     :
:
-----------------------------------------------------------------------X
:
MARTIN JOHN STEVENS,                                                   :
:
                 Plaintiff,                                      :
:
       -v-                                                             :     20 Civ. 8181 (JPC)
:
ALAN J. HANKE *et al*.,                                                :        ORDER
:
                 Defendants.                                     :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       As discussed at yesterday's conference, Defendants Alan J. Hanke and Sherry Sims may file any motions to reopen discovery by September 24, 2025. Sims also may file any motion to amend her Answer by that date. Oppositions to those motions are due by October 6, 2025, and replies, if any, are due by October 10, 2025. Filings relating to these motions may take the form of letter-motions and letter-briefs.

       SO ORDERED.

Dated: September 11, 2025
       New York, New York

                                                 JOHN P. CRONAN
                                                 United States District Judge