UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
MOHAMMED THANI A.T. AL THANI,                                          :
:
                Plaintiff,                 :
:
    -v-                                                              :        20 Civ. 4765 (JPC)
:
ALAN J. HANKE *et al.*,                                                :
:
                Defendants.                :
:
-----------------------------------------------------------------------X
:
MARTIN JOHN STEVENS,                                                   :
:
                Plaintiff,                 :
:
    -v-                                                              :        20 Civ. 8181 (JPC)
:
ALAN J. HANKE *et al.*,                                                :        ORDER
:
                Defendants.                :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       On September 17, 2025, Defendant Alan J. Hanke filed a letter motion to compel Plaintiff Mohammed Thani A.T. Al Thani to produce discovery. Dkt. 450. On October 6, 2025, Al Thani filed a letter response in which his counsel represented that he would voluntarily produce the requested discovery that same day, such that Hanke's motion to compel discovery would be moot. Dkt. 455. By October 20, 2025, Hanke should file a letter to the Court advising whether he agrees that his motion to compel discovery is now moot.

       SO ORDERED.

Dated: October 17, 2025
       New York, New York

                                                      JOHN P. CRONAN
                                                      United States District Judge