

Justin M. Ellis
MoloLamken LLP
430 Park Avenue
New York, NY 10022
T: 212.607.8159
F: 646.710.4948
jellis@mololamken.com
www.mololamken.com

October 31, 2025

BY CM/ECF AND EMAIL

Honorable John P. Cronan
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    *Al Thani et al. v. Hanke et al.*, Nos. 20 Civ. 4765 & 20 Civ. 8181: <u>Letter Regarding Motion to Compel Productions</u>

Dear Judge Cronan:

    We represent Mr. Hanke and Ms. Sims. We respectfully write to inform the Court that Mr. Al Thani appears to have re-produced the discovery we requested. Our motion to compel the re-production of discovery, Dkt. 450, is thus now moot.

                                                    Respectfully submitted,

/s/ *R. Matthew Burke*                                          /s/ *Justin M. Ellis*
R. Matthew Burke                                                       Justin M. Ellis

*Counsel for Defendant*                                *Counsel for Defendant*
*Sherry Sims*                                                               *Alan J. Hanke*

Because Defendants' motion to compel the re-production of discovery is now moot, the motion is denied without prejudice. The Clerk of Court is respectfully directed to close Dkt. 450.

SO ORDERED
November 4, 2025

JOHN P. CRONAN
United States District Judge