UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
MOHAMMED THANI A.T. AL THANI, :
:
                Plaintiff, :
:
     -v- : 20 Civ. 4765 (JPC)
:
ALAN J. HANKE, *et al.*, :
:
                Defendants. :
:
-----------------------------------------------------------------X
:
MARTIN JOHN STEVENS, :
:
                Plaintiff, :
:
     -v- : 20 Civ. 8181 (JPC)
:
ALAN J. HANKE, *et al.*, :
: ORDER
                Defendants. :
:
-----------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      As discussed at the conference in these cases held on November 19, 2025, with the consent of the parties, the Court dismissed with prejudice Count Nine of the Amended Complaint in *Al Thani v. Hanke*, No. 20 Civ. 4765 (JPC) (S.D.N.Y.), Dkt. 35 ¶¶ 137-141, and Count Seven of the Complaint in *Stevens v. Hanke*, No. 20 Civ. 8181 (JPC) (S.D.N.Y.), Dkt. 2 ¶¶ 123-127.  *See* Fed. R. Civ. P. 41(a)(2).

      SO ORDERED.

Dated: November 19, 2025
      New York, New York
                                                       JOHN P. CRONAN
                                               United States District Judge