**MOLOLAMKEN**

Kayvon M. Ghayoumi
MoloLamken LLP
430 Park Avenue
New York, NY 10022
T: 212.607.8171
F: 212.607.8161
kghayoumi@mololamken.com
www.mololamken.com

December 10, 2025

BY CM/ECF AND EMAIL

Honorable John P. Cronan
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

> Re:  *Al Thani et al. v. Hanke et al.*, Nos. 20 Civ. 4765 & 20 Civ. 8181:  Emergency Letter Motion to Compel Mr. Al Thani's Attendance at Deposition and for Expedited Briefing

Dear Judge Cronan:

We write on behalf of Mr. Hanke.  We respectfully move to compel Mr. Al Thani to attend his remote deposition under Rule 37(d) on Friday, December 12, and Monday, December 15 at 8:00 am EST, for up to 5 hours and 10 minutes on each day.  Because deposition discovery is set to close on December 15, Dkt. 467 at 22, we also respectfully request that the Court order Mr. Al Thani to file any response by 3:00 pm EST today, December 10, 2025.

The Court has already ordered Mr. Al Thani to sit for a deposition lasting up to 10 hours and 20 minutes.  Dkts. 467, 485.  Deposition discovery closes on December 15, and the parties' joint pretrial filings are due December 17.  Dkt. 467 at 22.

For three weeks, counsel for Defendants have repeatedly asked counsel for Mr. Al Thani to provide Mr. Al Thani's availability to sit for his deposition.  Counsel for Mr. Al Thani still have not provided Mr. Al Thani's availability and have not definitively stated when they will do so.[1] Because deposition discovery closes in five days, on Monday, December 15, Mr. Al Thani's counsel have left us with no choice but to move to compel Mr. Al Thani's attendance. Accordingly, we respectfully request that the Court compel Mr. Al Thani to attend his remote deposition on Friday, December 12, and Monday, December 15 at 8:00 am EST, for up to 5 hours and 10 minutes on each day.[2]

---

[1] Counsel for Mr. Al Thani indicated that Mr. Al Thani may be available on December 15 but has not confirmed that availability.  Counsel for Mr. Al Thani further agreed that the deposition would require two days but has failed to provide two days of Mr. Al Thani's availability.

[2] Because Mr. Al Thani has not yet provided his availability, Mr. Stevens's deposition date has not yet been confirmed.  Mr. Stevens's counsel has informed Defendants that he is available on December 11 and December 15.

Hon. John P. Cronan                      - 2 -                      December 10, 2025

Respectfully submitted,

/s/ *Kayvon M. Ghayoumi*
Kayvon M. Ghayoumi

*Counsel for Defendant*
*Alan J. Hanke*

The Court is in receipt of Hanke's letter motion to compel Al Thani to attend his remote deposition.  Al Thani must file a letter response to Hanke's letter motion no later than today, December 10, 2025, at 5:00 p.m.

SO ORDERED
December 10, 2025

JOHN P. CRONAN
United States District Judge