UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MOHAMMED THANI A.T. AL THANI,

                Plaintiff,

      v.

ALAN J. HANKE, IOLO GLOBAL LLC,
SIDNEY MILLS ROGERS III, LAURA
ROMEO, AMY ROY-HAEGER,
SUBGALLAGHER INVESTMENT TRUST,
SHERRY SIMS, and JOHN DOES 1-100,

                Defendants,

*Consolidated with*

MARTIN J. STEVENS,

                Plaintiff,

      v.

ALAN J. HANKE, IOLO GLOBAL LLC,
GUARANTEE INVESTMENT TRUST,
SHERRY SIMS, SIDNEY MILLS ROGERS III,
AMY ROY-HAEGER and JOHN DOES 1-100,

                Defendants.

Case No.      1:20-cv-4765 (JPC)

Case No.      1:20-cv-08181(JPC)

---

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 4l(a)(l)(A)(ii), Plaintiff Mohammed Thani

A.T. Al Thani and Plaintiff Martin J. Stevens (collectively "Plaintiffs") and Defendant Sherry Sims

hereby stipulate to dismissal of all claims against Defendant Sims with prejudice. This stipulation

1

constitutes final resolution of any claims Plaintiffs may have against Defendant Sims concerning the subject of this action. Each party will bear its own costs and fees.

Dated:    New York, New York
          December 10, 2025

                                         Respectfully submitted,

_/s/ R. Matthew Burke_                   _/s/ Michael C. Hefter_

Sandford Litvack                         Michael C. Hefter
R. Matthew Burke
                                         ALSTON & BIRD LLP
CHAFFETZ LINDSEY LLP
                                         90 Park Avenue
1700 Broadway, 33rd Floor                New York, NY 10016
New York, NY 10019                       Telephone: (212) 210-9400
Telephone: (212) 257-6964                michael.hefter@alston.com
Facsimile: (212) 257-6950                seth.cohen@alston.com
s.litvack@chaffetzlindsey.com            scott.obrien@alston.com
r.burke@chaffetzlindsey.com

                                         _Attorneys for Plaintiff Al Thani_

_Attorneys for Defendant Sims_


                                         _/s/ Stan Chelney_

                                         Stan Chelney

                                         CHELNEY LAW

                                         28 Liberty Street, 6th Floor
                                         New York, NY 10005
                                         Telephone: (212) 653-0024
                                         stan@chelneylaw.com

                                         _Attorney for Plaintiff Stevens_


Plaintiff Mohamed Thani A.T. Al Thani's claims against Defendant Sherry Sims are dismissed with prejudice in _Al Thani v. Hanke_, No. 20 Civ. 4765 (JPC) (S.D.N.Y.).  Plaintiff Martin J. Stevens's claims against Defendant Sherry Sims are dismissed with prejudice in _Stevens v. Hanke_, No. 20 Civ. 8181 (JPC) (S.D.N.Y.).  The Clerk of Court is respectfully directed to terminate Sims as a Defendant in each case.

SO ORDERED
December 10, 2025

                                         _____
                                         JOHN P. CRONAN
                                         United States District Judge