UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
                                                           :

MOHAMMED THANI A.T. AL THANI,           :

                       Plaintiff,           :

          -v-                                 :         20 Civ. 4765 (JPC)

                                                   :

ALAN J. HANKE, *et al*.,                  :

                      Defendants.        :

----------------------------------------------------------------------X
                                                           :

MARTIN JOHN STEVENS,               :

                       Plaintiff,           :

          -v-                                 :         20 Civ. 8181 (JPC)

                                                   :

ALAN J. HANKE, *et al*.,                  :

                                        :        ORDER

                      Defendants.        :

----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

As discussed at today's conference, the Court extends the deadline to complete the remaining limited discovery until December 29, 2025. No later than close of business on December 12, 2025, Plaintiff Mohammed Thani A.T. Al Thani's counsel must provide Hanke's counsel with proposed dates and times, not falling on court holidays, for Al Thani's deposition to occur. Because only one Defendant remains in these cases, the Court limits Al Thani's deposition to seven hours, and vacates its proper Order permitting ten hours and twenty minutes of deposition time, *see* Dkt. 485.

As further discussed at today's conference, the Court adjourns the deadline for filing all pre-trial submissions *sine die*. The Court will schedule a status conference after the parties' anticipated settlement conference with the Honorable Robert W. Lehrburger, at which the Court will address deadlines for such pretrial submissions, among other matters.

The Clerk of Court is respectfully directed to close Docket Number 487.

SO ORDERED.

Dated: December 10, 2025
New York, New York

_____
JOHN P. CRONAN
United States District Judge