UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                         :

MOHAMMED THANI A.T. AL THANI,   :

                        Plaintiff,     :

           -v-                    :          20 Civ. 4765 (JPC)

ALAN J. HANKE *et al*.,         :

                        Defendants.  :

-------------------------------------------------------------------X
                                           :

MARTIN JOHN STEVENS,      :

                        Plaintiff,     :

           -v-                    :          20 Civ. 8181 (JPC)

ALAN J. HANKE *et al*.,         :          ORDER

                        Defendants.  :

-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

     The parties should appear for a status conference in these cases on December 19, 2025, at

11:00 a.m.  At the scheduled time, counsel for all parties should call (855) 244-8681, access code

2302 755 2307.

     SO ORDERED.

Dated: December 17, 2025
      New York, New York
                                        JOHN P. CRONAN
                             United States District Judge