UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
MOHAMMED THANI A.T. AL THANI,                                      :
                                                                   :
                                    Plaintiff,                     :
                                                                   :
              -v-                                                  :          20 Civ. 4765 (JPC)
                                                                   :
ALAN J. HANKE *et al.*,                                            :
                                                                   :
                                    Defendants.                    :
                                                                   :
-------------------------------------------------------------------X
                                                                   :
MARTIN JOHN STEVENS,                                               :
                                                                   :
                                    Plaintiff,                     :
                                                                   :
              -v-                                                  :          20 Civ. 8181 (JPC)
                                                                   :
ALAN J. HANKE *et al.*,                                            :          ORDER
                                                                   :
                                    Defendants.                    :
                                                                   :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

     No later than January 2, 2026, the parties with active claims in these cases should file letters

to the Court explaining whether they intend to pursue those claims and proposing next steps.  All

other deadlines in these cases, including the trial scheduled to commence on January 12, 2026, are

adjourned *sine die*.

     SO ORDERED.

Dated: December 22, 2025
       New York, New York                          _____
                                                        JOHN P. CRONAN
                                                   United States District Judge