UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                         :

MOHAMMED THANI A.T. AL THANI,        :

                    Plaintiff,           :

         -v-                       :                20 Civ. 4765 (JPC)

ALAN J. HANKE, *et al.*,               :                   ORDER

                    Defendants.       :

                                             :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        The Court has been informed that Plaintiff and Defendant Allan J. Hanke have reached a settlement in principle in this case.  Accordingly, it is ordered that Plaintiff's claims against Hanke are dismissed without costs and without prejudice to renewing the claims, provided the application is made within thirty days of this Order in the event the settlement agreement is not completed and executed.  Any such application filed after thirty days from the date of this Order may be denied solely on that basis.  If Plaintiff and Hanke wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreements, they must submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court.  Pursuant to 3.G of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.  The Clerk of Court is respectfully directed to terminate Hanke from this case.

        SO ORDERED.

Dated: December 22, 2025                      _____
       New York, New York                    JOHN P. CRONAN
                                             United States District Judge