**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MOHAMMED THANI A.T. AL THANI, <br><br> Plaintiff, <br><br> v. <br><br> Alan J. Hanke *et al.*, <br><br> Defendants. | Case No. 20-cv-4765 (JPC) |
| MARTIN JOHN STEVENS, <br><br> Plaintiff, <br><br> v. <br><br> Alan J. Hanke *et al.*, <br><br> Defendants. | Case No. 20-cv-8181 (JPC) |

## [PROPOSED] STIPULATED JUDGMENT

Based on the joint stipulation of Plaintiff Martin John Stevens and Defendant Alan J. Hanke, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1.      Judgment is entered in favor of Stevens for all remaining claims in his complaint in the amount of compensatory damages of $2,250,000, inclusive of any prejudgment interest.

2.      The judgment shall accrue interest pursuant to 28 U.S.C. § 1961 and shall be subject to setoff by (1) any amounts received by Stevens pursuant to the partial judgment entered in this action July 9, 2025, Dkt. 191; and (2) any restitution Stevens receives from Hanke in connection with *United States v. Hanke*, No. 1:24-cr-27 (E.D.N.Y.).

SO ORDERED

Dated: December 22, 2025

New York, New York

JOHN P. CRONAN
United States District Judge

2