**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MOHAMMED THANI A.T. AL THANI,<br><br>     Plaintiff,<br><br>  v.<br><br>Alan J. Hanke *et al.*,<br><br>     Defendants. | Case No. 20-cv-4765 (JPC) |
| MARTIN JOHN STEVENS,<br><br>     Plaintiff,<br><br>  v.<br><br>Alan J. Hanke *et al.*,<br><br>     Defendants. | Case No. 20-cv-8181 (JPC) |

**STIPULATED JUDGMENT**

Based on the joint stipulation of Plaintiff Mohammed Thani A.T. Al Thani and Defendant Alan J. Hanke, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Judgment is entered in favor of Al Thani for all remaining claims in his complaint in the amount of compensatory damages of $12,500,000, inclusive of any prejudgment interest.

2. The judgment shall accrue interest pursuant to 28 U.S.C. § 1961 and shall be subject to setoff by any restitution Al Thani receives from Hanke in connection with *United States v. Hanke*, No. 1:24-cr-27 (E.D.N.Y.).

2

SO ORDERED

Dated: February 4, 2026

New York, New York

JOHN P. CRONAN
United States District Judge

2