UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
                                   :

MOHAMMED THANI A.T. AL THANI,        :

                                   :

                Plaintiff,     :

                                   :       20 Civ. 4765 (JPC)

    -v-                          :

                                   :

ALAN J. HANKE *et al.*,           :

                                   :

                Defendants.   :

                                   :

--------------------------------------------------------------------X
                                     :

MARTIN JOHN STEVENS,           :

                                   :

                Plaintiff,     :

                                   :       20 Civ. 8181 (JPC)

    -v-                          :

                                   :

ALAN J. HANKE *et al.*,           :       <u>ORDER</u>

                                   :

                Defendants.   :

                                   :

--------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

     Counsel for all parties are ordered to appear before the undersigned for a Webex conference on April 9, 2026, at 2:00 p.m., to discuss Al Thani's and Stevens's motions for default judgment. *See Al Thani v. Hanke*, No. 20 Civ. 4765 (JPC) (S.D.N.Y.), Dkt. 548; *Stevens v. Hanke*, No. 20 Civ. 8181 (JPC) (S.D.N.Y.), Dkt. 295.  At the scheduled time, counsel for all parties should call (855) 244-8681, access code 2302 755 2307.

     SO ORDERED.

Dated: April 3, 2026
     New York, New York                              JOHN P. CRONAN
                                            United States District Judge