UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
MOHAMMED THANI A.T. AL THANI,                                      :
                                                                   :
                              Plaintiff,                           :
                                                                   :
              -v-                                                  :          20 Civ. 4765 (JPC)
                                                                   :
ALAN J. HANKE, *et al*.,                                           :          ORDER
                                                                   :
                              Defendants.                          :
                                                                   :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

  Counsel for Plaintiff Mohammad Thani A.T. Al Thani and Defendants IOLO Global LLC and Subgallagher Investment Trust are ordered to appear before the undersigned for a Webex conference on May 15, 2026, at 9:30 a.m., to discuss Al Thani's motion for default judgment. Dkt. 561. At the scheduled time, counsel for all parties should call (855) 244-8681, access code 2302 755 2307.

  SO ORDERED.

Dated: May 7, 2026
   New York, New York         _____
                  JOHN P. CRONAN
                  United States District Judge