**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MOHAMMED THANI A.T. AL THANI,

                Plaintiff,

                              20 **CIVIL** 4765 (JPC)

      -against-                      **DEFAULT JUDGMENT**

 ALAN J. HANKE, et al.,

                Defendant.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Opinion and Order dated June 1, 2026, Al Thani's motion for default judgment against IOLO and SGIT is granted in part and denied in part. Accordingly, judgment is entered against IOLO and SGIT, jointly and severally, for $5.4 million plus prejudgment interest in the amount of $2,249,358.90, and against IOLO, individually, for an additional $1.1 million plus prejudgment interest in the amount of $458,202.14. Prejudgment interest calculated at a rate of seven percent, beginning on June 22, 2020 to the entry of the judgment. Post judgment interest shall accrue at the statutory rate pursuant to 28 U.S.C. § 1961 from the date judgment is entered until payment is made in full.

**DATED**: New York, New York
       June 3, 2026

                              **TAMMI M. HELLWIG**
                              _____
                                **Clerk of Court**

                    **BY**: _____
                         **Deputy Clerk**