UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                 :

MOHAMMED THANI A.T. AL THANI,        :

                                 :

          Plaintiff,           :

                                 :

         -v-            :          20 Civ. 4765 (JPC)

                                 :

ALAN J. HANKE, *et al.*,           :          ORDER

                                 :

         Defendants.         :

                                 :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On June 1, 2026, the Court entered default judgment for Plaintiff Mohammad Thani A.T. Al Thani against Defendants IOLO Global LLC and Subgallagher Investment Trust.  Dkt. 567. The Court's Order stated that "[u]nless Al Thani makes any further motion for default judgment . . . within one week . . . , the Court will dismiss all remaining claims and direct that this case be closed."  *Id.* at 6-7.  That deadline has now passed and no further motion has been filed. The Clerk of Court is respectfully directed to close this case.

      SO ORDERED.

Dated: June 9, 2026
      New York, New York            _____
                                  JOHN P. CRONAN
                           United States District Judge